# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
L-3 Communications Integrated Systems L.P.________ 06-396 C

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] __Paul W. Searles__________

Firm Name: __Haynes and Boone, LLP__________

Post Office Box: ____________________

Street Address: __901 Main Street, Suite 3100__________

City-State-Zip: __Dallas, Texas 75202-3789__________

Telephone & Facsimile Numbers: __Tel: (214) 651-5197 / Fax: (214) 200-0705___

E-mail address: __paul.searles@haynesboone.com__________

Is the attorney of record admitted to the Court of Federal Claims Bar? ___Yes____
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: [1] [2] [2]

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

____________________

____________________

Government Agency Involved: [D] [O] [D]

**See attached Sheet for three digit code.**

Amount Claimed: $ 2,583,000

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** ____________________

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 11, 2006