ORIGINAL

# In The United States Court of Federal Claims

FILED
MAY 16 2006
U.S. COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| **L-3 COMMUNICATIONS INTEGRATED SYSTEMS L.P.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No.** 06-396 C |
| | § | |
| **THE UNITED STATES,** | § | |
| | § | |
| **Defendant.** | § | |

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the Court of Federal Claims, L-3 Communications Integrated Systems L.P. hereby files its disclosure statement and would show the Court as follows: L-3 Communications Integrated Systems L.P. is a limited partnership. Its general partner, L-3 Communications AIS GP Corporation, and its limited partner, L-3 Communications Investments Inc., are owned by L-3 Communications Corporation which, in turn, is owned by L-3 Communications Holdings, Inc.

Respectfully submitted,

Dated: May 15, 2006

Paul W. Searles
HAYNES AND BOONE, LLP
901 Main Street
3100 Bank of America Plaza
Dallas, Texas 75202
Telephone: (214) 651-5197
Telecopier: (214) 200-0705
**ATTORNEYS FOR L-3 COMMUNICATIONS INTEGRATED SYSTEMS L.P.**

Of Counsel:

Sharon N. Freytag
HAYNES AND BOONE, LLP
901 Main Street
3100 Bank of America Plaza
Dallas, Texas 75202
Telephone: (214) 651-5586
Telecopier: (214) 200-0450

D-1436013_1.DOC