IN THE UNITED STATES COURT OF FEDERAL CLAIMS

L-3 COMMUNICATIONS INTEGRATED, SYSTEMS L.P.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No.06-396 C

(Judge Williams)

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of DOMENIQUE KIRCHNER, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 307-0290
Fax: (202) 514-8624

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: May 18, 2006

/s/DOMENIQUE KIRCHNER
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Paul W. Searles
Haynes and Boone, LLP
901 Main Street
3100 Bank of America Plaza
Dallas TX 75202
Phone: (214) 651-5197
Fax: (214) 200-0705

/s/DOMENIQUE KIRCHNER