**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| L-3 COMMUNICATIONS INTEGRATED SYSTEMS L.P., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| UNITED STATES, | ) | No. 06-396 C |
| Defendant, | ) | (Judge Williams) |
| and | ) | |
| LOCKHEED MARTIN AERONAUTICS COMPANY, | ) | |
| Movant for Intervention. | ) | |

**LOCKHEED MARTIN'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, movant for intervention, Lockheed Martin Aeronautics Company ("Lockheed Martin"), which is the successor (following a name change) of "Lockheed Martin Aeronautical Systems," respectfully states that it is an unincorporated business segment of (and thus wholly-owned by) Lockheed Martin Corporation.

Respectfully submitted,

s/ Marcia G. Madsen

MARCIA G. MADSEN
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3000
(202) 263-3300 Facsimile

Of Counsel:

DAVID F. DOWD
LUKE LEVASSEUR
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, D.C. 20006

*Counsel for Movant for Intervention, Lockheed Martin Aeronautics Company*

May 23, 2006