# In the United States Court of Federal Claims

**No. 06-396C**
**(Filed May 24, 2006)**
**(Bid Protest)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P.,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant,** *

**and** *

**LOCKHEED MARTIN AERONAUTICS COMPANY,** *

**Intervenor.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## SCHEDULING ORDER

---

On May 24, 2006, the Court convened a telephonic status conference with the parties and potential intervenor awardee, Lockheed Martin Aeronautics Company (Lockheed Martin). The Court granted the motion of Lockheed Martin to intervene[1] and scheduled the following deadlines:

1. On or before **June 2, 2006**, Plaintiff, L-3 Communications Integrated Systems (L-3), the successor in interest to Raytheon E-System, Inc. (Raytheon) shall certify that the costs in its Complaint are in fact its bid preparation and proposal (b & p) costs and that it has not already received payment for these costs. In addition, counsel for Plaintiff shall inquire as to whether any employees or representatives of Raytheon possess notes they

---

[1] The Court questioned whether L-3's intervention should be as a matter of right pursuant to Rule 24(a) or permissive pursuant to Rule 24(b) and authorized further briefing on that issue by Intervenor. Any such briefing shall be filed by **June 2, 2006.**

took at the debriefing. Plaintiff shall produce any such notes and authenticating declarations to Defendant and Intervenor on or before **June 2, 2006,** in accordance with the Protective Order entered this date.

2. The Court will convene a telephonic status call on **June 12, 2006, at 11:00 a.m., EST**, to discuss whether DCAA will conduct an audit regarding payment of any b & p costs at issue, and the timeframe for such an audit.

3. Defendant and Intervenor shall file their motions to dismiss under RCFC 12(b)(1) (Statute of Limitations) and/or RCFC 12(b)(6) on or before **June 30, 2006.**

4. The Court will convene a telephonic status call on **July 13, 2006, at 1:30 p.m., EST**, to discuss whether Plaintiff requires the administrative record before responding to the motions to dismiss.

5. Plaintiff shall file its opposition to Defendant's and Intervenor's motions to dismiss on or before **July 31, 2006**.

6. Defendant and Intervenor shall file their replies to Plaintiff's opposition on or before **August 18, 2006**.

7. The Court will conduct oral argument on the motions to dismiss telephonically on **August 30, 2006, at 11:00 a.m., EST**. The Court will initiate the call, and it will be transcribed.

8. Counsel are reminded that this case is being processed under the Court's Case Management/Electronic Filing System (CM/ECF). See, General Order 42A. Attorneys may apply for a CM/ECF account at http://www.uscfc.uscourts.gov by clicking on the Electronic Filing link. Please refer to the User Manual for Attorneys. If you have any questions, please contact the Clerk's Office CM/ECF Help Desk at (202)357-6402 or the toll-free number 1-866-784-6273.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**