# *In The United States Court of Federal Claims*

BID PROTEST

| | | |
|---|---|---|
| L-3 COMMUNICATIONS INTEGRATED SYSTEMS L.P., | § | |
| Plaintiff, | § | |
| v. | § | No. 06-396 C (Judge Williams) |
| THE UNITED STATES, | § | |
| Defendant. | § | |
| and | § | |
| LOCKHEED MARTIN AERONAUTICS COMPANY | § | |
| Intervenor. | § | |

## CERTIFICATION OF COSTS

I certify on behalf of L-3 Communications Integrated Systems L.P. that to the best of my knowledge and belief its predecessors-in-interest, Chrysler Technologies Airborne Systems, Inc., and Raytheon E-Systems, Inc., in fact incurred bid preparation and proposal costs in pursuit of the C-5 AMP Program in the amount of $2,583,000, and that payment for all these costs has not already been received.

W. Lee Estes
Senior Counsel
Director, Contracts

Executed on: June 1, 2006