# In the United States Court of Federal Claims

**No. 06-396C**
**(Filed June 13, 2006)**
**(Bid Protest)**

| | |
|---|---|
| **L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P.,** | |
| **Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant,** | |
| **and** | |
| **LOCKHEED MARTIN AERONAUTICS COMPANY,** | |
| **Intervenor.** | |

## SCHEDULING ORDER

On June 12, 2006, the Court convened a telephonic status conference with the parties and scheduled the following deadlines:

1. On or before **June 16, 2006**, Plaintiff, L-3 Communications Integrated Systems (L-3), the successor in interest to Raytheon E-System, Inc. (Raytheon) shall produce to the other parties typed transcripts of the handwritten notes taken at the debriefing accompanied by declarations attesting to the accuracy of the transcriptions.

2. On or before **June 16, 2006**, Plaintiff shall notify the Court as to whether it will supplement its Certification. Plaintiff shall file any supplemental Certification on or before **June 23, 2006**.

3. On or before **June 16, 2006**, the Air Force shall file a notice with the Court listing

citations on whether bid and proposal preparation costs that were booked to overhead accounts are deemed, as a matter of law, to have been reimbursed.

4. On or before **June 27, 2006**, Defendant shall file, under seal, copies of the notes taken during the debriefing, the transcripts of these notes and the accompanying declarations, the debriefing slides, the SSA decision, and the Proposal Analysis Report (PAR). Defendant shall also file, publicly, the letter regarding the award, a list of the debriefing participants and the conviction and guilty plea papers regarding Ms. Druyun. This filing will serve as a joint appendix for the briefing on the motion to dismiss. Plaintiff reserves its right to request the complete Administrative Record should the need arise.

5. The Court will convene a telephonic status call on June 21, 2006, at 12:30 p.m., EST.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**