# In the United States Court of Federal Claims

BID PROTEST

| | | |
|---|---|---|
| L-3 COMMUNICATIONS INTEGRATED SYSTEMS L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 06-396 C |
| | § | (Judge Williams) |
| THE UNITED STATES, | § | |
| | § | |
| Defendant, | § | |
| | § | |
| and | § | |
| | § | |
| LOCKHEED MARTIN AERONAUTICS COMPANY, | § | |
| | § | |
| Intervenor. | § | |

**PLAINTIFF'S NOTICE PURSUANT TO JUNE 13, 2006 ORDER**

1. Pursuant to paragraph 1 of the Court's Scheduling Order dated June 13, 2006, Plaintiff has served upon the other parties under the Court's Protective Order typed transcripts of the previously-produced handwritten notes taken at the debriefing, each accompanied by a declaration attesting to the accuracy of the transcript.

2. Pursuant to paragraph 2 of the Court's June 13 Scheduling Order, Plaintiff will supplement its Certification of Costs on or before June 23, 2006.

Respectfully submitted,

Dated: June 16, 2006

s/ Paul W. Searles

Paul W. Searles
HAYNES AND BOONE, LLP
901 Main Street
3100 Bank of America Plaza
Dallas, Texas 75202
Telephone: (214) 651-5197
Telecopier: (214) 200-0705
**ATTORNEYS FOR L-3 COMMUNICATIONS INTEGRATED SYSTEMS L.P.**

Of Counsel:

Sharon N. Freytag
HAYNES AND BOONE, LLP
901 Main Street
3100 Bank of America Plaza
Dallas, Texas 75202
Telephone: (214) 651-5586
Telecopier: (214) 200-0450

D-1441210_1.DOC