No. 06-396C
(Judge Williams)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

LOCKHEED MARTIN AERONAUTICS COMPANY,

Intervenor.

# JOINT APPENDIX
Pages A-1 through A-138
FOR MOTIONS TO DISMISS

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

Of Counsel:
BRYAN R. O'BOYLE
Senior Trial Attorney
Department of Air Force
Arlington, VA

DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor, 1100 L. St., N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Attorneys for Defendant

June 23, 2006

Table of Contents of Public Appendix

| | Page |
|---|---|
| 1. Jan. 22, 1999 Memorandum for Raytheon from ASC/GRA | 1 |
| 2. Jan. 22, 1999 Memorandum for Raytheon from ASC/GRA | 2 |
| 3. Attendees Log for C-5 AMP Debrief, Jan. 28, 1999 | 3 |
| 4. Criminal Docket for USA v. Druyun | 9 |
| 5. Apr. 20, 2004 Criminal Information in USA v. Druyun | 13 |
| 6. Apr. 20, 2004 Statement of Facts in USA v. Druyun | 16 |
| 6. Apr. 20, 2004 Reporter's Transcript in USA v. Druyun | 28 |
| 7. Oct. 1, 2004 Reporter's Transcript in USA v. Druyun | 80 |
| 8. Oct. 1, 2004 Supplemental Statement of Facts in USA v. Druyun | 109 |
| 9. DOD IG report, dated Feb. 28, 2006 | 114 |

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS AERONAUTICAL SYSTEMS CENTER (AFMC)
WRIGHT-PATTERSON AIR FORCE BASE, OHIO

MEMORANDUM FOR RAYTHEON E-SYSTEMS, INC. – WACO
7500 MAEHR ROAD
WACO TX 76705-1647

22 JAN 99

FROM: ASC/GRA
2590 LOOP ROAD WEST
WRIGHT-PATTERSON AFB OH 45433

SUBJECT: Request for Proposal (RFP) F33657-98-R-0006, C-5 Avionics Modernization Program

1. The source selection for the C-5 Avionics Modernization Program (AMP) contract has concluded. Proposals were solicited from 17 prospective contractors and two proposals were received. Contract award has been made to Lockheed Martin Aeronautical Systems, 86 South Cobb Drive, Marietta, Georgia 30063. The estimated cost plus award fee and contract prices for the selected offeror were $415.2M for the EMD/Production/Installation contract, F33657-98-C-0006; and $34.1M for the COSS contract, F33657-98-C-0007.

2. In accordance with Federal Acquisition Regulation 15.506, this office is prepared to furnish a debriefing to your firm regarding the significant factors that affected the award decision. We will be available to debrief you at your location on 28 Jan 99 if you so desire. If your firm desires a debriefing, your written request must be received by us at the above address no later than COB 26 Jan 1999.

3. We appreciate the interest your firm has shown in your C-5 AMP proposal efforts. Please acknowledge receipt of this letter by signing below and returning by fax to the unsigned NLT 1800 EST, 22 Jan 99. Our fax number is (937) 656-7117.

JOHN G. MEYER
Contracting Officer
C-5 AMP

Acknowledgment of receipt    22 Jan 99
Date

DEPARTMENT OF THE AIR FORCE

HEADQUARTERS AERONAUTICAL SYSTEMS CENTER (AFMC)
WRIGHT-PATTERSON AIR FORCE BASE, OHIO

MEMORANDUM FOR RAYTHEON E-SYSTEMS, INC. – WACO
7500 MAEHR ROAD
WACO TX 76705-1647

22 JAN 99

FROM: ASC/GRA
2590 LOOP ROAD WEST
WRIGHT-PATTERSON AFB OH 45433

SUBJECT: Request for Proposal (RFP) F33657-98-R-0006, C-5 Avionics Modernization Program

1. The source selection for the C-5 Avionics Modernization Program (AMP) contract has concluded. Proposals were solicited from 17 prospective contractors and two proposals were received. Contract award has been made to Lockheed Martin Aeronautical Systems, 86 South Cobb Drive, Marietta, Georgia 30063. The estimated cost plus award fee and contract prices for the selected offeror were $415.2M for the EMD/Production/Installation contract, F33657-98-C-0006; and $34.1M for the COSS contract, F33657-98-C-0007.

2. In accordance with Federal Acquisition Regulation 15.506, this office is prepared to furnish a debriefing to your firm regarding the significant factors that affected the award decision. We will be available to debrief you at your location on 28 Jan 99 if you so desire. If your firm desires a debriefing, your written request must be received by us at the above address no later than COB 26 Jan 1999.

3. We appreciate the interest your firm has shown in your C-5 AMP proposal efforts. Please acknowledge receipt of this letter by signing below and returning by fax to the unsigned NLT 1800 EST, 22 Jan 99. Our fax number is (937) 656-7117.

JOHN G. MEYER
Contracting Officer
C-5 AMP

23 Jan 99
Acknowledgment of receipt Date

A 2