**Raytheon** E-Systems

Waco

RFP F33657-98-R-0005 C-5 AMP DEBRIEF

# ATTENDEES LOG

DATE: 1-28-99

| NAME | REPRESENTING/CODE | AREA/RESPONSIBILITY | (A/C) PHONE NO. |
|---|---|---|---|
| Forest Oberschlake | ASC/GR | Director of Engineering | (937) 656-9481 |
| C.R. MENGOS | ASC/GRK | CONTRACTS MGR SSET | 934-255-1948 |
| Bob O'Rourke | RAYTHEON | VP | 903-457-5508 |
| Linda Rusk | Raytheon | Contracts | 703 284 4225 |
| Jeff Haueling | " | Prog Mgr | (254) 867-4143 |
| Col Tom Owen | C-5 SPD | SA ALC-Pgm Mgr | 210 925 6218 |
| BGen Paul Bielowicz | SA-ALC/CC | SSAC Chair | 210 925 6914 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NOTE: IN COMPLIANCE WITH THE PROCUREMENT INTEGRITY LAW, ATTENDEES ARE DIRECTED NOT TO DISCLOSE SOURCE SELECTION SENSITIVE OR PROPRIETARY DATA.

C91AL270 (ACAD)

**Raytheon** E-Systems

Waco

C-5 AMP DeBrief

# ATTENDEES LOG

DATE: 1-28-99

| NAME | REPRESENTING/CODE | AREA/RESPONSIBILITY | (A/C) PHONE NO. |
|---|---|---|---|
| Greg Churchill | Rockwell-Collins | VP Programs | 319 295 8010 |
| BILL STRATHERN | " " | PM | 903 737 0838 |
| Jim Grate | Dayton Aerospace | Consultant | 937 426 4300 |

NOTE: IN COMPLIANCE WITH THE PROCUREMENT INTEGRITY LAW, ATTENDEES ARE DIRECTED NOT TO DISCLOSE SOURCE SELECTION SENSITIVE OR PROPRIETARY DATA.

C91AL270 (ACAD)

A 4