Raytheon E-Systems

Waco

C-S Debrief

# ATTENDEES LOG

DATE: 1/28/99

| NAME | REPRESENTING/CODE | AREA/RESPONSIBILITY | (A/C) PHONE NO. |
|---|---|---|---|
| David Coody | Raytheon - Waco | Cost Estimation | 254-714-3516 |
| Marc Hanna | " " | Subcontract Management | 254 867 7195 |
| Dave Fenton | " " | Engineering | 254 867 4012 |
| Jim Wilger | Raytheon / Dayton | Business Development | 937-429-5429 |
| Gene Marshall | Raytheon - AIS | Contracts | 903-457-5266 |
| Joe Raffiani | Cypress International | Consultant | 703-549-5880 |
| Jerry Riggsby | Raytheon - AIS | Director | 254-867-4156 |
| Steve Renner | Raytheon - AIS | Contracts | 254-867-4204 |
| Michael Cox | Raytheon - AIS | Production Planning | 254 867 4767 |
| Carol Selander | Raytheon - AIS | Secretary | 254-867-4784 |
| LTC Al Flowers | Ret, ACO | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NOTE: IN COMPLIANCE WITH THE PROCUREMENT INTEGRITY LAW, ATTENDEES ARE DIRECTED NOT TO DISCLOSE SOURCE SELECTION SENSITIVE OR PROPRIETARY DATA.

C9 AL270 (ACAD)

**Raytheon** E-Systems

Waco

C-5 AMP Debriefing

# ATTENDEES LOG

DATE: 1-28-99

| NAME | REPRESENTING/CODE | AREA/RESPONSIBILITY | (A/C) PHONE NO. |
|---|---|---|---|
| CHUCK WERTZ | ROCKWELL | CONTRACTS | 319-295-2116 |
| LARRY SCHLEHUBER | ROCKWELL | MARKETING | 319-295-8283 |
| RICHARD CHATTERTON | RAYTHEON | System Engr. | 254-867-7402 |
| Steve Parker | Raytheon | Software | 254-867-2440 |
| JOSEPH RACINE | Allied Signal | Program Office | 261-373-3587 |
| Donald H. Story | Raytheon | Program Manager | 254-867-2645 |
| Robert Hard | Raytheon | Contracts | 254-867-4370 |
| Tom Schlesinger | Raytheon | Business Develop | 254-867-4208 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NOTE: IN COMPLIANCE WITH THE PROCUREMENT INTEGRITY LAW, ATTENDEES ARE DIRECTED NOT TO DISCLOSE SOURCE SELECTION SENSITIVE OR PROPRIETARY DATA.

C91AL270 (ACAD)