Raytheon E-Systems

Waco

C-5 AMP Debriefing

# ATTENDEES LOG

DATE: 1/28/99

| NAME | REPRESENTING/CODE | AREA/RESPONSIBILITY | (A/C) PHONE NO. |
|---|---|---|---|
| Mason Botts | Raytheon | AF BD | (703) 284-4444 |
| Harry Sus[illegible] | Rockwell - Collins | Pgm MGR | 319/295-3985 |
| Jerry Iverson | Raytheon | Director, Programs | 254-867-4457 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NOTE: IN COMPLIANCE WITH THE PROCUREMENT INTEGRITY LAW, ATTENDEES ARE DIRECTED NOT TO DISCLOSE SOURCE SELECTION SENSITIVE OR PROPRIETARY DATA.

C91AL270 (ACAD)

A 7

Raytheon E-Systems

Waco

Debriefing C-5 AMP
RFP F33657-98-R-0006

# ATTENDEES LOG

DATE: Jan 28-99

| NAME | REPRESENTING/CODE | AREA/RESPONSIBILITY | (A/C) PHONE NO. |
|---|---|---|---|
| Larry Adams | | Proposal Mgr | (254) 867-4185 |
| WAYNE GROFF | ROCKWELL COLLINS | Dir, Program Mgmt | 319 295 5820 |
| WILLIAM KOCH | RAYTHEON | TECH DIRECTOR | (254) 867-2198 |

NOTE: IN COMPLIANCE WITH THE PROCUREMENT INTEGRITY LAW, ATTENDEES ARE DIRECTED NOT TO DISCLOSE SOURCE SELECTION SENSITIVE OR PROPRIETARY DATA.

C91AL270 (ACAD)

A 8