CLOSED

**U.S. District Court**
**Eastern District of Virginia (Alexandria)**
**CRIMINAL DOCKET FOR CASE #: 1:04-cr-00150-TSE-1**

Case title: USA v. Druyun

Date Filed: 04/06/2004

---

Assigned to: District Judge T. S. Ellis, III

**Defendant**

**Darleen A. Druyun** (1) represented by **Kelly Marie Skoloda**
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave NW
Washington, DC 20036
(202) 887-4000
*TERMINATED: 06/29/2005*
*LEAD ATTORNEY*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| (18:371.F) 18 U.S.C. 371 CONSPIRACY TO DEFRAUD THE UNITED STATES (November 5, 2002) (1) | 9 mos. BOP and 3 yrs. supervised release w/ conds. incld. 7 mos. community confinement. $100 S.A. $5,000 fine. Self-surrender. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Plaintiff**

**USA** represented by **Robert William Wiechering**

United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
(703)299-3700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2004 | | Plea Agreement Hearing as to Darleen A. Druyun set for 9:30 4/20/04 for Darleen A. Druyun before Judge T. S. Ellis III (tbul) (Entered: 04/07/2004) |
| 04/20/2004 | | Initial appearance as to Darleen A. Druyun before Judge T. S. Ellis III held (Rptr: Rodriquez) (Defendant informed of rights.) (tbul) (Entered: 04/20/2004) |
| 04/20/2004 | 1 | WAIVER OF INDICTMENT by Darleen A. Druyun filed in open Court (signed by Judge T. S. Ellis, III) Mailed: yes (tbul) (Entered: 04/20/2004) |
| 04/20/2004 | 2 | INFORMATION as to Darleen A. Druyun (1) Count(s) 1 filed in open Court (tbul) (Entered: 04/20/2004) |
| 04/20/2004 | | Plea Agreement Hearing as to Darleen A. Druyun held before Judge Ellis. Deft FA, PG and waived jury trial. Court accepted the plea. Deft dir. to P.O. for PSIR. Matter cont'd. to 9:00 8/6/04 for GL sentencing. (Rptr: Rodriquez); USA appeared through: Weichering/McNulty; Dft(s) appeared w/ counsel: Skoloda/Dowd, pro hac and Osborne, pro hac. Deft released on $25,000 unsecured PR Bond w/ conds: needs permission from Court via PTS to travel out of DC Metro area w/ exception of planned vaction w/ family; no firearms; no excess. use of alcohol and no illegal drugs; PTS supervision drug testing waived. Court Hours: 9:50-10:50 (tbul) Modified on 10/01/2004 (Entered: 04/20/2004) |
| 04/20/2004 | 3 | Plea Agreement as to Darleen A. Druyun filed in open Court (tbul) (Entered: 04/20/2004) |
| 04/20/2004 | | PLEA entered by Darleen A. Druyun . Court accepts plea. by Darleen A. Druyun Guilty: Darleen A. Druyun (1) Count(s) 1 (tbul) (Entered: 04/20/2004) |
| 04/20/2004 | 4 | STATEMENT OF FACTS as to Darleen A. Druyun filed in open Court (tbul) (Entered: 04/20/2004) |
| 04/20/2004 | | Sentencing before Judge T. S. Ellis III set for 9:00 8/6/04 for Darleen A. Druyun , Darleen A. Druyun (1) Count(s) 1 (tbul) (Entered: 04/20/2004) |
| 04/20/2004 | 5 | ORDER Setting Conditions of Release as to Darleen A. Druyun ( Signed by Judge T. S. Ellis III ) Copies Mailed: case mgr. (tbul) (Entered: 04/20/2004) |
| 04/20/2004 | 6 | PR BOND entered by Darleen A. Druyun Amount $ 25,000 Receipt # UNSECURED (tbul) (Entered: 04/20/2004) |