| | | |
|---|---|---|
| 04/20/2004 | 7 | ORDER as to Darleen A. Druyun, for James Cecil Osborne, Jr., Akin Gump Strauss Hauer & Feld LLP, 1333 New Hampshire Ave., NW, Washington DC 20036 (202) 887-4007 to appear pro hac vice Filing Fee Paid $50 Receipt # 100 171621 ( Signed by Judge T. S. Ellis III ) Copies Mailed: yes (tbul) (Entered: 04/20/2004) |
| 04/20/2004 | 8 | ORDER as to Darleen A. Druyun, for John Maguire Dowd, Akin Gump Strauss Hauer & Feld LLP, 1333 New Hampshire Ave., NW, Washington, DC 20036 (202) 887-4386 to appear pro hac vice Filing Fee Paid $50 Receipt # 100 171620 ( Signed by Judge T. S. Ellis III ) Copies Mailed: yes (tbul) (Entered: 04/20/2004) |
| 04/20/2004 | 9 | ORDER as to Darleen A. Druyun, for Nell Irene Brown, Akin Gump Strauss Hauer & Feld, LLP, 1333 New Hampshire Ave., NW, Washington, DC 20036 (202)887-4063 to appear pro hac vice Filing Fee Paid $ 50 Receipt # 100 1711622 ( Signed by Judge T. S. Ellis III ) Copies Mailed: yes (tbul) (Entered: 04/20/2004) |
| 05/10/2004 | 10 | ORDER as to Darleen A. Druyun, the following condition of release shall be added: The dft is granted permission to travel to Spartanburg, SC from 5/27/04 to 6/3/04. All other conditions of release remain in full force and effect ( Signed by Judge T. S. Ellis III ) Copies Mailed: Yes (kjon) (Entered: 05/12/2004) |
| 06/30/2004 | 11 | ORDER as to Darleen A. Druyun, Modifying Conditions of Release ( Signed by Judge T. S. Ellis III ) Copies Mailed: y (pmet) (Entered: 07/01/2004) |
| 07/26/2004 | 12 | MOTION as to Darleen A. Druyun by USA to Continue sentencing to 09-03-2004 (pmet) (Entered: 07/26/2004) |
| 07/26/2004 | 13 | ORDER granting [12-1] motion by USA to Continue sentencing as to Darleen A. Druyun (1), reset Sentencing for 9:00 9/3/04 for Darleen A. Druyun before Judge T. S. Ellis III ( Signed by Judge T. S. Ellis III ) Copies Mailed: y (pmet) (Entered: 07/26/2004) |
| 08/27/2004 | 14 | Under Seal MOTION as to Darleen A. Druyun by USA to Continue (pmet) (Entered: 08/27/2004) |
| 08/27/2004 | 15 | Under Seal MOTION as to Darleen A. Druyun by USA to Seal pursuant to local rule [14-1] motion to continue by USA (pmet) Modified on 09/01/2004 (Entered: 08/27/2004) |
| 08/27/2004 | 16 | Under Seal ORDER granting [15-1] motion by USA to Seal pursuant to local rule [15-1] motion by USA as to Darleen A. Druyun (1) ( Signed by Judge T. S. Ellis III ) Copies Mailed: y (pmet) (Entered: 08/27/2004) |
| 08/30/2004 | 17 | ORDER granting [14-1] motion by USA to Continue as to Darleen A. Druyun (1), reset Sentencing for 9:00 10/1/04 for Darleen A. Druyun before Judge T. S. Ellis III ( Signed by Judge T. S. Ellis III ) Copies Mailed: y (pmet) (Entered: 08/30/2004) |
| 09/01/2004 | 18 | Non-confidential memorandum in support by USA [15-1] motion by USA to Seal pursuant to local rule (pmet) (Entered: 09/01/2004) |

| | | |
|---|---|---|
| 09/01/2004 | 19 | NOTICE as to Darleen A. Druyun by USA of motion to seal (pmet) (Entered: 09/01/2004) |
| 10/01/2004 | 20 | Letters (28) originally submitted for in camera review filed in open court - to be made part of the record, per the Court (tbul) (Entered: 10/01/2004) |
| 10/01/2004 | 21 | Supplemental Plea Agreement filed by defendant Darleen A. Druyun, USA in open court (tbul) (Entered: 10/01/2004) |
| 10/01/2004 | 22 | Supplemental Statement of Facts filed by defendant Darleen A. Druyun, in open court USA (tbul) (Entered: 10/01/2004) |
| 10/01/2004 | | Sentencing before Judge T. S. Ellis III held (Rptr: Rodriquez). USA appeared through: Robert Weichering; Dft(s) appeared w/ counsel: James Osborn. Darleen A. Druyun (1) count(s) 1. Supplemental Plea Agreement and Supplemental Statement of Facts filed in open court. Ltrs. to be made part of PSIR and public record. One ltr. not to be part of PSIR. P.O. to change PSIR to reflect the supplements. Deft sentenced to 9 mos. BOP and 3 yrs. supervised release w/ special conds: 7 mos. community confinement; 150 hrs. community service speaking engagements H.S. and college students. $100 S.A. $5,000 fine. Court will recommend SC area facility, Level I. Deft cont'd. on current Bond to self-surrender as dir. Court Hours: 9-10:15 (tbul) (Entered: 10/01/2004) |
| 10/01/2004 | 23 | JUDGMENT Darleen A. Druyun (1) count(s) 1. 9 mos. BOP and 3 yrs. supervised release w/ conds. incld. 7 mos. community confinement. $100 S.A. $5,000 fine. Self-surrender. ( Signed by Judge T. S. Ellis III ) Copies Mailed: yes (tbul) (Entered: 10/01/2004) |
| 06/29/2005 | | Attorney update in case as to Darleen A. Druyun. Attorney Kelly Marie Skoloda terminated. Per letter sent by Law Firm to defendant. (pmet, ) (Entered: 06/30/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/20/2006 14:43:28 | | | |
| **PACER Login:** | dj0009 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:04-cr-00150-TSE |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |