# Assistant Secretary of the Air Force (Acquisition) Comments

DEPARTMENT OF THE AIR FORCE
WASHINGTON DC

3 FEB 2006

OFFICE OF THE ASSISTANT SECRETARY

MEMORANDUM FOR DEPARTMENT OF DEFENSE INSPECTOR GENERAL
ATTN: DEPUTY INSPECTOR GENERAL FOR AUDITING

FROM: SAF/AQ

SUBJECT: Draft Audit Report, Dated 21 Dec 05, Project No. D2005-D000FP-0174 Source Selection Procedures for the C-5 Avionics Modernization Program (AMP)

Thank you for the time and effort your team invested in examining the C-5 AMP source selection procedures. I also appreciate your team's willingness to meet with my staff to discuss the draft report. Our comments are as follows:

a. Finding - We agree that improvements in documentation can always be made. It must be noted, however, that the source selection participants, to include the contracting officer, took every precaution to ensure the integrity of this source selection. Multiple reviews by legal counsel and procurement review personnel were conducted throughout the source selection. We believe the actual award decision was reasonably documented to justify the selection.

b. Recommendation 1 - Concur. We agree to identify the source selection process as a high-risk area through the Air Force's implementation of DODD 5010.38.

c. Recommendation 2 - Concur. Our approach to implement this recommendation is as follows:

(1) The Air Force has an existing Management Control Program, which implements DoD Directive 5010.38. The AF Instruction that governs our implementation is AFI 65-201, Management Control. The Air Force office responsible for this program is SAF/FMPI. SAF/AQC will request SAF/FMPI to specifically identify and incorporate the source selection process within the Management Control Procurement Reporting Category.

(2) SAF/AQ will request SAF/IGI identify source selection as an area to be addressed during Unit Compliance Inspections as a Special Interest Item during Air Force Inspector General Audits conducted in accordance with AFI 90-201.

(3) SAF/AQC will direct MAJCOM/DRUs senior contracting officials to add the source selection process as an assessable unit to their MAJCOM/DRUs management control plans. This means all self-inspections and compliance inspections conducted will include a review of source selection actions.

(4) Changes were made to the Air Force contract clearance procedures as part of the 10 Aug 05 revised source selection procedures issued by SAF/AQ. Specifically, we instituted an independent contract clearance approval process with mandatory legal participation. This also implemented an additional review process that is conducted at least one level above the contracting officer.

The SAF/AQ staff stands ready to assist in any way to ensure all concerns are addressed prior to the final report publication. My point of contact is Lt Col Julian Thrash, julian.thrash@pentagon.af.mil, 703-588-7075.

DONALD J. HOFFMAN, Lt Gen, USAF
Military Deputy, Office of the Assistant Secretary of the Air Force (Acquisition)

# Team Members

The Department of Defense Office of the Deputy Inspector General for Auditing, Defense Financial Auditing Service prepared this report. Personnel of the Department of Defense Office of Inspector General who contributed to the report are listed below.

Paul J. Granetto
Douglas P. Neville
Amy L. Mathews
Lashonda M. Thompson
Michael T. Burger
Lamar Anderson
Michael T. Hepler
Karen M. Borrero
Erin S. Hart