# In The United States Court of Federal Claims

BID PROTEST

| | | |
|---|---|---|
| L-3 COMMUNICATIONS INTEGRATED SYSTEMS L.P., | § | |
| Plaintiff, | § | |
| v. | § | No. 06-396 C (Judge Williams) |
| THE UNITED STATES, | § | |
| Defendant. | § | |
| and | § | |
| LOCKHEED MARTIN AERONAUTICS COMPANY | § | |
| Intervenor. | § | |

## SUPPLEMENTAL CERTIFICATION OF COSTS

I certify on behalf of L-3 Communications Integrated Systems L.P. ("L-3") that its predecessors-in-interest, Chrysler Technologies Airborne Systems, Inc., and Raytheon E-Systems, Inc., incurred bid preparation and proposal costs in pursuit of the C-5 AMP Program in the amount of $2,564,397, of which $1,514,944 have not been recouped through overhead rates on cost-reimbursement and flexibly-priced contracts.

This unreimbursed amount was calculated using (1) an allocation of the relevant business base, by contract type (cost, fixed-price, and flexibly-priced), in percentages agreed between L-3 and the DCAA; and (2) L-3's conservative estimate of the contractor-to-customer share ratio of 30:70 for the flexibly-priced contracts. This calculation eliminates L-3's need to compute and

allocate credits to the overhead pool under FAR 31.201-5 for amounts previously recouped against the total bid and proposal costs incurred.

Under penalty of perjury, I certify that the foregoing is true and correct to be best of my knowledge and belief, and that I am authorized to make this certification.

W. Lee Estes
Senior Counsel
Director, Contracts

Executed on: June 22, 2006