# In the United States Court of Federal Claims

**No. 06-396C**

**(Filed August 30, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and**

**LOCKHEED MARTIN AERONAUTICS COMPANY,**

**Intervenor.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the agreement of the parties, the oral argument scheduled in this matter for August 30, 2006, has been rescheduled for **October 10, 2006 at 2:00 p.m. ET.** The Court will initiate the teleconference, and a court reporter will transcribe the proceedings.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**