Table of Contents of Appendix

Page

1. May 13, 1998 Memorandum For Prospective Offerors....279
2. Nov. 21, 1997 Memorandum For All Potential Offerors....282
3. Excerpt from RFP, F33567-98-R-0006, Section M - Evaluation Factors For Award....285
4. June 11, 1998 Amendment of RFP....292
5. Oct. 23, 1998 Amendment of RFP....295

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS SAN ANTONIO AIR LOGISTICS CENTER (AFMC)
KELLY AIR FORCE BASE, TEXAS

13 May 98

MEMORANDUM FOR PROSPECTIVE OFFERORS

FROM: SA-ALC/CC
100 Moorman, Suite 1
Kelly AFB TX 78241-5808

SUBJECT: Executive Summary Request for Proposal (RFP) No. F33657-98-R-0006, C-5 Avionics Modernization Program (AMP)

1. Thank you for your active participation in the C-5 AMP acquisition. We have taken your comments seriously and have attempted to incorporate the majority of your concerns and comments into the final RFP. I commend both the Government and industry teams for their open communication and interaction. These efforts have further streamlined and rejuvenated our business practices.

2. In the 1998 AMC Air Mobility Master Plan, General Kross cited the critical need to modernize the C-5 in order to provide the warfighter with necessary outsized and oversized cargo in time of both peace and war. To do this, every C-5 is critical. Two things must be done to the C-5 immediately to maintain its viability: system reliability must be improved and Global Air Traffic Management (GATM) capabilities must be installed.

3. The Government anticipates awarding two contracts to a single contractor to design, test, qualify, produce, and install avionics modernization kits which rely primarily on Commercial Off-The-Shelf (COTS) and/or Non-Developmental Items (NDI) technology to meet the C-5 operational requirements cited in the AMP System Requirements Document. The second contract will provide for Contractor Operated Supply Support (COSS). To this end, we are asking the bidders to provide a supply system, wherein AMP replacement parts will be issued to users through the Air Force Standard Base Supply System. Bidders are asked to propose a support system in which wholesale logistics functions (requirements determination, inventory investment and management, distribution to main operating bases, and repairs) are a contractor responsibility, and which interfaces and relies on the base supply system for issue/turn-in.

4. The selected contractor will have Total Integrated System Performance Responsibility (TISPR) for the C-5 AMP. The integrating prime contractor should possess a proven large aircraft modification capability with specific knowledge of the C-5 aircraft structural, technical and operational aspects. This will maintain compatibility with the existing aircraft components and with planned modification programs in progress and in the future. The system should have expandability and flexibility that permits growth to meet future requirements of the C-5 without the need to further modify the aircraft and Group A components. Possible upgrades outside this acquisition may include re-engining that will incorporate Full Authority Digital Engine Control (FADEC). These potential upgrades will require interface with the C-5 avionics upgrade package.

5. It is also important to note that TCAS, as a subset of GATM, will be accelerated ahead of the rest of the AMP implementation. These installs need to be completed by the end of FY02. In the solicitation we are asking the offerors to discuss how accelerated TCAS will be implemented prior to the rest of AMP and what changes would occur when the full AMP system is fielded.

6. For planning purposes of the EMD phase of this acquisition, the amounts of $4.1M FY98 and $47.9M FY99 have been allotted for use under AFMC FAR Supplement 5352.232-9001, Implementation of Limitation of Funds (AFMC), dated July 1997. FY99 funds excess to FY99 expenditures will be re-allotted to FY00. The offeror shall provide the outyear funding requirements necessary for EMD completion, FY00 and out. These amounts should include the award fee pool value for EMD.

7. The government requires the AMP to be installed in 70% of the C-5 fleet by December 2003 with all 126 aircraft completed in 2004. The offerors shall propose 100% of the installations to be factored in as basis of award but the government retains the right to redirect some of the installations to either a government depot and/or a second commercial source.

8. The C-5 AMP RFP sets forth streamlined documentation (Statement of Objectives, SRD) and instructions plus matrices to aid in cross-referencing requirements. These features permit submission of an integrated management framework consisting of a contractor-prepared and integrated Systems Performance Specification, WBS, SOW, IMP, and IMS. It is our intent, if quality proposals are received that meet the requirements of this RFP, to award without discussions except for administrative discussions/clarification pursuant to FAR 15.306, as supplemented. With this expectation you may only have the opportunity to submit one proposal and it should reflect your very best offer to the Government.

9. As you already are aware, the C-5 AMP procurement has been selected as a test case for new source selection policies/procedures. The main thrust of this test case is to allow communications between the Government and the offerors prior to the competitive range determination. These communications will center on the technical aspects of the proposals. Once the technical issues are resolved we'll then ask for the associate cost volume. Please see the attached letter from Ms Druyun briefly discussing the new policy as well as the feedback sheet we would like to receive from you immediately after contract award.

10. The sole point of contact for this acquisition is the Procuring Contracting Officer, Mr. John Meyer, ASC/GRA, 2590 Loop Road West, Room 210, Wright-Patterson AFB, OH 45433-7142, (937) 255-7822 or Fax (937) 656-7117.

11. Mr. Steve Plaisted has been appointed as Ombudsman to hear concerns from offerors or potential offerors during the proposal development. The purpose of the Ombudsman is to communicate contractor concerns, issues, disagreements, and recommendations to the appropriate government personnel. Existence of an Ombudsman does not diminish the

authority of the program director or the contracting officer. Accordingly, the Ombudsman does not participate in the preparation of solicitations, the evaluation of proposals or the source selection process and, therefore, for routine matters on individual solicitations, please contact Mr. John Meyer, (937) 255-7822. When requested, the Ombudsman will maintain strict confidentiality as to the source of the concern. Should you desire to contact the Ombudsman, Mr. Plaisted can be reached at (937) 255-9095.

12. Again, I would like to offer my sincere thanks for the dedication and outstanding teamwork that occurred to make this RFP a success for both parties.

JAMES S. CHILDRESS
Major General, USAF
Commander

Attachments:
1. SAF/AQ Ltr, 21 Nov 97
2. RFP F33657-98-R-0006

05/14/98 12:04 ☎210 925 48 SA-ALC/LA P.2
MAY 13 '98 01:51PM AIR( 'T DSM WPAFB

DEPARTMENT OF THE AIR FORCE
WASHINGTON DC

U.S. AIR FORCE
1947 - 1997

21 NOV 1997

Office of the Assistant Secretary

MEMORANDUM FOR ALL POTENTIAL OFFERORS

FROM: SAF/AQ
1060 AIR FORCE PENTAGON
WASHINGTON DC 20330-1060

SUBJECT: Test of Proposed New Air Force Source Selection Policy

Over the past year an Integrated Product Team from the various Air Force commands have been involved in rewriting the Air Force source selection policies and procedures contained in Air Force Federal Acquisition Regulation Supplement (AFFARS) Appendices AA and BB. The team has just finished an extensive comment period incorporating and clarifying many comments from field activities. The next step of the rewrite process is to test the revised policies and procedures.

The acquisition that you are participating in has been selected as a candidate to test the proposed new source selection policy and procedures. These policies and procedures can be found on the SAF/AQC homepage: http://www.safaq.hq.af.mil/contracting/library/aabbpub.html. The rewrite team has put together policy and procedures which focus on fewer factors and subfactors, provide for a better performance assessment, and is less complex for industry and the government. This new policy is also consistent with the recent FAR 15 rewrite which emphasizes use of effective and efficient acquisition methods and business judgment.

A key part of the testing phase is gathering metrics. Please take the time and fill out the Offeror Feedback form that is provided with the solicitation. Your feedback will be an important part of the final phase of the rewrite process. With your input the Air Force will continue improving our business processes, employing innovative and cost effective approaches to the selection of best value sources, while minimizing proposal preparation time and effort for industry.

Darleen A. Druyun

DARLEEN A. DRUYUN
Principal Deputy Assistant Secretary
of the Air Force (Acquisition and Management)

*Golden Legacy, Boundless Future... Your Nation's Air Force*

# AIR FORCE SOURCE SELECTION FEEDBACK

## OFFERORS

**Request for Proposal No.:**______________________________________

***INDICATE LEVEL OF SATISFACTION FOR EACH AREA BELOW***

| 1. REQUEST FOR PROPOSAL/ SOURCE SELECTION PROCESS | Very Satisfied | Satisfied | Dissatisfied | Very Dissatisfied | N/A |
|---|---|---|---|---|---|
| a. Clarity of RFP Instructions? | ___ | ___ | ___ | ___ | ___ |
| b. Clarity of Proposal Preparation Instructions? | ___ | ___ | ___ | ___ | ___ |
| c. Clarity of Evaluation Criteria? | ___ | ___ | ___ | ___ | ___ |
| d. Clarity of Source Selection Procedures? | ___ | ___ | ___ | ___ | ___ |
| e. Ease of Proposal Preparation? | ___ | ___ | ___ | ___ | ___ |
| f. Debriefing? | ___ | ___ | ___ | ___ | ___ |

| 2. GOVERNMENT TIMELINESS | Faster | No Change | Slower | N/A |
|---|---|---|---|---|
| a. Synopsis to RFP release | ___ | ___ | ___ | ___ |
| b. Proposal submission to competitive range decision? | ___ | ___ | ___ | ___ |
| c. Competitive range to contract contract award | ___ | ___ | ___ | ___ |
| d. Total Cycle time (Synopsis to contract award)? | ___ | ___ | ___ | ___ |

| 3. THE NEW AIR FORCE SOURCE SELECTION INITIATIVE | YES | NO | DON'T KNOW |
|---|---|---|---|
| a. Were you satisfied with the new AF source selection process? | ___ | ___ | ___ |
| b. Did you find the new process beneficial in streamlining the acquisition? | ___ | ___ | ___ |
| c. Did the new process allow for effective communications with the Air Force? | ___ | ___ | ___ |
| d. As a reduction of the new process did your company realize a reduction in effort? | ___ | ___ | ___ |
| e. Did you review the new Air Force source selection policy and procedures? | ___ | ___ | ___ |
| f. Are there other areas that offer streamlining opportunities? | ___ | ___ | ___ |

**Identify Opportunities:** ____________________________________________

____________________________________________

Comments/Recommendations/Lessons Learned: ____________________________________________

____________________________________________

____________________________________________

____________________________________________

____________________________________________

____________________________________________

____________________________________________

RETURN TO: FIELD ACTIVITY SOURCE SELECTION OFFICER
FOCAL POINT SHOULD PUT HIS/HER NAME AND ADDRESS HERE

11 May 98

SECTION M - EVALUATION FACTORS FOR AWARD F33567-98-R-0006

1.0 NOTICE: The following FEDERAL ACQUISITION REGULATION PROVISIONS pertinent to the SECTION are hereby incorporated by reference:

| | |
|---|---|
| FAR 52.215-1 | INSTRUCTIONS TO OFFERORS – COMPETITIVE ACQUISITIONS (OCT 1997) |
| FAR 52.217-04 | EVALUATION OF OPTIONS EXERCISED AT TIME OF CONTRACT AWARD (JUN 1988) |
| FAR 52.217-05 | EVALUATION OF OPTIONS (JUL 1990) |
| FAR.52.247-47 | EVALUATION—F.O.B. ORIGIN (APR 1984) |

2.0. Introduction. This section outlines evaluation factors the Government will consider in evaluating the offerors' capabilities and proposals submitted in response to the solicitation for the C-5 Avionics Modernization Program (AMP). The evaluation factors are intended to show the scope of the evaluation to be performed on proposals submitted in response to the Request for Proposal (RFP). Section L of the RFP, Proposal Instruction to Offerors, defines the proposal elements and data required from each offeror for this evaluation.

3.0. Basis for Contract Award.

3.1 This will be a "best value" competitive source selection conducted in accordance with FAR Part 15, FAC 97.02 dated 30 Sep 97 and draft AFFARS Part 15, Subpart 5315.1, Source Selection Processes and Techniques dated 21 Nov 97 (http://www.safaq.hq.af.mil/contracting/library/aabbpub.html). This program has been identified as a "test case" for these proposed improvements to Air Force Source Selection procedures.

3.2 Contracts may be awarded to the offeror whose proposal conforms to the solicitation requirements; who is deemed responsible in accordance with the Federal Acquisition Regulation (FAR); demonstrates that the offeror possesses the management, technical, logistics, and financial capabilities necessary to fulfill the requirements of the contracts; and is judged, by an integrated assessment of the Evaluation Factors listed below, to be the best value to the government. Best Value means the expected outcome of an acquisition that, in the Government's estimation, provides the greatest overall benefit in response to the requirement. Offerors must recognize that the subjective judgment of the government evaluators is implicit in the evaluation process.

4.0 Selection Factors. Each offeror's proposal will be evaluated against the following factors. Mission Capability and Past Performance are equal in importance followed by Price/Cost and Proposal Risk in descending order. Subfactors under the Mission Capability factor are listed in descending order of importance. Price/Cost (MPLCC) will

be a substantial factor in the source selection decision. IAW FAR Part 15.304(e), all evaluation factors, other than cost or price, when combined are significantly more important than cost or price.

EVALUATION FACTORS AND SUBFACTORS

A. Mission Capability
  - Sub-Factor: Avionics Quality/Integration
  - Sub-Factor: Software Development
  - Sub-Factor: Schedule
  - Sub-Factor: Supportability
  - Sub-Factor: Systems Engineering/Program Mgt (SE/PM)

B. Past Performance

C. Price/Cost

D. Proposal Risk

5.0 Scope of the Evaluation. A detailed evaluation will be made of the offeror's proposal against the factors listed in para. 4.0 above. Each offeror's approach to these factors will be evaluated using the System Requirements Document (SRD), Prime Item Development Specification, preliminary Configuration Item Development Specification(s), preliminary Software Development Plan, Statement of Objectives, Statement of Work, Integrated Master Plan (IMP) and its correlation to the Integrated Master Schedule (IMS), and proposed approaches, as evidence of the offeror's understanding of the requirements of the RFP, as well as a commitment and ability to meet those requirements. Functional performance requirements are identified in the C-5 AMP SRD. Any features or technical offerings that exceed the SRD requirements and enhances the system will be considered in the best value determination. Each of the mission capability sub-factors, except schedule, will receive a color/adjectival rating. Results of the Schedule Assessment will be depicted using the 50% and 90% cumulative probable completion date for each milestone designated in the government IMS input requirement (Sec L, para. 2.1.3.1 A.1.). The Price/Cost factor will be reported as a Most Probable Life Cycle Cost as described in (3) below. The past performance evaluation will assign each offeror a rating ranging from great confidence, confidence, unknown confidence (neutral), little confidence, or no confidence in the offeror's ability to meet the requirements of the solicitation, based on their past performance information. The proposal risk will be assigned at the subfactor level, with the exception of the schedule assessment, as high, moderate, or low proposal risk ratings. Each factor and sub-factor rating shall be considered in making the integrated source selection decision. The Past Performance Factor evaluation is as important as the Mission Capability Factor evaluation. If during the evaluation, it is determined to be in the best interest of the government to hold discussions, offeror responses to evaluation notices, and any final proposal revisions if requested, will be considered in making the best value decision.

(1) Mission Capability Factor. All sub-factors within this factor are listed in descending order of importance. The Mission Capability Factor will evaluate the offeror's ability to meet the contractual requirements. Each offeror's IMP/IMS, Mission Capability volume, Statement of Work (SOW), preliminary Software Development Plan, AMP System Specification, Prime Item Development Specification(s) and applicable CI Specifications will be evaluated based on the following subfactors:

(a) Sub-Factor C.1: Avionics Quality/Integration - This sub-factor will evaluate the proposed integration of the avionics suite, to include integration with the aircraft and non-avionics equipment, the design of a data transfer system, core processing, and an open system architecture solution that maximizes the use of COTS and NDI for achieving GATM requirements. This sub-factor will evaluate internal and external interfaces, electromagnetic compatibility, electrical power, thermal impacts, and core processing memory and throughput growth. Emphasis will be placed on system growth and flexibility to meet future requirements for both GATM as well as possible upgrades outside this acquisition, such as re-engining, incorporating Full Authority Digital Engine Control (FADEC). This sub-factor will also evaluate the performance of the avionics functions to include, but not limited to, flight and engine displays, flight and autopilot augmentation, communications, navigation, and surveillance capabilities. Further evaluation will address the quality of the avionics suite, to include appropriate system safety provisions and the reliability and maintainability attributes when subjected to the C-5 operating conditions. This sub-factor is met when the offeror's design shows an integrated solution which satisfies all requirements in the SRD and is substantiated in the contractually binding AMP System Specification and Avionics System Prime Item Development Specification(s), to include growth potential for future C-5 GATM requirements. The proposed integrated solution must provide a sound approach to testing and GATM certification, as documented in Section 4.0 of the AMP System Specification, which ensures minimum impact to aircraft downtime and addresses all risk factors with appropriate mitigation of these risks. In addition, the system must demonstrate the ability to accommodate FADEC.

(b) Sub-factor C.2: Software Development – The preliminary Software Development Plan, and Software Development Capability Evaluation (SDCE) will be used to evaluate the offeror's capability to manage, develop, and integrate software required to satisfy the performance requirements. This software can include system/application software, operational flight programs, subsystem software, support equipment software, simulator software, trainer software, support software, and mission planning software. Assessment criteria to be used during the evaluation are selected from

AFMC Pamphlet 63-103 as appropriate for the specific C-5 AMP SDCE question set and to insure software development and integration of any Non-Developmental Software (NDS) will meet the needs of the C-5 AMP. The standard for this sub-factor is met when the Software Development Plan, specific answers to the SDCE questions of Section L of the RFP, and supporting documentation (including internal contractor standards) indicate that the offeror has the necessary software practices and procedures in place.

(c) Sub-factor C.3: Schedule Assessment (SA) - The Government will assess the contractors' ability to achieve the TCAS and AMP need dates. A multi-functional SA (e.g., engineering, logistics, manufacturing, etc.) will be conducted to evaluate program schedule risk based on achieving the proposed major program milestones and critical activities as portrayed in the IMS. The three events being focused on are PDR, CDR, and when the 90th production article is manufactured. The offeror's IMS will be the foundation for determining the probability of meeting the proposed schedule dates. The probability of the offeror's meeting the specific schedule milestones will be based on the SA. Assessment criteria to be used during the schedule analysis are:

i. Realism - Work scope and time ranges are compatible (i.e., duration, timing, overlap, start/finish, etc.).

ii. Reasonableness - The scheduling methodology is acceptable (i.e., logic).

iii. Completeness - The schedule is responsive in addressing all RFP requirements. Work scope is necessary and sufficient.

The SA will be based on the government's estimate of a most probable schedule. The most probable schedule will be developed using appropriate schedule analysis techniques for the effort proposed. The SA will consider all of the offeror's inputs, especially those provided as supporting information to the IMS. Schedule durations in the offeror's IMS will be assessed, based on input from the government's evaluation team. This means estimating the minimum, most likely, and maximum duration for most IMS activities/tasks, especially those considered moderate to high risk and those along the critical path. Network logic, task relationships and dependencies will also be analyzed. The SA will be prepared using a Monte Carlo simulation to develop statistical probabilities. Results of the SA will be depicted using the 50% and 90% cumulative probable completion date for each milestone designated in the governments' IMS input requirement (Sec L, para. 2.1.3.1 A.1.). The 90% cumulative probability schedule will be the government's most probable schedule. The assessed schedule will be used by the cost panel to assist the government's assessment of the Most Probable Life Cycle Cost (MPLCC).

(d) Sub-factor C.4: Supportability - Each offeror's Supportability Volume, IMP/IMS, proposed data deliverables, SOW, and prime item development specification will be evaluated based upon the offeror's approach and procedures for satisfying the logistics objectives and requirements of the solicitation. The extent to which the Supportability Volume demonstrates the offeror's understanding of the logistics tasks and the planning and milestones for these elements, as well as any unique requirements, will be evaluated. The logistics tasks include, but are not limited to, the following: contractor operated supply support, training (inc. training devices), warranty implementation, technical manual publication and support equipment. This sub-factor is met when the offeror presents an approach that complies with the requirements in the SRD, describes a realistic methodology to control operational and supportability costs, and demonstrates and proposes an adequate understanding of the data and interface with the data systems required for the proposed logistics strategy.

(e) Sub-factor C.5: SE/PM – The Government will evaluate the offeror's SOW(s), IMP, and IMS to ensure their capability to effectively manage the C-5 AMP. Special emphasis during the evaluation will be given to test planning, configuration management, cost control, and producibility/quality assurance. A Pre-Award Survey (PAS) may be conducted. Draft Associate Contractor Agreements will also be reviewed. This sub-factor is met when the proposed SOW(s) adequately reflects realistic tasking to design, develop, integrate, test and certify for the AMP requirements, that tasking in the SOW(s) is consistent with the proposed approach in the IMP and proposed schedule in the IMS, that the IMP provides realistic planning and accomplishment criteria to assess completion of each major milestone, and that the IMS adequately reflects all relevant tasks with realistic durations associated with each task.

(2) Past Performance Evaluation. This factor will evaluate the offeror's ability to successfully perform based on previous and current contract efforts. Past performance information may be obtained through the Contractor Performance Assessment Reporting System (CPARS), questionnaires, through Defense Contract Management Command channels, interviews with program managers and contracting officers, or other sources known to the government. Past performance of significant subcontractors and/or team members will also be evaluated.

(3) Price/Cost Factor. The price/cost factor is composed of the government panel estimate of MPLCC. The offeror's cost data will be evaluated to ensure reasonableness, realism, and completeness.

(a) The criterion of reasonableness is used to evaluate the acceptability of the offeror's methodology. Reasonableness is contingent upon:

i. The use of an appropriate and acceptable methodology presented in a coherent, organized, systematic, and achievable manner.

ii. Meaningfully developed estimates from applicable historical data when appropriate.

iii. Fully supportable estimates with assumptions, learning curves, equations, estimating relationships, inflation indices, cost factors, etc., clearly stated, valid, and suitable.

iv. The use of sound, rational judgment in deriving and applying methodologies, with appropriate narrative explanation and justification.

(b) The criterion of realism is used to evaluate the correlation of cost with proposed scope and effort.

(c) The criterion of completeness is used to evaluate the responsiveness of the offeror in providing all RFP requirements and traceability of estimates.

(d) The Source Selection Evaluation Team (SSET) will also analyze the proposal to assess that the offeror's funding requirements and the government's phasing of funds are executable. The cost/contract team will review the offeror's proposed labor hours/material/Contract Data Requirements List (CDRLs) with members of technical, supportability, and management panels to ensure the hours and materials listed are adequate to perform tasks described in the proposals.

(e) The MPLCC will use the most appropriate estimating techniques (COTS price list, analogous systems, etc), and parametric software models (PRICE-S and/or SEER-SEM for EMD), as determined by the cost panel, for this type of effort. Each of the following will be evaluated independently for reasonableness, realism, and completeness and the MPLCC will be the sum of the following estimated costs:

i. Engineering and Manufacturing Development

ii. Production Options quantities for 124 C-5 AMP kits.

iii. Installation Services – 100% installations at maximum rate of 50 acft per year. Note: In the model contract the Government reserves the right to use other sources than the prime contractor in order to conduct kit installation.

iv. Operations and Support – 10 years

v. Other Government Costs. All other costs associated with development and production including AF test costs (ground or flight), GFE and support, government furnished facilities, government travel, and engineering change orders (ECOs).

vi. Identified Risks. An allowance for risk may be included based upon the evaluations conducted by the government.

(f) The most probable quantities defined in Section L, for the MPLCC: two EMD units for flight test aircraft plus the necessary hardware kits for two aircrew training devices and one maintenance training device.

(g) In addition, offerors are cautioned against submitting a materially unbalanced proposal. The government shall analyze proposals to determine whether they are unbalanced with respect to cost/price or separately priced line items. Proposals that are determined to be materially unbalanced may be rejected. A proposal is mathematically unbalanced if it is based on prices which are significantly less than the cost for some contract line items and significantly overstated in relation to cost for others. A proposal is materially unbalanced if it is mathematically unbalanced, and if,

i. There is a reasonable doubt the proposal would result in the lowest overall cost to the government, even though it is the lowest evaluated proposal; or

ii. The proposal is so grossly unbalanced that its acceptance would be tantamount to allowing an advance payment.

(4) Proposal Risk. Proposal Risk assesses the risks associated with the offeror's proposed approach, weaknesses in the proposed approach, and weaknesses in the proposal itself. Proposal Risk is assessed at the Mission Capability subfactor level.

REF 68X

68X

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. PAGE 1 OF 2

| 2. PROC INSTRUMENT ID NO. (PIN) | 3. SPIIN | 4. EFFECTIVE DATE | 5. REQUISITION/PURCHASE REQUEST PROJECT NUMBER | 6. BOC/DMS RATING |
|---|---|---|---|---|
| F33657-98-R-0006 | A00001 | 11 JUN 1998 | | |

7. ISSUED BY CODE

USAF/AFMC
AERONAUTICAL SYSTEMS CENTER (ASC/GRA)
2590 LOOP ROAD WEST, BLDG 558, ROOM 210
WRIGHT-PATTERSON AFB OH 45433-7142

CAPT CHRIS WEGNER (937) 255-7315

8. ADMINISTERED BY (*If other than Block 7*) CODE

9. CONTRACTOR CODE FACILITY CODE

NAME AND ADDRESS

C-5 AMP SOURCE LIST

IF "9" FOR MULTIPLE FACILITIES SEE SECT "K"

10. SECURITY CLASSIFICATION
U

11. DISCOUNT FOR PROMPT PAYMENT

NET DAYS

1st % DAYS

2nd % DAYS

3rd % DAYS

OTHER IF "9" SEE SECT "E"

12. PURCHASE OFFICE POINT OF CONTACT
AJA/A4U/AJA

13. THIS BLOCK APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Block 17. The hour and date specified for receipt of offers [ ] IS EXTENDED [X] IS NOT EXTENDED

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation, or as amended by one of the following methods: (a) By signing and returning copies of this amendment; (b) by acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE ISSUING OFFICE PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER if by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter provided such telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

14. THIS BLOCK APPLIES ONLY TO MODIFICATIONS OF CONTRACTS

[ ] THIS CHANGE IS ISSUED PURSUANT TO
THE CHANGE SET FORTH HEREIN ARE MADE TO THE ABOVE NUMBERED CONTRACT/ORDER.

[ ] THE ABOVE NUMBERED CONTRACT IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (*Such as changes in paying office, appropriation data, etc.*) SET FORTH HEREIN.

[ ] THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF
IT MODIFIES THE ABOVE NUMBERED CONTRACT AS SET FORTH HEREIN.

[ ] THIS MODIFICATION IS ISSUED PURSUANT TO

15. CONTRACT ADMINISTRATION DATA

| A. KIND OF MOD | B. MOD ABST RECIPIENT ADP PT | C. DATE OF SIGNATURE | D. CHANGE IN CONTRACT AMOUNT [ ] INCREASE (+) DECREASE ( ) | E. LOSING PO/CAO ON TRANSFER | F. GAINING PO/CAO ON TRANSFER | G. SVC/AGENCY USE |
|---|---|---|---|---|---|---|
| | | | | | | |

16. ENTER ANY APPLICABLE CHANGES

| A. PAY CODE | B. EFFECTIVE DATE OF AWARD | C. CONTRACT (1) TYPE (2) KIND | D. TYPE CONTRACTOR | E. SURV CRIT | F. SPL CONTR PROVISIONS | G. PAYING OFC CODE | H. DATE SIGNED | I. SECURITY (1) CLAS (2) DATE OF DD 254 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

17. REMARKS (*Except as provided herein, all items and conditions of the contract, as heretofore changed, remain unchanged and in full force and effect.*)

SUBJECT: C-5 AMP, THE SOLICITATION IS AMENDED BY THE INCORPORATION OF SLIP PAGES, AS ATTACHED. THE CHANGES TO THE SOLICITATION ARE THE RESULT OF CLARIFICATIONS GENERATED IN RESPONSE TO QUESTIONS FROM POTENTIAL OFFERORS. OFFERORS SHALL ACKNOWLEDGE RECEIPT OF THIS AMENDMENT IN ACCORDANCE WITH ONE OF THE METHODS DESCRIBED IN PARAGRAPH 13 ABOVE.

18. [ ] CONTRACTOR/OFFEROR IS NOT REQUIRED TO SIGN THIS DOCUMENT [ ] CONTRACTOR/OFFEROR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN COPIES TO ISSUING OFFICE

19. CONTRACTOR/OFFEROR (*Signature of person authorized to sign*)
BY:

22. UNITED STATES OF AMERICA (*Signature of Contracting Officer*)
BY: [signature]

20. NAME/TITLE OF SIGNER (Type or Print)

21. DATE SIGNED

23. NAME OF CONTRACTING OFFICER (*Type or Print*)
JOHN G. MEYER

21. DATE SIGNED
11 Jun 98

AFMC FORM 702, JUL 92 (EF) REPLACES AFSC FORM 702, AUG 84 WHICH IS OBSOLETE

ORIGINAL

A 292

1. Request for Proposal (RFP) F33657-98-R-0006 is hereby amended by incorporation of the attached changes. The following list indicates each RFP document affected by A00001 and the number of pages included with this amendment.

| Document | # Pages |
|---|---|
| Statement of Objectives | 1 |
| EMD Model Contract, Section B | 4 |
| EMD Model Contract, Section G | 1 |
| EMD Model Contract, Section H | 7 |
| EMD Model Contract, Section I | 2 |
| EMD Model Contract, Section J, Exhibit B, CDRL B001 | 17 |
| EMD Model Contract, Section J, Exhibit E | 1 |
| EMD Model Contract, Section J, Atch 8 (AFMC Form 158, Packaging Requirements) | 1 |
| COSS Model Contract, Section B | 4 |
| COSS Model Contract, Section J, Atch 2 (AFMC Form 158, Packaging Requirements) | 1 |
| Section L – Instructions to Offerors | 4 |
| Section L, Attachment 3, System Requirement Document | 7 |
| Section L, Attachment 15, Past Performance Sample Letter and Questionnaire | 5 |
| Section M – Evaluation of Offers | 1 |

2. The hour and date specified for receipt of offers remains unchanged. Offerors are required to acknowledged receipt of amendment A00001 in accordance with one of the methods described in Block 13, AFMC Form 702.

v. Other Government Costs. All other costs associated with development and production including AF test costs (ground or flight), GFE and support, government furnished facilities, government travel, and engineering change orders (ECOs).

vi. Identified Risks. An allowance for risk may be included based upon the evaluations conducted by the government.

(f) The most probable quantities defined in Section L, for the MPLCC: two EMD units for flight test aircraft plus the necessary hardware kits for two aircrew training device kits, one maintenance training device kit, 124 production aircraft kits, eleven production aircrew training device kits, and a second maintenance training device kit.

(g) In addition, offerors are cautioned against submitting a materially unbalanced proposal. The government shall analyze proposals to determine whether they are unbalanced with respect to cost/price or separately priced line items. Proposals that are determined to be materially unbalanced may be rejected. A proposal is mathematically unbalanced if it is based on prices which are significantly less than the cost for some contract line items and significantly overstated in relation to cost for others. A proposal is materially unbalanced if it is mathematically unbalanced, and if,

i. There is a reasonable doubt the proposal would result in the lowest overall cost to the government, even though it is the lowest evaluated proposal; or

ii. The proposal is so grossly unbalanced that its acceptance would be tantamount to allowing an advance payment.

(4) Proposal Risk. Proposal Risk assesses the risks associated with the offeror's proposed approach, weaknesses in the proposed approach, and weaknesses in the proposal itself. Proposal Risk is assessed at the Mission Capability subfactor level.

RCF 68X

68X

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. PAGE 1 OF

| 2. PROC INSTRUMENT ID NO. (PIN) | 3. SPIIN | 4. EFFECTIVE DATE | 5. REQUISITION/PURCHASE REQUEST PROJECT NUMBER | 6. BDC/DMS RATING |
|---|---|---|---|---|
| F33657-98-R-0006 | A00003 | 23 OCT 98 | | |

7. ISSUED BY CODE

USAF/AFMC
AERONAUTICAL SYSTEMS CENTER (ASC/GRA)
2590 LOOP ROAD WEST, BLDG 558, ROOM 210
WRIGHT-PATTERSON AFB OH 45433-7142

CAPT CHRIS WEGNER (937) 255-9292

8. ADMINISTERED BY *(If other than Block 7)* CODE

9. CONTRACTOR CODE FACILITY CODE

NAME AND ADDRESS

C-5 AMP OFFERORS

IF "9" FOR MULTIPLE FACILITIES SEE SECT "K"

10. SECURITY CLASSIFICATION
U

11. DISCOUNT FOR PROMPT PAYMENT

| | | NET DAYS |
|---|---|---|
| 1st % | DAYS | OTHER IF "9" SEE SECT "E" |
| 2nd % | DAYS | |
| 3rd % | DAYS | |

12. PURCHASE OFFICE POINT OF CONTACT
AJA/A4U/AJA

13. THIS BLOCK APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Block 17. The hour and date specified for receipt of offers [X] IS EXTENDED [ ] IS NOT EXTENDED

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation, or as amended by one of the following methods: (a) By signing and returning 1 copies of this amendment; (b) by acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE ISSUING OFFICE PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER if by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter provided such telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

14. THIS BLOCK APPLIES ONLY TO MODIFICATIONS OF CONTRACTS

[ ] THIS CHANGE IS ISSUED PURSUANT TO
THE CHANGE SET FORTH HEREIN ARE MADE TO THE ABOVE NUMBERED CONTRACT/ORDER.

[ ] THE ABOVE NUMBERED CONTRACT IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(Such as changes in paying office, appropriation data, etc.) SET FORTH* HEREIN.

[ ] THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF ______
IT MODIFIES THE ABOVE NUMBERED CONTRACT AS SET FORTH HEREIN.

[ ] THIS MODIFICATION IS ISSUED PURSUANT TO ______

15. CONTRACT ADMINISTRATION DATA

| A. KIND OF MOD | B. MOD ABST RECIPIENT ADP PT | C. DATE OF SIGNATURE | D. CHANGE IN CONTRACT AMOUNT [ ] INCREASE (+) [ ] DECREASE (—) | E. LOSING PO/CAO ON TRANSFER | F. GAINING POC/CAO ON TRANSFER | G. SVC/AGENCY USE |
|---|---|---|---|---|---|---|
| | | | | | | |

16. ENTER ANY APPLICABLE CHANGES

| A. PAY CODE | B. EFFECTIVE DATE OF AWARD | C. CONTRACT (1) TYPE | (2) KIND | D. TYPE CONTRACTOR | E. SURV CRIT | F. SPL CONTR PROVISIONS | G. PAYING OFC CODE | H. DATE SIGNED | I. SECURITY (1) CLAS | (2) DATE OF DD 254 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

17. REMARKS *(Except as provided herein, all items and conditions of the contract, as heretofore changed, remain unchanged and in full force and effect.)*

SUBJECT: C-5 AMP, THE SOLICITATION IS AMENDED AS SET FORTH HEREIN. OFFERORS SHALL ACKNOWLEDGE RECEIPT OF THIS AMENDMENT IN ACCORDANCE WITH ONE OF THE METHODS DESCRIBED IN PARAGRAPH 13 ABOVE. RECEIPT OF REVISED OFFERS IS TO BE NO LATER THAN NOON EST, 30 OCT 98.

18. [ ] CONTRACTOR/OFFEROR IS NOT REQUIRED TO SIGN THIS DOCUMENT [ ] CONTRACTOR/OFFEROR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ____ COPIES TO ISSUING OFFICE

19. CONTRACTOR/OFFEROR *(Signature of person authorized to sign)*
BY:

22. UNITED STATES OF AMERICA *(Signature of Contracting Officer)*
BY:

20. NAME/TITLE OF SIGNER (Type or Print)

21. DATE SIGNED

23. NAME OF CONTRACTING OFFICER *(Type or Print)*
JOHN G. MEYER

21. DATE SIGNED
10/23/98

AFMC FORM 702, JUL 92 *(EF)* REPLACES AFSC FORM 702, AUG 84 WHICH IS OBSOLETE

For Volume 2B: Contractor Operated Supply Support (COSS), submit new re-phased COSS Forms as called for in Section L, Paragraph 2.2.2.2, Section II, Subparagraph a).

**6. Section M, the following changes are made:**

(a) Paragraph 5.0(1)(c) Sub-factor C.3: Schedule Assessment(SA)

The 100% TCAS Installation, DT&E Completion and the 100% install milestones are to be added to the other milestones required in the IMS as referenced in paragraph 5.0(1)(c), (e.g., PDR, CDR, and the point at which the 90th production unit will be manufactured). As a result, the third sentence in the paragraph is changed to read:
*"The six events being focused on are PDR, CDR, 100% TCAS Installation, DT&E Completion, when the 90th production article is manufactured and when 100% kit installation is completed."* These six milestones must be identified in the new IMS submittal.

**7. COSS Model Contract, F33657-98-R-0007:** Offeror to re-phase all CLIN activities and prices that are affected as a result of re-phasing activities under the EMD/Production/Installation Contract F33657-98-C-0006 as directed herein.