# In the United States Court of Federal Claims

**No. 06-396C**
**(Filed January 4, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P.,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant,** | * |
| **and** | * |
| **LOCKHEED MARTIN AERONAUTICS COMPANY,** | * |
| **Intervenor.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

On December 22, 2006, Plaintiff filed a motion for an enlargement of time of 21 days, to and including, February 9, 2007, to file an amended complaint. Defendant does not oppose this motion and requests that its production of documents also be due on February 9, 2007. Intervenor opposes the enlargement.

Good cause having been shown, Plaintiff's motion is **GRANTED**. Plaintiff's amended complaint and Defendant's production of documents are due on **February 9, 2007.**

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**