# In the United States Court of Federal Claims

**No. 06-396C**
**(Filed: February 26, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P.,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant,** | * |
| **and** | * |
| **LOCKHEED MARTIN AERONAUTICS COMPANY,** | * |
| **Intervenor.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

The Court held a telephonic status conference on February 26, 2007, to discuss further proceedings in light of Plaintiff's February 9, 2007 first amended complaint. Pursuant to the discussion with the parties, the Court directs that Defendant and Intervenor shall file any supplemental briefs by **March 27, 2007**, and Plaintiff shall file any reply by **April 18, 2007**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**