# In The United States Court of Federal Claims

BID PROTEST

| | | |
|---|---|---|
| **L-3 COMMUNICATIONS INTEGRATED SYSTEMS L.P.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No. 06-396C** |
| | § | **(Judge Williams)** |
| **THE UNITED STATES,** | § | |
| | § | |
| **Defendant.** | § | |

**NOTICE OF ERRATA REGARDING FIRST AMENDED COMPLAINT**

Paragraph 51 of the First Amended Complaint filed by L-3 Communications Integrated L.P. ("L-3") contains a drafting error.

As certified in its Supplemental Certification of Costs dated June 22, 2006, L-3 seeks recoupment of $1,514,944 of the total $2,564,397 of bid and proposal costs incurred in pursuit of the C-5 AMP Program.

Respectfully submitted,

Dated: March 8, 2007

/s/ Paul W. Searles

Paul W. Searles
HAYNES AND BOONE, LLP
901 Main Street
3100 Bank of America Plaza
Dallas, Texas 75202
Telephone: (214) 651-5197
Telecopier: (214) 200-0705

**ATTORNEYS FOR L-3 COMMUNICATIONS INTEGRATED SYSTEMS L.P.**

Of Counsel:

Sharon N. Freytag
Jeremy D. Kernodle
HAYNES AND BOONE, LLP
901 Main Street
3100 Bank of America Plaza
Dallas, Texas 75202
Telephone: (214) 651-5000
Telecopier: (214) 200-5940

D-1510953_1.DOC