IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P., Plaintiff, | |
| v. | No. 06-396C (Judge Williams) |
| THE UNITED STATES, Defendant, | |
| and | |
| LOCKHEED MARTIN AERONAUTICS COMPANY, Intervenor. | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests, pursuant to Rule 6(a) of the Rules of the Court of Federal Claims ("RCFC"), upon behalf of both the United States and intervenor Lockheed Martin Aeronautics Company (“Lockheed”), that the Court grant an enlargement of time of 18 days from May 7, 2007 to May 25, 2007, for defendant and intervenor Lockheed to prepare and file their reply briefs to plaintiffs’ opposition to defendant’s and intervenors’ motions to dismiss the amended complaint.

The reply briefs of defendant and intervenor Lockheed are due May 7, 2007, and this is our first request for an enlargement of time for this purpose. Defendant's counsel has discussed this motion with both counsel for Lockheed and counsel for plaintiff, and is authorized to state that plaintiff does not oppose this motion for enlargement of time.

Defendant has begun preparation of its reply brief, but requires an 18 day enlargement of time to complete preparation of the brief and for review by attorneys at the Department of Justice and the Air Force. Agency counsel Bryan O'Boyle is on leave for the period April 27, 2007 through May 7, 2007. Further, defendant's counsel had to prepare and file by April 27, 2007, the Government's motion for additional relief and its response to plaintiff's request for clarification and defendant's reply to plaintiff's response to the Government's three motions filed following the Court's January 26, 2007 decision in Morse Diesel Int'l v. United States, Fed. Cl. No. 99-279 and consolidated cases. Defendant's counsel also must prepare and file the Government's brief in Carlsen v. United States, Fed. Cir. No. 2007-5011, due May 14, 2007, and the Government's brief on damages in Morse Diesel Int'l v. United States, Fed. Cl. No. 99-279 and consolidated cases, due May 18, 2007.

Accordingly, defendant respectfully requests, upon behalf of intervenor Lockheed Martin and the Government, that the Court grant this unopposed motion for a 18-day enlargement of time to May 25, 2007, for defendant and intervenor Lockheed to prepare and file their reply briefs to plaintiffs' opposition to defendant's and intervenors' motions to dismiss the amended complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Attorneys for Defendant

Of Counsel:
BRYAN R. O'BOYLE
Senior Trial Attorney
Department of Air Force
Arlington, VA

Brian O'Boyle
Air Force

May 1, 2007