IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P., | |
| Plaintiff, | |
| v. | No. 06-396C (Judge Williams) |
| THE UNITED STATES, | |
| Defendant, | |
| and | |
| LOCKHEED MARTIN AERONAUTICS COMPANY, | |
| Intervenor. | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests, pursuant to Rule 6(a) of the Rules of the Court of Federal Claims ("RCFC"), that the Court grant an enlargement of time of 11 days from May 25, 2007 to June 5, 2007, for defendant to complete and file its reply brief to plaintiff's opposition to defendant's and intervenor's motion to dismiss the amended complaint.

The reply brief of defendant is due May 25, 2007, having received an 18-day enlargement of time. Defendant's counsel has discussed this motion with both counsel for Lockheed Martin and counsel for plaintiff, and is authorized to state that plaintiff and intervenor do not oppose this motion for enlargement of time.

Defendant has begun preparation of its reply brief, but requires an 18 day enlargement of time to complete preparation of the brief and for its review by attorneys at the Department of

Justice and the Air Force. In addition, agency counsel Bryan O'Boyle is out sick on May 24-25, 2007. Further, defendant's counsel had to prepare and file: (1) the Government's brief in Carlsen v. United States, Fed. Cir. No. 2007-5011 (filed May 14, 2007); (2) the Government's brief on damages in Morse Diesel Int'l v. United States, Fed. Cl. No. 99-279 and consolidated cases (filed May 18, 2007); (3) the Government's brief in MacDonald v. Nicholson, Fed. Cir. No. 2006-7008 (filed May 23, 2007); and (4) the Government's reply brief in Morse Diesel Int'l v. United States, Fed. Cl. No. 99-279 and consolidated cases (filed May 24, 2007). Government counsel also had to prepare a witness for deposition on May 4, 2007, and defend that deposition. On May 28, 2007-June 1, 2007, Government counsel is on previously arranged travel conducting discovery in AMEC Construction Management, Inc. v. United States, Fed. Cl. No. 06-876.

Accordingly, defendant respectfully requests that the Court grant this unopposed motion for a 11-day enlargement of time to June 5, 2007, for defendant to prepare and file its reply brief to plaintiff's opposition to defendant's and intervenor's motions to dismiss the amended complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Attorneys for Defendant

Of Counsel:
BRYAN R. O'BOYLE
Senior Trial Attorney
Department of Air Force
Arlington, VA

May 25, 2007