# In the United States Court of Federal Claims

**No. 06-396C**
**(Filed: May 30, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P.,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant,** | * |
| **and** | * |
| **LOCKHEED MARTIN AERONAUTICS COMPANY,** | * |
| **Intervenor.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

On May 25, 2007, Defendant filed an unopposed motion for an enlargement of time of 11 days, to and including **June 5, 2007**, within which to file its reply brief. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**