# In the United States Court of Federal Claims

**No. 06-396C**
**(Filed June 18, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and**

**LOCKHEED MARTIN AERONAUTICS COMPANY,**

**Intervenor.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL RESPONSE**

---

On June 13, 2007, Plaintiff filed a motion for leave to file a supplemental response to Defendant's motion to dismiss. Plaintiff's motion is **GRANTED**. Plaintiff's response is accepted as filed this date.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**