**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| L-3 COMMUNICATIONS INTEGRATED SYSTEMS L.P.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>LOCKHEED MARTIN AERONAUTICS COMPANY,<br><br>Intervenor. | ) | No. 06-396 C<br>(Judge Williams) |

**NOTICE OF NAME CHANGE**

Please take notice that effective August 31, 2007, the name of MAYER, BROWN ROWE & MAW LLP will be:

MAYER BROWN LLP

Our office address remains:

1909 K Street, NW
Washington, D.C. 20006

Our email address will change from mayerbrownrowe.com to mayerbrown.com

Please use the new firm name in all pleadings, correspondence, and other documents after August 30, 2007.

s/ Marcia G. Madsen

MARCIA G. MADSEN
LUKE LEVASSEUR
MAYER BROWN LLP
1909 K Street, NW
Washington, D.C. 20006
202-263-3000
202-263-3300 (fax)

August 23, 2007

*Attorneys for Intervenor*