# In the United States Court of Federal Claims

**No. 06-396C**
**(Filed: November 27, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P.,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant,** *

**and** *

**LOCKHEED MARTIN AERONAUTICS COMPANY,** *

**Intervenor.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**

---

As agreed to by the parties during the November 26, 2007 status conference, the Court ORDERS the following schedule:

1 Defendant shall file and serve a Table of Contents of the Administrative Record with a certification from the appropriate Air Force personnel that the Table of Contents reflects the complete Administrative Record for the C-5 AMP procurement no later than **January 7, 2008.**

2. Defendant shall serve a copy of the Administrative Record on Plaintiff and Intervenor no later than **February 1, 2008.**

3. Defendant shall file and serve a declaration from the appropriate Air Force personnel describing those additional documents pertaining to the C-5 AMP procurement which will not be included in the Administrative Record, including but not limited to, documents described in the Druyun Study and Department of Defense Inspector General investigation and Report, no later than **February 1, 2008.**

4. The Court authorizes discovery by Defendant and Intervenor pertaining to Plaintiff's claimed bid and proposal costs.

5. A telephonic status conference will be held on **February 15, 2008 at 11 a.m. EST** to discuss which portions of the administrative record shall be filed with the Court, as well as any other issues that the parties wish to raise.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**