IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P., Plaintiff, | |
| v. | No. 06-396C (Judge Williams) |
| THE UNITED STATES, Defendant, | |
| and | |
| LOCKHEED MARTIN AERONAUTICS COMPANY, Intervenor. | |

DEFENDANT'S NOTICE OF FILING OF CERTIFICATIONS
AND TABLE OF CONTENTS OF THE ADMINISTRATIVE RECORD

Pursuant to the Court’s order, dated November 27, 2007, defendant, the United States, respectfully files the declaration of Air Force Contracting Officer Vicki A. Fry, which contains as Exhibit 2, a Table of Contents of the Administrative Record, and the declaration of Edward C. Martin, Chief of Contracting, Acquisition Center For Excellence. The declarations certify to the complete administrative record for the C-5 AMP procurement, as required by the Court’s order.

As stated in paragraph six of Ms. Fry’s declaration, the Air Force has not been able to access the contents of the small tape marked “C-5 AMP back-up March 1999.” Thus, we do not know what, if anything, is on this tape. On January 3, 3008, Government counsel was informed by Clicks, a litigation file reproduction firm hired by the Department of Justice, that this tape has two

small tears and cannot be read in its present condition. Thus, the Government presently is unable to access or duplicate the contents of this tape, and the tape is not included in the Table of Contents of the Administrative Record. The Government having only recently learned of this problem is continuing to investigate whether this tape can somehow be accessed and copied.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

Of Counsel:
BRYAN R. O'BOYLE
Senior Trial Attorney
Department of Air Force
Arlington, VA

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor, 1100 L. St., N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Attorneys for Defendant

January 4, 2008