IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>LOCKHEED MARTIN AERONAUTICS COMPANY,<br><br>Intervenor. | ) | Case No. 06-396C<br>(Judge Williams) |

DECLARATION OF VICKI A. FRY

I, VICKI A. FRY, hereby declare the following:

1. I am a contracting officer employed since January 2004 by the Department of the Air Force, 716 Aeronautical Systems Group ("AESG"), Aeronautical Systems Center, Wright-Patterson Air Force Base, Ohio, to handle acquisitions for the C-5 Avionics Modernization Program ("AMP").

2. On 11 May 2005, I picked up eighteen (18) boxes of documents and electronic media from the Acquisition Center for Excellence ("ACE"), Wright-Patterson Air Force Base, that represent the archived source selection records for the C-5 AMP contract Nos. F33657-98-C-0006 and F33657-98-C-0007 that were awarded in January 1999 to Lockheed Martin Aeronautics Co. by the Department of the Air Force through the Aeronautical Systems Center. I picked up the source selection records from the ACE to

make the records available for inspection in May 2005 by visiting officials from other Department of Defense agencies as part of the so-called "Druyun Study." The records have been under my control since May 2005, including when officials from the Department of Defense Inspector General's office reviewed these records.

3. Attached at Exhibit 1 to this declaration is the original "index" of the "source selection proceedings" for the C-5 AMP source selection contract awards that I understand generally identifies the contents of the eighteen boxes when the documents were archived at the ACE. I am not aware of any original index that was prepared for the electronic media when the source selection record was archived in 1999.

4. Attached at Exhibit 2 to this declaration is my Table of Contents of the Administrative Record that now further specifically identifies the agency source selection proceedings for the contract awards for the C-5 AMP as they are maintained in our files at the C-5 AMP program office, Aeronautical Systems Center, Wright-Patterson Air Force Base, Ohio. Exhibit 2 is a more detailed break-down index of the records than the original archive index at Exhibit 1.

5. The original index for box no. 16 reflected an item no. or file no. 44 titled "Raytheon Past Performance." I did not find any documents in a file in box no. 16 or elsewhere that was marked as item or file no. 44. I did, however, find a file of documents in box no. 16 marked as "EMD/COSS", which was not indicated on the original index. I have marked this file of documents as a new item at file no. "45a," and entitled the file "EMD/COSS Contracts (addition to original index)."

6. There was also a small tape in box no. 1 marked "C-5 AMP back-up March 1999" that was not listed on the original index. I have made efforts to discern what documents

or records are on this tape, but my efforts so far have not been successful. We do not know what software (if any) was used to electronically store materials on the tape, and the Aeronautical Systems Center does not possess the computer hardware components needed to access the information.

7. I have also added documents at Box 19 of the Table of Contents regarding the authority of Mrs. Darleen Druyun to serve as the agency source selection official, and other documents about the C-5 AMP solicitation, and contract award. The contract award and solicitation documents were not archived with the source selection files in the ACE, but have been maintained in the contract file at 716 AESG since at least my arrival in January 2004.

8. I hereby certify that, to the best of my knowledge and belief, the records reflected in my table of contents at the attached Exhibit 2 reflects the complete record of administrative actions that constitute the source selection for C-5 AMP contract Nos. F33657-98-C-0006 and F33657-98-C-0007 that was conducted by the Aeronautical Systems Center in about 1998-1999.

I hereby declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 2nd January 2008 Vicki A. Fry

VICKI A. FRY

CONTRACTING OFFICER

INDEX



SOURCE SELECTION PROCEEDINGS- CONTRACTS F33657-98-C-0006 & F33657-98-C-0007

C-5 AVIONICS MODERNIZATION PROGRAM

DOCUMENT BOX 1 OF 18

| | |
|---|---|
| 1. DRAFT RFP | UNCLASSIFIED |
| 2. CBD RESPONSES | UNCLASSIFIED |
| 3. SSA DELEGATION/OFFEROR B ORAL PRESENTATION | UNCLASSIFIED |
| 4. SSET LETTERS/SSAC ORIENTATION | UNCLASSIFIED |
| 5. EXECUTIVE SUMMARY, ORDs, SSP, SAMP, SRD, SOO | UNCLASSIFIED |
| 6. RFP WITH AMENDMENTS A00001-A00003 | UNCLASSIFIED |
| 7. PCAG QUICK LOOK | UNCLASSIFIED |
| 8. LMAS RESPONSE TO AF EVALUATION | UNCLASSIFIED |
| 9. RAYTHEON RESPONSE TO AF EVALUATION | UNCLASSIFIED |
| 10. REQUESTS FOR COST PROPOSALS | UNCLASSIFIED |
| 11. SSET BRIEFING CHARTS | UNCLASSIFIED |
| 12. SSAC BRIEFING CHARTS | UNCLASSIFIED |
| 13. SSA BRIEFING CHARTS | UNCLASSIFIED |
| 14. LMAS's FPRAs, ON-SITE REVIEW, FACE-TO-FACE BRIEFINGS | UNCLASSIFIED |
| 15. OFFEROR's MINUTES TO FACE TO FACE DISCUSSIONS | UNCLASSIFIED |

DOCUMENT BOX 2 OF 18

| | |
|---|---|
| 16. PREPROPOSAL RECEIPT Q&As | UNCLASSIFIED |
| 17. LOCKHEED Q&AS, CLARIFICATIONS, & ENS | UNCLASSIFIED |
| 18. RAYTHEON Q&AS. CLARIFICATIONS, & ENS | UNCLASSIFIED |

DOCUMENT BOX 3 OF 18

| | |
|---|---|
| 19. LOCKHEED SDCE ON-SITE REVIEW | UNCLASSIFIED |
| 20. LOCKHEED VOLUME 1 | UNCLASSIFIED |
| 21. LOCKHEED VOLUME 3 ORIGINAL | UNCLASSIFIED |
| 22. LOCKHEED VOLUME 4A/4B ORIGINAL | UNCLASSIFIED |

DOCUMENT BOX 4 OF 18

| | |
|---|---|
| 22. LOCKHEED VOLUME 5, BOOK 1 OF 44 THRU BOOK 16 OF 44 | UNCLASSIFIED |

DOCUMENT BOX 5 OF 18

| | |
|---|---|
| 23. LOCKHEED VOLUME 5, BOOK 17 OF 44 THRU BOOK 25 OF 44 | UNCLASSIFIED |

INDEX



SOURCE SELECTION PROCEEDINGS- CONTRACTS F33657-98-C-0006 & F33657-98-C-0007

C-5 AVIONICS MODERNIZATION PROGRAM

DOCUMENT BOX 6 OF 18

| | |
|---|---|
| 24. LOCKHEED VOLUME 5, BOOK 26 OF 44 THRU BOOK 32 OF 44 | UNCLASSIFIED |

DOCUMENT BOX 7 OF 18

| | |
|---|---|
| 25. LOCKHEED VOLUME 5, BOOK 33 OF 44 THRU BOOK 39 OF 44 | UNCLASSIFIED |

DOCUMENT BOX 8 OF 18

| | |
|---|---|
| 26. LOCKHEED VOLUME 5 BOOK 40 OF 44 THRU BOOK 44 OF 44 | UNCLASSIFIED |
| 27. LOCKHEED VOLUME 6 BOOK 1 OF 5 THRU BOOK 2 OF 5 | UNCLASSIFIED |

DOCUMENT BOX 9 OF 18

| | |
|---|---|
| 28. LOCKHEED VOLUME 6 BOOK 3 OF 5 THRU BOOK 5 OF 5 | UNCLASSIFIED |
| 29. LOCKHEED DISKS & CDs AND ORAL PRESENTATION | UNCLASSIFIED |
| 30. RAYTHEON DISKS & CDs AND ORAL PRESENTATION | UNCLASSIFIED |

DOCUMENT BOX 10 OF 18

| | |
|---|---|
| 31. LOCKHEED MODEL CONTRACT AUG 98 | UNCLASSIFIED |
| 32. LOCKHEED MODEL CONTRACT OCT 98 | UNCLASSIFIED |
| 33. LOCKHEED VOLUME 4A ORIGINAL PROPOSAL | UNCLASSIFIED |

INDEX



SOURCE SELECTION PROCEEDINGS- CONTRACTS F33657-98-C-0006 & F33657-98-C-0007

C-5 AVIONICS MODERNIZATION PROGRAM

DOCUMENT BOX 11 OF 18

| | |
|---|---|
| 34. RAYTHEON VOLUME 1 | UNCLASSIFIED |
| 35. RAYTHEON VOLUME 4A/4B | UNCLASSIFIED |
| 36. RAYTHEON VOLUME 5 EVIDENCE BOOK 14 OF 14 | UNCLASSIFIED |
| 37. RAYTHEON VOLUME 5 SDCE INFORMATION | UNCLASSIFIED |
| 38. RAYTHEON VOLUME 6 | UNCLASSIFIED |

DOCUMENT BOX 12 OF 18

| | |
|---|---|
| 39. RAYTHEON VOLUME 5 BOOK 1 OF 7 THRU BOOK 5 OF 7 | UNCLASSIFIED |

DOCUMENT BOX 13 OF 18

| | |
|---|---|
| 40. RAYTHEON VOLUME 5 BOOK 6 OF 7 THRU BOOK 7 OF 7 | UNCLASSIFIED |
| 41. RAYTHEON VOLUME 5 EVIDENCE BK. 1 OF 14 THRU BK. 3 OF 14 | UNCLASSIFIED |

DOCUMENT BOX 14 OF 18

| | |
|---|---|
| 42. RAYTHEON VOLUME 5 EVIDENCE BK. 4 OF 14 THRU BK. 8 OF 14 | UNCLASSIFIED |

DOCUMENT BOX 15 OF 18

| | |
|---|---|
| 43. RAYTHEON VOLUME 5 EVIDENCE BK. 9 OF 14 THRU BK. 13 OF 14 | UNCLASSIFIED |

SOURCE SELECTION PROCEEDINGS- CONTRACTS F33657-98-C-0006 & F33657-98-C-0007

C-5 AVIONICS MODERNIZATION PROGRAM

DOCUMENT BOX 16 OF 18

| | |
|---|---|
| 44. RAYTHEON PAST PERFORMANCE | UNCLASSIFIED |
| 45. RAYTHEON A00003 CONTRACT/SUMMARY/SCHEDULE | UNCLASSIFIED |
| 46. RAYTHEON VOLUME 2A/2B | UNCLASSIFIED |
| 47. RAYTHEON VOLUME 4A ORIGINAL | UNCLASSIFIED |
| 48. RAYTHEON SUBCONTRACT BACK-UP | UNCLASSIFIED |
| 49. RAYTHEON SMALL BUSINESS DATA | UNCLASSIFIED |
| 50. RAYTHEON FPRR | UNCLASSIFIED |
| 51. FACE-TO-FACE Q&AS | UNCLASSIFIED |
| 52. RAYTHEON SDCE | UNCLASSIFIED |
| 53. RAYTHEON CDRLS | UNCLASSIFIED |
| 54. RAYTHEON'S OTHER CONTRACTUAL COPIES | UNCLASSIFIED |
| 55. RAYTHEON VOLUME 3, RELEVANT PAST PERFORMANCE | UNCLASSIFIED |
| 56. RAYTHEON PRE-AWARD SURVEY | UNCLASSIFIED |
| 57. RAYTHEON SMALL BUSINESS PLAN/MISC. CORRESPONDENCE | UNCLASSIFIED |
| 58. RAYTHEON LEGAL OPINIONS | UNCLASSIFIED |
| 59. RAYTHEON EEO CLEARANCE | UNCLASSIFIED |

DOCUMENT BOX 17 OF 18

| | |
|---|---|
| 60. LOCKHEED MARTIN VOLUME 2 COST - GENERAL INFO | UNCLASSIFIED |
| 61. LOCKHEED MARTIN VOLUME 2A ACQUISITION | UNCLASSIFIED |
| 62. LOCKHEED MARTIN ATTACHMENT 1 COST INFO - LMFS OWEGO | UNCLASSIFIED |
| 63. LOCKHEED MARTIN ATTACHMENT 2 COST INFO - HONEYWELL | UNCLASSIFIED |
| 64. LM ATTACHMENT 3 COST INFO - LMALC, LMIS, & ADC | UNCLASSIFIED |
| 65. LOCKHEED MARTIN APPENDIX 1 AFMC FORMS 2607 | UNCLASSIFIED |
| 66. LOCKHEED MARTIN APPENDIX 1 SUPPLEMENTAL AFMC 2607 | UNCLASSIFIED |
| 67. LOCKHEED MARTIN APPENDIX 2 (BOOK 1 OF 4) BASIS OF EST | UNCLASSIFIED |
| 68. LOCKHEED MARTIN APPENDIX 2 (BOOK 2 OF 4) BASIS OF EST | UNCLASSIFIED |
| 69. LOCKHEED MARTIN APPENDIX 2 (BOOK 3 OF 4) BASIS OF EST | UNCLASSIFIED |
| 70. LOCKHEED MARTIN APPENDIX 2 (BOOK 4 OF 4) BASIS OF EST | UNCLASSIFIED |
| 71. LOCKHEED MARTIN APPENDIX 3 PARAMETRIC FORMS | UNCLASSIFIED |
| 72. LOCKHEED MARTIN VOLUME 2B COSS | UNCLASSIFIED |
| 73. LOCKHEED MARTIN PROPOSAL REVISIONS | UNCLASSIFIED |
| 74. LOCKHEED MARTIN FINAL PROPOSAL REVISION | UNCLASSIFIED |
| 75. LOCKHEED MARTIN SUMMARY CONTRACT DATA | UNCLASSIFIED |

INDEX



SOURCE SELECTION PROCEEDINGS- CONTRACTS F33657-98-C-0006 & F33657-98-C-0007

C-5 AVIONICS MODERNIZATION PROGRAM

DOCUMENT BOX 18 OF 18

| | |
|---|---|
| 76. RAYTHEON AMENDMENT A00003 COST VOLUME UPDATE | UNCLASSIFIED |
| 77. RAYTHEON VOLUME 2A, BOOK 2 OF 2 | UNCLASSIFIED |
| 78. RAYTHEON VOLUME 2A, BOOK 1 OF 2 | UNCLASSIFIED |
| 79. RAYTHEON - ALLIED SIGNAL, VOL 2A, COST, BOOK 2 OF 2 | UNCLASSIFIED |
| 80. RAYTHEON - ALLIED SIGNAL, VOL 2A, COST, BOOK 1 OF 2 | UNCLASSIFIED |
| 81. RAYTHEON COSS PHASE VOLUME 2B BOOK 1 OF 1 | UNCLASSIFIED |
| 82. RAYTHEON VOLUME 2B OPERATIONS AND SUPPORT | UNCLASSIFIED |
| 83. RAYTHEON - ROCKWELL CONTRACTOR OPERATED SUPPLY SPT | UNCLASSIFIED |
| 84. RAYTHEON - ROCKWELL EMD/PRODUCTION GATM | UNCLASSIFIED |
| 85. COMPUTER FLOPPY AMND4SMRL (PROJECT FILE) | UNCLASSIFIED |
| 86. COMPUTER FLOPPY PROJECT FILE - FINAL 11 NOV 98 | UNCLASSIFIED |
| 87. COMPUTER FLOPPY RAYTHEON CR 28, CR 29 | UNCLASSIFIED |
| 88. COMPUTER FLOPPY V4 SCHEDULE | UNCLASSIFIED |
| 89. COMPUTER FLOPPY RAYTHEON IMS SCHEDULE 3.MPP | UNCLASSIFIED |
| 90. COMPUTER FLOPPY RAYTHEON C-24 CLARIFICATION | UNCLASSIFIED |
| 91. CD ALLIED SIGNAL COST-ACQUISITION VOLUME 2A & 2B | UNCLASSIFIED |
| 92. CD WJ-2 | UNCLASSIFIED |
| 93. CD LOCKHEED MARTIN APPENDIX 1 SUPPLEMENTAL AFMC 2607 | UNCLASSIFIED |

# UNITED STATES COURT OF FEDERAL CLAIMS
## Case No. 06-396C
## UNITED STATES DOCUMENT PRODUCTION
## TABLE OF CONTENTS

BOX 1 OF 19

| Box | Item | # of Folders | DOCUMENT | DATE | PROTECTED |
|---|---|---|---|---|---|
| 1 | 1 | 1 | Draft RFP | 20 Nov 97 | No |
| 1 | 1a | 1 | Source Selection Personnel Non-Disclosure Certificates | Nov 98 – current | Yes |
| 1 | 2 | 1 | CBD Responses | Dec 97 – Feb 98 | Yes |
| 1 | 3 | 1 | a) SSA Delegation<br>b) Offeror B Oral Presentation | Jul 98 | Yes<br>Yes |
| 1 | 4 | 1 | a) SSET Letters<br>b) SSAC Orientation | Jun 98 | Yes<br>Yes |
| 1 | 5 | 1 | a) Executive Summary<br>b) ORDs<br>c) SSP<br>d) SAMP<br>e) SRD<br>f) SOO | May 98 | Yes<br>Yes<br>Yes<br>Yes<br>No<br>No |
| 1 | 6 | 5 | RFP with Amendments A00001 – A00003 | May – Oct 98 | No |
| 1 | 7 | 1 | PCAG Quick Look | Jul 98 | Yes |
| 1 | 8 | 1 | LMAS Response to AF Evaluation | Oct 98 | Yes |
| 1 | 9 | 1 | Raytheon Response to AF Evaluation | Oct 98 | Yes |
| 1 | 10 | 2 | Requests for Cost Proposals | Aug 98 | No |
| 1 | 11 | 2 | SSET Briefing Charts | Oct 98 | Yes |
| 1 | 12 | 3 | SSAC Briefing Charts | Sep 98 | Yes |
| 1 | 13 | 1 | SSA Briefing Charts | Nov 98 | Yes |
| 1 | 14 | 4 | a) LMAS's FPRAs<br>b) LMAS's On-Site Review<br>c) LMAS's Face-to-Face Briefings | Aug 98 | Yes<br>Yes<br>Yes |
| 1 | 15 | 1 | Offeror's Minutes to Face To Face Discussions | Oct 98 | Yes |

# UNITED STATES COURT OF FEDERAL CLAIMS
## Case No. 06-396C
## UNITED STATES DOCUMENT PRODUCTION
## TABLE OF CONTENTS

BOX 2 OF 19

| Box | Item | # of Folders | DOCUMENT | DATE | PROTECTED |
|---|---|---|---|---|---|
| 2 | 16 | 1 | Preposal Receipt Q& As | Jun 98 | Yes |
| 2 | 17 | 8 | a) Lockheed Q&As<br>b) Clarifications<br>c) ENs | Jul – Sep 98 | Yes<br>Yes<br>Yes |
| 2 | 18 | 7 | a) Raytheon Q&As<br>b) Clarifications<br>c) ENs | Jul – Sep 98 | Yes<br>Yes<br>Yes |

**UNITED STATES COURT OF FEDERAL CLAIMS**
**Case No. 06-396C**
**UNITED STATES DOCUMENT PRODUCTION**
**TABLE OF CONTENTS**

BOX 3 OF 19

| Box | Item | # of Folders | DOCUMENT | DATE | PROTECTED |
|---|---|---|---|---|---|
| 3 | 19 | 1 | Lockheed SDCE On-Site Review | Jul 98 | Yes |
| 3 | 20 | 5 | Lockheed Volume 1 (Mission Capability) | Jul 98 | Yes |
| 3 | 21 | 1 | Lockheed Volume 3 Original (Relevant Past Performance) | Jul 98 | Yes |
| 3 | 22 | 15 | Lockheed Volume 4A/4B Original (Proposal Documentation and Contractual Documents) | Jul 98 | Yes |

# UNITED STATES COURT OF FEDERAL CLAIMS
## Case No. 06-396C
## UNITED STATES DOCUMENT PRODUCTION
## TABLE OF CONTENTS

BOX 4 OF 19

| Box | Item | # of Folders | DOCUMENT | DATE | PROTECTED |
|---|---|---|---|---|---|
| 4 | 22 | 30 | Lockheed Volume 5, Book 1 of 44 through Book 16 of 44 (Software Development Capability Evaluation with Attachment 1 – SDCE Responses Outline Attachment 2 – Submitted SDCE Forms Outline Attachment 3 – Substantiating Documents) | Jul 98 | Yes |

# UNITED STATES COURT OF FEDERAL CLAIMS
## Case No. 06-396C
## UNITED STATES DOCUMENT PRODUCTION
## TABLE OF CONTENTS

BOX 5 OF 19

| Box | Item | # of Folders | DOCUMENT | DATE | PROTECTED |
|---|---|---|---|---|---|
| 5 | 23 | 23 | Lockheed Volume 5, Book 17 of 44 through Book 25 of 44 (Software Development Capability Evaluation with Attachment 1 – SDCE Responses Outline<br>Attachment 2 – Submitted SDCE Forms Outline<br>Attachment 3 – Substantiating Documents) | Jul 98 | Yes |

**UNITED STATES COURT OF FEDERAL CLAIMS**
**Case No. 06-396C**
**UNITED STATES DOCUMENT PRODUCTION**
**TABLE OF CONTENTS**

BOX 6 OF 19

| Box | Item | # of Folders | DOCUMENT | DATE | PROTECTED |
|---|---|---|---|---|---|
| 6 | 24 | 22 | Lockheed Volume 5, Book 26 of 44 through Book 32 of 44 (Software Development Capability Evaluation with Attachment 1 – SDCE Responses Outline Attachment 2 – Submitted SDCE Forms Outline Attachment 3 – Substantiating Documents) | Jul 98 | Yes |

**UNITED STATES COURT OF FEDERAL CLAIMS**
**Case No. 06-396C**
**UNITED STATES DOCUMENT PRODUCTION**
**TABLE OF CONTENTS**

BOX 7 OF 19

| Box | Item | # of Folders | DOCUMENT | DATE | PROTECTED |
|---|---|---|---|---|---|
| 7 | 25 | 17 | Lockheed Volume 5, Book 33 of 44 through Book 39 of 44 (Software Development Capability Evaluation with Attachment 1 – SDCE Responses Outline<br>Attachment 2 – Submitted SDCE Forms Outline<br>Attachment 3 – Substantiating Documents) | Jul 98 | Yes |

**UNITED STATES COURT OF FEDERAL CLAIMS**
**Case No. 06-396C**
**UNITED STATES DOCUMENT PRODUCTION**
**TABLE OF CONTENTS**

BOX 8 OF 19

| Box | Item | # of Folders | DOCUMENT | DATE | PROTECTED |
|---|---|---|---|---|---|
| 8 | 26 | 16 | Lockheed Volume 5, Book 40 of 44 through Book 44 of 44 (Software Development Capability Evaluation with Attachment 1 – SDCE Responses Outline<br>Attachment 2 – Submitted SDCE Forms Outline<br>Attachment 3 – Substantiating Documents) | Jul 98 | Yes |
| 8 | 27 | 3 | Lockheed Volume 6 (Reference Documents), Book 1 of 5 through Book 2 of 5 | Jul 98 | Yes |

**UNITED STATES COURT OF FEDERAL CLAIMS**
**Case No. 06-396C**
**UNITED STATES DOCUMENT PRODUCTION**
**TABLE OF CONTENTS**

BOX 9 OF 19

| Box | Item | # of Folders | DOCUMENT | DATE | PROTECTED |
|---|---|---|---|---|---|
| 9 | 28 | 8 | Lockheed Volume 6, Book 3 of 5 through Book 5 of 5 (Reference Documents) | Jul 98 | Yes |
| 9 | 29 | 1 VHS cassette | Lockheed Oral Presentation | Jul 98 | Yes<br>Yes |
| 9 | 30 | 4 VHS cassettes and 67 floppy diskettes | a) Raytheon Oral Presentation (VHS)<br>b) Raytheon proposal backup data (Disks and CDs) | Jul 98 | Yes<br>Yes |

# UNITED STATES COURT OF FEDERAL CLAIMS
## Case No. 06-396C
## UNITED STATES DOCUMENT PRODUCTION
## TABLE OF CONTENTS

BOX 10 OF 19

| Box | Item | # of Folders | DOCUMENT | DATE | PROTECTED |
|---|---|---|---|---|---|
| 10 | 31 | 3 | Lockheed Model Contract | Aug 1998 | Yes |
| 10 | 32 | 7 | Lockheed Model Contract | Oct 1998 | Yes |
| 10 | 33 | 4 | Lockheed Volume 4A Original Proposal | Jul 1998 | Yes |

**UNITED STATES COURT OF FEDERAL CLAIMS**
**Case No. 06-396C**
**UNITED STATES DOCUMENT PRODUCTION**
**TABLE OF CONTENTS**

BOX 11 OF 19

| Box | Item | # of Folders | DOCUMENT | DATE | PROTECTED |
|---|---|---|---|---|---|
| 11 | 34 | 5 | Raytheon Volume 1 (Mission Capability) | Jun – Aug 98 | Yes |
| 11 | 35 | 6 | Raytheon Volume 4A/4B (Proposal Documentation and Contractual Documents) | Jun – Aug 98 | Yes |
| 11 | 36 | 4 | Raytheon Volume 5 Evidence Book 14 of 14 (SDCE Responses) | Jun – Aug 98 | Yes |
| 11 | 37 | 1 | Raytheon Volume 5 SDCE Information (SDCE Responses) | Jun – Aug 98 | Yes |
| 11 | 38 | 3 | Raytheon Volume 6 (Reference Documents) | Jun – Aug 98 | Yes |

**UNITED STATES COURT OF FEDERAL CLAIMS**
**Case No. 06-396C**
**UNITED STATES DOCUMENT PRODUCTION**
**TABLE OF CONTENTS**

BOX 12 OF 19

| Box | Item | # of Folders | DOCUMENT | DATE | PROTECTED |
|---|---|---|---|---|---|
| 12 | 39 | 16 | Raytheon Volume 5, Book 1 of 7 through Book 5 of 7 (SDCE Responses) | Jun – Aug 98 | Yes |

# UNITED STATES COURT OF FEDERAL CLAIMS
## Case No. 06-396C
## UNITED STATES DOCUMENT PRODUCTION
## TABLE OF CONTENTS

BOX 13 OF 19

| Box | Item | # of Folders | DOCUMENT | DATE | PROTECTED |
|---|---|---|---|---|---|
| 13 | 40 | 6 | Raytheon Volume 5, Book 6 of 7 through Book 7 of 7 (SDCE Responses) | Jun – Aug 98 | Yes |
| 13 | 41 | 11 | Raytheon Volume 5, Evidence Book 1 of 14 through Book 3 of 14 (SDCE Responses) | Jun – Aug 98 | Yes |

**UNITED STATES COURT OF FEDERAL CLAIMS**
**Case No. 06-396C**
**UNITED STATES DOCUMENT PRODUCTION**
**TABLE OF CONTENTS**

BOX 14 OF 19

| Box | Item | # of Folders | DOCUMENT | DATE | PROTECTED |
|---|---|---|---|---|---|
| 14 | 42 | 16 | Raytheon Volume 5, Evidence Book 4 of 14 through Book 8 of 14 (SDCE Responses) | Jun – Aug 98 | Yes |

**UNITED STATES COURT OF FEDERAL CLAIMS**
**Case No. 06-396C**
**UNITED STATES DOCUMENT PRODUCTION**
**TABLE OF CONTENTS**

BOX 15 OF 19

| Box | Item | # of Folders | DOCUMENT | DATE | PROTECTED |
|---|---|---|---|---|---|
| 15 | 43 | 15 | Raytheon Volume 5, Evidence Book 9 of 14 through Book 13 of 14 (SDCE Responses) | Jun – Aug 98 | Yes |

# UNITED STATES COURT OF FEDERAL CLAIMS
## Case No. 06-396C
## UNITED STATES DOCUMENT PRODUCTION
## TABLE OF CONTENTS

BOX 16 OF 19

| Box | Item | # of Folders | DOCUMENT | DATE | PROTECTED |
|---|---|---|---|---|---|
| 16 | 44 | NOT FOUND | Raytheon Past Performance<br>SEE ITEM 55 BELOW | | |
| 16 | 45 | 8 | a) Raytheon A00003 Contract<br>b) Raytheon Summary<br>c) Raytheon Schedule | Oct 98 | Yes<br>Yes<br>Yes |
| 16 | 45a | 1 | EMD/COSS Contracts (addition to original index) | Aug 98 | Yes |
| 16 | 46 | 2 | Raytheon Volume 2A/AB | Aug 98 | Yes |
| 16 | 47 | 2 | Raytheon Volume 4A Original | Jul 98 | Yes |
| 16 | 48 | 1 | Raytheon Subcontract Back-up | Oct 98 | Yes |
| 16 | 49/50/51 | 1 | a. Raytheon Small Business Data<br>b. Raytheon FPRR<br>c. Face To Face Q&As | Aug 98 | Yes |
| 16 | 52/53 | 1 | a. Raytheon SDCE<br>b. Raytheon CDRLS | Aug 98 | Yes |
| 16 | 54 | 3 | Raytheon's Other Contractual Copies | Aug 98 | Yes |
| 16 | 55 | 1 | Raytheon Volume 3, Relevant Past Performance | Jun 98 | Yes |
| 16 | 56/57 | 1 | a. Raytheon Pre-Award Survey<br>b. Raytheon Small Business Plan<br>c. Raytheon Misc Correspondence | Aug 98 | Yes |
| 16 | 58/59 | 1 | a. Raytheon Legal Opinions<br>b. Raytheon EEO Clearance | Sep 98 | Yes/Attorney Client Privilege (?) |

# UNITED STATES COURT OF FEDERAL CLAIMS
## Case No. 06-396C
## UNITED STATES DOCUMENT PRODUCTION
## TABLE OF CONTENTS

BOX 17 OF 19

| Box | Item | # of Folders | DOCUMENT | DATE | PROTECTED |
|---|---|---|---|---|---|
| 17 | 60 | 1 | Lockheed Martin Volume 2 Cost – General Info | Jul 98 | Yes |
| 17 | 61 | 1 | Lockheed Martin Volume 2A Acquisition | Aug 98 | Yes |
| 17 | 62 | 1 | Lockheed Martin Attachment 1 Cost Info – LMFS Owego | Aug 98 | Yes |
| 17 | 63 | 1 | Lockheed Martin Attachment 2 Cost Info – Honeywell | Aug 98 | Yes |
| 17 | 64 | 1 | LM Attachment 3 Cost Info – LMALC, LMIS & ADC | Aug 98 | Yes |
| 17 | 65 | 1 | Lockheed Martin Appendic 1, AFMC Forms 2607 | Aug 98 | Yes |
| 17 | 66 | 1 | Lockheed Martin Appendix 1, Supplemental AFMC 2607 | Aug 98 | Yes |
| 17 | 67 | 1 | Lockheed Martin Appendix 2 (Book 1 of 4) Basis of Estimate | Aug 98 | Yes |
| 17 | 68 | 1 | Lockheed Martin Appendix 2 (Book 2 of 4) Basis of Estimate | Aug 98 | Yes |
| 17 | 69 | 1 | Lockheed Martin Appendix 2 (Book 3 of 4) Basis of Estimate | Aug 98 | Yes |
| 17 | 70 | 1 | Lockheed Martin Appendix 2 (Book 4 of 4) Basis of Estimate | Aug 98 | Yes |
| 17 | 71 | 1 | Lockheed Martin Appendix 3 Parametric Forms | Aug 98 | Yes |
| 17 | 72 | 1 | Lockheed Martin Volume 2B COSS | Aug 98 | Yes |
| 17 | 73 | 1 | Lockheed Martin Proposal Revisions | Oct 98 | Yes |
| 17 | 74 | 1 | Lockheed Martin Final Proposal Revision | Oct 98 | Yes |
| 17 | 75 | 1 | Lockheed Martin Summary Contract Data | Oct 98 | Yes |

**UNITED STATES COURT OF FEDERAL CLAIMS**
**Case No. 06-396C**
**UNITED STATES DOCUMENT PRODUCTION**
**TABLE OF CONTENTS**

BOX 18 OF 19

| Box | Item | # of Folders | DOCUMENT | DATE | PROTECTED |
|---|---|---|---|---|---|
| 18 | 76 | 1 | Raytheon Amendment 00003 Cost Volume Update | Oct 98 | Yes |
| 18 | 77 | 1 | Raytheon Volume 2A, Book 2 of 2 | Aug 98 | Yes |
| 18 | 78 | 1 | Raytheon Volume 2A, Book 1 of 2 | Aug 98 | Yes |
| 18 | 79 | 1 | Raytheon – Allied Signal, Volume 2A, Cost, Book 2 of 2 | Aug 98 | Yes |
| 18 | 80 | 1 | Raytheon – Allied Signal, Volume 2A, Cost, Book 1 of 2 | Aug 98 | Yes |
| 18 | 81 | 1 | Raytheon COSS Phase Volume 2B Book 1 of 1 | Aug 98 | Yes |
| 18 | 82 | 1 | Raytheon Volume 2B Operations and Support | Aug 98 | Yes |
| 18 | 83 | 1 | Raytheon – Rockwell Contractor Operated Supply SPT | Aug 98 | Yes |
| 18 | 84 | 1 | Raytheon – Rockwell EMD/Production GATM | Aug 98 | Yes |
| 18 | 85 | 1 floppy disk | Computer Floppy AMND4SMRL (Project File) | Unknown (probably between Aug – Nov 98) | Yes |
| 18 | 86 | 1 floppy disk | Computer Floppy Project File – Final | 11 Nov 98 | Yes |
| 18 | 87 | 1 floppy disk | Computer Floppy Raytheon CR 28, CR 29 | unknown (probably between Aug – Nov 98) | Yes |
| 18 | 88 | 1 floppy disk | Computer Floppy V4 Schedule | unknown (probably between Aug – Nov 98) | Yes |
| 18 | 89 | 1 floppy disk | Computer Floppy Raytheon IMS Schedule 3.MPP | unknown (probably between Aug – Nov 98) | Yes |
| 18 | 90 | 1 floppy disk | Computer Floppy Raytheon C-24 Clarification | unknown (probably between Aug – Nov 98) | Yes |

# UNITED STATES COURT OF FEDERAL CLAIMS
## Case No. 06-396C
## UNITED STATES DOCUMENT PRODUCTION
## TABLE OF CONTENTS

BOX 18 OF 19 CONTINUED

| | | | | | |
|---|---|---|---|---|---|
| 18 | 91 | 1 CD ROM | CD Allied Signal Cost – Acquisition Volume 2A & 2B | unknown (probably between Aug – Nov 98) | Yes |
| 18 | 92 | 1 CD ROM | CD WJ-2 | unknown (probably between Aug – Nov 98) | Yes |
| 18 | 93 | 1 CD ROM | CD Lockheed Martin Appendix 1 Supplemental AFMC 2607 | unknown (probably between Aug – Nov 98) | Yes |

**UNITED STATES COURT OF FEDERAL CLAIMS**
**Case No. 06-396C**
**UNITED STATES DOCUMENT PRODUCTION**
**TABLE OF CONTENTS**

BOX 19 OF 19 CONTINUED

| Box | Item | # of Folders | DOCUMENT | DATE | PROTECTED |
|---|---|---|---|---|---|
| 19 | 94 | 1 | Original Contract & Raytheon Debrief | Jan 99 | Yes |
| 19 | 95 | 1 | Packaging Requirements, Environmental Impact Analysis, Award Fee Plan, Source Selection Test Case Approval | Nov 97 | Yes |
| 19 | 96 | 1 | Price Competition Memorandum, Technical Evaluations, Pre-Award Documents | Jan 99 | Yes |
| 19 | 97 | 1 | Request for Proposal Amendments | Aug 98 | Yes |
| 19 | 98 | 1 | Final Request for Proposal | May 98 | Yes |
| 19 | 99 | 1 | Draft Request for Proposal | Nov 97 | Yes |
| 19 | 100 | 1 | Final Source Selection Briefings (Air Force internal briefings) | Oct – Nov 98 | Yes |
| 19 | 101 | 1 | Requirements Documents, Acquisition Plan, Source Selection Plan, Competitive Range Determination, etc | Oct 98 | Yes |
| 19 | 102 | 1 | AFFARS Appendix AA test case documents | Nov 97 | Yes |
| 19 | 103 | 1 | Source Selection Advisory Council Appointment | May 98 | Yes |
| 19 | 104 | 1 | Single Acquisition Management Plan Executive Summary | May 98 | Yes |

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P., Plaintiff, v. THE UNITED STATES, Defendant, and LOCKHEED MARTIN AERONAUTICS COMPANY, Intervenor. | Case No. 06-396C (Judge Williams) |

DECLARATION OF EDWARD C. MARTIN

I, EDWARD C. MARTIN, hereby declare the following:

1. I am a Supervisory Procurement Analyst and Contracting Officer employed by the Department of the Air Force. Since January 27, 2002, I have been the Chief of Contracting for the Acquisition Center of Excellence ("ACE"), Aeronautical Systems Center ("ASC"), Wright-Patterson Air Force Base (WPAFB), Ohio. As the Chief of Contracting for the ACE, I am responsible for the oversight of major acquisition source selections conducted by ASC that are hosted at the ACE facility, Building 570, Area B, WPAFB. I am also responsible for the storage, custody, and maintenance of certain electronic and other source selection records created by ASC source selection evaluation teams that conducted acquisitions from the ACE facility at WPAFB. All of the

acquisition source selection records created and subsequently stored in the vault at the ACE are maintained in accordance with agency procurement regulations.

2. The agency source selection proceedings that resulted in the award in 1999 of contract Nos. F33657-98-C-0006 and F33657-98-C-0007 to Lockheed Martin Aeronautics Co. for the C-5 AMP were conducted in the ASC source selection facility then located at Building 125, Area B, WPAFB, and supported by an ASC predecessor organization to the ACE. After the C-5 AMP contracts were awarded, records of the source selection were archived and stored in a vault at Building 125, Area B, WPAFB. In about 2000, the records for the C-5 AMP source selection were moved to a vault at the ACE, Building 570, Area B, WPAFB.

3. The archived records for the C-5 AMP acquisition consist of eighteen (18) boxes of documents and electronic media that were either in the possession of the ACE or ACE predecessor organizations from contract award in 1999 through May 11, 2005, when the records were transferred to the C-5 AMP contracting officer. After 11 May 2005, no records (paper or electronic media) for the C-5 AMP acquisition were retained in the ACE vault. ACE personnel have thoroughly searched the vault and no additional C-5 AMP records were found.

I hereby declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 3 JANUARY 2008

EDWARD C. MARTIN
CHIEF OF CONTRACTING
ACQUISITION CENTER FOR EXCELLENCE