IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P., | |
| Plaintiff, | |
| v. | No. 06-396C (Judge Williams) |
| THE UNITED STATES, | |
| Defendant, | |
| and | |
| LOCKHEED MARTIN AERONAUTICS COMPANY, | |
| Intervenor. | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME AND POSTPONEMENT AND RESCHEDULING OF STATUS CONFERENCE

Defendant respectfully requests, pursuant to Rule 6(a) of the Rules of the Court of Federal Claims ("RCFC"), that the Court grant an enlargement of time of 21 days from February 1, 2008 to February 22, 2008, for defendant to prepare and file its declarations “describing those additional documents pertaining to the C-5 AMP procurement which will not be included in the Administrative Record, including but not limited to, documents described in the Druyun Study and Department of Defense Inspector General investigation and Report,” as directed in the Court’s order dated November 27, 2007. We further request that the Court postpone the status conference now set for February 15, 2008, and reschedule it, preferably for February 27, 28, or 29, the Court’s schedule permitting. Counsel for all parties are presently

available on February 27, 28, or 29, although their schedules may change.

Defendant's counsel has discussed this motion with counsel for the intervenor, Lockheed Martin, and counsel for plaintiff, L-3 Communications Integrated Systems, and is authorized to state that plaintiff and intervenor do not oppose this motion for enlargement or the postponement and rescheduling of the February 15, 2008 status conference.

Pursuant to paragraph 1 of the Court’s order dated November 27, 2007, on January 4, 2008, defendant filed a Table of Contents of the Administrative Record accompanied by certifications of Air Force officials. Pursuant to paragraph 2 of the Court’s order, on about January 24 and 25, 2008, defendant provided copies of the documents in the Administrative Record to counsel for plaintiff and counsel for the intervenor.

Pursuant to the Court’s order dated November 27, 2007, the Government has begun preparation of the indices of documents and declarations required by paragraph 3 of the Court’s order, but requires a 21-day enlargement of time to complete preparation and filing of the indices and declarations. As the Court is aware, the Administrative Record for this procurement is quite large and encompasses both paper and electronic documents. The Department of Defense Office of Inspector General (DOD OIG), which has custody of documents relating to the DOD OIG report, and the

Defense Contract Management Agency (DCMA), which has custody of documents relating to the C-5 AMP procurement portion of the Druyun Study, have numerous documents that must be indexed and reviewed to determine which of these documents are already included in the Administrative Record and which are not so included. Because of the numerous documents that must be reviewed, the Government cannot complete that process and prepare and file the related declarations by the February 1, 2008 due date. Completion of that process is expected to take at least until February 21, 2008.

Defendant also requests a postponement of the February 15, 2008 status conference because it is our understanding that one of the topics to be discussed at the status conference is whether plaintiff believes that any of the records identified in the Government's declarations as not being included in the Administrative Record, as required by paragraph 3 of the Court's order, should be a part of the Administrative Record. However, the Government is not able to complete its declarations prior to the status conference and therefore the status conference should be rescheduled so that the Government's declarations are available for consideration by the parties and the Court prior to the status conference.

Accordingly, defendant respectfully requests that the Court grant this unopposed motion for a 21-day enlargement of time to

February 22, 2008, for defendant to prepare and file the declarations required by paragraph 3 of the Court's November 27, 2007 order, and for a postponement and rescheduling of the Court's February 15, 2008 status conference.[1]

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Attorneys for Defendant

Of Counsel:
BRYAN R. O'BOYLE
Senior Trial Attorney
Department of Air Force
Arlington, VA

January 30, 2008

---

[1] The Government also notifies the Court and the parties that it has had the small tape marked "C-5 AMP back-up March 1999," which was described in our January 4, 2008 notice of filing, examined by a data recovery firm, ADR Computer Forensics, which reported that it is unable to recover any data from the tape.