# In the United States Court of Federal Claims

**No. 06-396C**
**(Filed: January 30, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and**

**LOCKHEED MARTIN AERONAUTICS COMPANY,**

**Intervenor.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME AND RESCHEDULING OF STATUS CONFERENCE**

---

On January 30, 2008, Defendant filed an unopposed motion for an enlargement of time of 21 days, to and including February 22, 2008, within which to file its declarations "describing those additional documents pertaining to the C-5 AMP procurement which will not be included in the Administrative Record, including but not limited to, documents described in the Druyun Study and Department of Defense Inspector General Investigation and Report," as directed in the Court's order dated November 27, 2007. The parties further request to reschedule the February 15, 2008 status conference. Good cause having been shown, this motion is **GRANTED**. Defendant's declarations shall be filed no later than **February 22, 2008.** The February 15, 2008 status conference is rescheduled for **February 29, 2008, at 11:00 a.m. ET.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**