IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P., Plaintiff, | ) |
| v. | ) No. 06-396C (Judge Williams) |
| THE UNITED STATES, Defendant, | ) |
| and | ) |
| LOCKHEED MARTIN AERONAUTICS COMPANY, Intervenor. | ) |

DEFENDANT'S NOTICE OF FILING OF DECLARATION OF CONTRACTING OFFICER AND ATTACHED INDICES OF DOCUMENTS

Pursuant to the Court's orders, dated November 27, 2007 and January 30, 2008, defendant, the United States, respectfully files the declaration of Air Force Contracting Officer Vicki A. Fry and attached indices of documents, which together "describ[e] those additional documents pertaining to the C-5 AMP procurement which will not be included in the Administrative Record, including but not limited to, documents described in the Druyun Study and Department of Defense Inspector General investigation and Report." See Order dated November 27, 2007.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

Of Counsel:
BRYAN R. O’BOYLE
Senior Trial Attorney
Department of Air Force
Arlington, VA

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L St. N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Attorneys for Defendant

February 20, 2008