IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>LOCKHEED MARTIN AERONAUTICS COMPANY,<br><br>Intervenor. | Case No. 06-396C<br>(Judge Williams) |

DECLARATION

I, VICKI A. FRY, hereby declare the following:

1. I am the contracting officer employed since January 2004 by the Department of the Air Force, 716 Aeronautical Systems Group ("AESG"), Aeronautical Systems Center, Wright-Patterson Air Force Base, Ohio, to handle acquisitions for the C-5 Avionics Modernization Program ("AMP"). I am the contracting officer that by my declaration dated January 2, 2008, identified the table of contents for the administrative actions that constitute the source selection record for C-5 AMP contract Nos. F33657-98-C-0006 and F33657-98-C-0007.

2. I have attached Exhibits 1 through 4 to this declaration. Exhibit 1 is what I understand is the index to the working papers and support documents for the Department of Defense Inspector General (DoD IG) report no. D-2006-058 about the C-5 AMP. I

understand that Exhibit 1 was prepared by officials with the DoD IG. Exhibit 2 to this declaration is what I understand is the index to the documents and materials on the C-5 AMP from the "Druyun Study," which index I understand was prepared by officials from the Defense Contract Management Agency (DCMA), the agency that led the "Druyun Study." Exhibit 3 is an index of documents that I understand are from the Office of the Deputy Assistant Secretary of the Air Force for Acquisitions (Contracting), "SAF/AQC," that relate to the DoD IG report about the C-5 AMP. I understand that the documents for Exhibit 3 were gathered by officials from SAF/AQC, and the index was prepared by legal support personnel from the Air Force Legal Operations Agency, Commercial Litigation Division (AFLOA/JACQ). Exhibit 4 is an index of documents that I understand are from offices at the Department of Defense (DoD). I further understand that the documents at Exhibit 4 were gathered by DoD officials, and, with the assistance of personnel at AFLOA/JACQ, the relevant documents about the Druyun Study or the DoD IG report are identified in the index at Exhibit 4.

3. The record of the administrative actions that constitute the source selection for C-5 AMP contract Nos. F33657-98-C-0006 and F33657-98-C-0007 does include the following materials that are also listed in Exhibit 1 for the working papers and support documents for DoD IG report no. D-2006-058:

(a) Tab C.4.4 - Proposal Ratings (AF);

(b) Tab D.3.2 – Excerpts of Air Force Federal Acquisition Regulation Supplement, Appendix AA

(c) Tab F.1.16 – 11 May 1978 Executive Summary Request for Proposal (AF);

(d) F.1.20 – Source Selection Plan, 11 May 1998 (AF);

(e) F.1.25 – 9 Oct 98 Competitive Range Memo signed by Druyun (AF);

(f) G.1.1 – Proposal Analysis Report (PAR) (AF);

(g) G.1.2 – C-5 AMP Statement of Objectives (AF);

(h) G.1.3 – C-5 AMP Single Acquisition Master Plan 11 May 1998 (AF);

(i) G.1.4 – Source Selection Decision Document 21 Jan 1999 (AF);

(j) G.1.7 – SSA Final Review 17 Nov 98 (AF);

(k) G.1.21 – Program Mgmt Directive for C-5 Integrated Weapons System Management (AF);

(l) G.1.28 – C-5 AMP Contract Selections A and B 1-22-99 (AF);

(m) G.2.7 – Ms. Druyun's SSA Appointment Memo 26 Mar 98 (AF);

(n) G.2.8 – Mr. Money's SSA Appointment Memo 26 Jan 98 (AF);

(o) G.2.9 – Presolicitation Request for Information – 2 Jun 97 (AF);

(p) G.2.18 – Memo Concerning AFMC test candidates 18 Nov 97 (AF);

(q) G.3.5 – Assign of Responsibilities in Secretary of the AF (Acquisition) [SAF/AQ] Memo dtd 23 Feb 1998;

(r) G.3.6 – Further Assign of Respons. In SAF/AQ Memo dtd 17 Mar 1998.

4. The following materials listed in Exhibit 1 for the working papers and support documents for DoD IG report no. D-2006-058 are not included within the record of the administrative actions that constitute the source selection for C-5 AMP contract Nos. F33657-98-C-0006 and F33657-98-C-0007:

(a) Tab AS6.a – Management Comments Workpaper (DoD OIG)

(b) A.1.4 – Announcement Letter 2005FP-0174 (DoD OIG)

Page 4 of 41

(c) A.1.5 – Memo to DoD OIG from Under Secretary of Defense (Acquisition, Technology and Logistics [AT&L]) Subject: Referral of Contracts for Review;

(d) B.3.5 – Office of Management and Budget (OMB) Circular A-123;

(e) B.3.7 - E-mail from C-5 Program Official; Subject: C-5 Management Control Program Information (DoD IG);

(f) B.3.8 – OMB Circular A-123, June 1995 version (OMB);

(g) C.1.1 – C-5 Galaxy Fact Sheet (Internet);

(h) C.2.1 – AT&L Meeting with Lt. Eric Nutley (DoD OIG);

(i) C.3.3 – May 11 Air Force (AF) Entrance Conference Meeting Workpaper (DoD IG);

(j) C.3.4 – Secretary of the Air Force Order No. 101-1;

(k) C.4.1 – Druyun Study (AT&L);

(l) C.4.3 – Druyun Study Appendices II-IV (AT&L);

(m) C.4.5 – C-5 AMP Assessment for Druyun Study (AT&L);

(n) C.4.6 – Druyun Press Release 101904 (AF);

(o) D.1.14 – Public Law 103-355 Full Version (Public Law);

(p) D.1.16 – Federal Acquisition Regulation Part 15 97-02 (Internet);

(q) D.2.7 – DoD Instruction 5010.40 (DoD);

(r) D.2.8 – DoD Directive 5010.38 (DoD);

(s) D.4.20 – AF Mission Directive 1 Sep 2004 (AF)

(t) D.4.26 – AF Materiel Command Memo 98/10/05 Agile Contracting Environment;

(u) F.1.5 – Inbrief at Wright Patterson AF Base (DoD IG);

(v) F.1.24 – 22 June 05 Teleconference w/ AF Former Contracting Officer (DoD IG);

(w) F.1.32 – Arthur Money Bio (Internet);

(x) F.1.33 – Arthur Money Bio 2 (Internet);

(y) F.1.48 – E-mail from Kathy James 7 July 05 (DoD IG):

(z) G.2.24 – Draft AFFARS 5315-6- 31 July 1997 (AF);

(aa) G.3.16 - Re-engine Modification (DoD IG);

(bb) G.3.18 – RERP Justification/Approval (AF);

(cc) G.3.23 – Defense Science Board Report on Management Oversight in Acquisition Organizations, March 2005 (AT&L);

(dd) G.3.27 – Memo – Test of Proposed New Air Force Source Selection Policy (AF);

(ee) G.3.34 – Acquisition Reform Web Page (Internet)

(ff) G.3.36 – Secretary of the Air Force, Chief of Staff Memo- 6jun05 (AF);

(gg) G.3.37 – Mandatory Procedure 315.3 – 17may05 – Source Selection Procedures (AF);

(hh) G.3.38 – Biographies – Lieutenant General George K. Mueller (Internet);

(ii) G.3.39- Title 10 U.S. Code Section 8013 (Internet).

5. Further, the record of the administrative actions that constitute the source selection for C-5 AMP contract Nos. F33657-98-C-0006 and F33657-98-C-0007 does include the following documents that are also listed in Exhibit 2 from the documents and materials on the C-5 AMP from the "Druyun Study" led by DCMA:

Page 6 of 41

(a) SAF/AQ memo dated 25 Jan 98 to ASC/CC, "Delegation of Source Selection Authority for C-5 Avionics Modernization Program;"

(b) SAF/AQ memo dated 26 Mar 98 to ASC/CC, "Source Selection Authority for C-5 Avionics Modernization Program;"

(c) Section M Evaluation Factors, dated 11 May 98 from John Meyer and concurred by Darleen Druyun;

(d) Competitive Range Determination (Memorandum for file dated 9 Oct 98);

(e) SSAC Final Review (evaluation briefing), 12 Nov 98, which also includes a one page document, titled "Actions Since Last SSAC;"

(f) SSA Final Review, 17 Nov 98;

(g) Source Selection Process;

(h) Source Selection Evaluation;

(i) Offeror Proposals;

(j) Technical Evaluation;

(k) Schedule Assessment;

(l) Performance Confidence Assessment Group (PCAG):

(m) C-5 AMP contracts;

(n) Price/Cost factor;

(o) Proposal Analysis Report;

(p) Proposal Evaluation Comparison;

(q) Best Value Analysis;

(r) Source Selection Decision Document (21 Jan 99), which includes a section titled "Summary Determination" on pages six and seven;

Page 7 of 41

(s) Summary Determination (a subsection of the Source Selection Decision Document, dated 21 Jan 99).

All other materials listed in Exhibit 2 for the working papers and support documents for the "Druyun Study" are not included within the record of the administrative actions that constitute the source selection for C-5 AMP contract Nos. F33657-98-C-0006 and F33657-98-C-0007. It should be understood that the C-5 AMP index of documents dated January 31, 2008, provided by DCMA at Exhibit 2, contains multiple listings of the same documents.

6. The record of the administrative actions that constitute the source selection for C-5 AMP contract Nos. F33657-98-C-0006 and F33657-98-C-0007 does not include any materials that discuss the so-called Druyun Study or the DoD IG report on the C-5 AMP source selection procedures, such as those materials listed in Exhibits 3 and 4. It should also be understood that the record of the administrative actions that constitute the source selection for C-5 AMP contract Nos. F33657-98-C-0006 and F33657-98-C-0007 does not include any materials about the subsequent performance of the contracts by the successful offeror, Lockheed Martin.

I hereby declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 19 Feb 08

Vicki A. Fry

VICKI A. FRY

CONTRACTING OFFICER

Page 8 of 41

# Source Selection Procedures for the C-5 Avionics Modernization Program (AMP)

## Project No. D2005FP-0174
## Report No. D-2006-058

## Table of Contents for Workpapers and Source Documents Referenced in the Final Report

| Tab Ref. | Audit Reference | Audit Step |
|---|---|---|
| Color Tab A | A.1.PS<br><br>Planning/Survey Phase | Step: 4. Government Accountability Office (GAO) High Risk Area<br><br>**Step/Purpose:**<br>Summarize the GAO High Risk Area(s) that are relevant to the audit objectives. |
| Color Tab B | A.1.PS<br><br>Planning/Survey Phase | Step: 6. Understanding the Program (Background)<br><br>**Step/Purpose:**<br>To summarize an understanding of the program, identify the program mission and goals and assess the significance of possible audit objectives and the feasibility of achieving them. |
| Color Tab C | A.1.PS<br><br>Planning/Survey Phase | Step: 8. Results of Previous Audits<br><br>**Step/Purpose:**<br>a. Determine the status of significant findings and recommendations from previous audits and attestation engagements (follow-up) that directly relate to the audit objectives.<br><br>b. Determine whether audited officials took timely and appropriate corrective actions. |
| Color Tab D | AS6.a | Management Comments Workpaper (DoD OIG) |
| Color Tab E | A.1.PS<br><br>Planning/Survey Phase | Step: 13. Scope Considerations (i.e. limitations)<br><br>**Step/Purpose:**<br>Identify and describe any factors other than those included in considering the work of others (step 9) and in staff and resources (step 10) that limit the scope of the audit. |
| Color Tab F | A.1.4 | Announcement Letter 2005FP-0174 (DoD OIG) |
| Color Tab G | A.1.5 | Memo to DoD OIG from Under Secretary of Defense (Acquisition, Technology and Logistics) [AT&L], Subject: Referral of Contracts for Review (AT&L) |

| Tab Ref. | Audit Reference | Audit Step |
|---|---|---|
| C olor Tab H | B.3.PS<br><br>Management Control Program | Step: 2. Collect information & determine the adequacy of the Management Control Program<br><br>**Step/Purpose:**<br>Evaluate the Management Control Program relating to the C-5 AMP and determine if the C-5 Program included the Source Selection Process as an assessable unit. |
| Color Tab I | B.3.5 | Office of Management and Budget (OMB) Circular A-123 (OMB) |
| Color Tab J | B.3.7 | E-mail from C-5 Program Official, Subject: C-5 Management Control Program Information (DoD OIG) |
| Color Tab K | B.3.8 | OMB Circular A-123, June 1995 version (OMB) |
| Color Tab L | B.4.PS<br><br>Computer Processed Data | Step: 1. How data will be used and affect review<br><br>**Step/Purpose:**<br>Determine whether computer-processed data will be used and how that data will affect the review objectives. |
| Color Tab M | C.1.PS<br><br>C-5 AMP Background Information | Step: 1. C-5 Galaxy Background<br><br>**Step/Purpose:**<br>To gather background information on the C-5 Galaxy airplane as it relates to our audit objectives. |
| Color Tab N | C.1.1 | C-5 Galaxy Fact Sheet (Internet) |
| Color Tab O | C.2.1 | AT&L Meeting with Lt. Eric Nutley (DoD OIG) |
| Color Tab P | C.3.3 | May 11 Air Force (AF) Entrance Conference Meeting Workpaper (DoD OIG) |
| Color Tab Q | C.3.4 | Secretary of AF Order No 101-1 (AF) |

| Tab Ref. | Audit Reference | Audit Step |
|---|---|---|
| Color Tab R | C.4.PS<br><br>DCMA Study | Step: 1. Defense Contract Management Agency (DCMA) Study<br><br>**Step/Purpose:**<br>Review the DCMA Study and determine whether the C-5 AMP identified by DCMA auditor's warrants further study. Describe how their work influenced our audit objectives. |
| Color Tab S | C.4.1 | Druyun Study (AT&L) |
| Color Tab T | C.4.3 | Druyun Study Appendices II-IV (AT&L) |
| Color Tab U | C.4.4 | Proposal Ratings (AF) |
| Color Tab V | C.4.5 | C-5 AMP Assessment for Druyun Study (AT&L) |
| Color Tab W | C.4.6 | Druyun Press Release 101904 (AF) |
| Color Tab X | D.1.14 | Public Law 103-355 Full Version (Public Law) |
| Color Tab Y | D.1.16 | Federal Acquisition Regulation Part 15 97-02 (Internet) |
| Color Tab Z | D.2.PS<br><br>DoD Guidance | Step: 9. DoD Directive 5010.38<br><br>**Step/Purpose:**<br>To identify relevant criteria from the Department of Defense Directive 5010.38 as it relates to our audit objectives. |
| 1 | D.2.PS<br><br>DoD Guidance | Step: 10. DoD Instruction 5010.40<br><br>**Step/Purpose:**<br>To identify relevant criteria from the Department of Defense Instruction 5010.40 as it relates to our audit objectives. |
| 2 | D.2.7 | DoD Instruction 5010.40 (DoD) |
| 3 | D.2.8 | DoD Directive 5010.38 (DoD) |
| 4 | D.3.2 | Air Force Federal Acquisition Regulation Supplement, Appendix AA (AF) |

| Tab Ref. | Audit Reference | Audit Step |
|---|---|---|
| 5 | D.4.PS<br><br>Other Guidance | Step: 26. Agile Contracting Environment Memo<br><br>**Step/Purpose:**<br>To identify relevant criteria from the Air Force Memorandum concerning an Agile Contracting Environment (ACE). |
| 6 | D.4.20 | AF Mission Directive 1 Sept 2004 (AF) |
| 7 | D.4.26 | AF Materiel Command Memo 98/10/05 Agile Contracting Environment (AF) |
| 8 | F.1.PS<br><br>Survey Steps | Step: 2. Source Selection Authority (SSA) delegation<br><br>**Step/Purpose:**<br>Determine why the original SSA delegation was withdrawn. Is there any precedent for this behavior? What was the response of the original SSA when his/her responsibility was withdrawn? |
| 9 | F.1.5 | Inbrief at Wright Patterson AF Base (DoD OIG) |
| 10 | F.1.16 | 11 May 98 Executive Summary Request for Proposal (AF) |
| 11 | F.1.20 | Source Selection Plan, 11 May 1998 (AF) |
| 12 | F.1.24 | 22 June 05 Teleconference w/ AF Former Contracting Officer (DoD OIG) |
| 13 | F.1.25 | 9 Oct 98 Competitive Range Memo signed by Druyun (AF) |
| 14 | F.1.32 | Arthur Money Bio (Internet) |
| 15 | F.1.33 | Arthur Money Bio 2 (Internet) |
| 16 | F.1.48 | Email from Kathy James 7 July 05 (DoD OIG) |
| 17 | G.1.PS<br><br>Acquisition Cycle | Step: 2. Acquisition Cycle<br><br>**Step/Purpose:**<br>Review policies and procedures related to the C-5 AMP acquisition and assess whether internal controls were reasonably adequate (preliminary assessment). Describe and outline the acquisition cycle. |
| 18 | G.1.PS<br><br>Acquisition Cycle | Step: 3. Acquisition Plan<br><br>**Step/Purpose:**<br>Determine whether the content of the Acquisition Plan is in accordance with FAR Part 7; Defense Federal Acquisition Regulation Supplement (DFARS) Part 207.1; and AFFARS Part 5307. Was the plan approved by the appropriate official? Does the program qualify as a commercial item acquisition (FAR Part 02)? |

| Tab Ref. | Audit Reference | Audit Step |
|---|---|---|
| 19 | G.1.PS<br><br>Acquisition Cycle | Step: 11. Discussions with the Offerors<br><br>**Step/Purpose:**<br>Review the outcome of the negotiation discussions with Lockheed Martin and Raytheon. Determine which key officials were involved in the negotiation discussions with Lockheed Martin and Raytheon. Determine what issues were discussed with each offeror and determine whether the discussions were in accordance with FAR Part 15.610; and AFFARS Appendix AA-312. |
| 20 | G.1.1 | Proposal Analysis Report (PAR) (AF) |
| 21 | G.1.2 | C-5 AMP Statement of Objectives (AF) |
| 22 | G.1.3 | C-5 AMP Single Acquisition Master Plan 11 May 98 (AF) |
| 23 | G.1.4 | Source Selection Decision Document 21 Jan 99 (AF) |
| 24 | G.1.7 | SSA Final Review 17 Nov 98 (AF) |
| 25 | G.1.21 | Program Mgmt Directive for C5 Integrated Weapons System Management (AF) |
| 26 | G.1.28 | C-5 AMP Contract Selections A and B 1-22-1999 (AF) |
| 27 | G.2.PS<br><br>Source Selection Process | Step: 1. Summary Workpaper<br><br>**Step/Purpose:**<br>Summarize the results of our review of the source selection process. Identify the cause and effect for any discrepancies or irregularities found. Assess whether internal controls were reasonable and adequate |
| 28 | G.2.PS<br><br>Source Selection Process | Step: 2. Source Selection Process<br><br>**Step/Purpose:**<br>Review policies and procedures for source selection. Describe and outline the source selection process for the C-5 AMP. |
| 29 | G.2.PS<br><br>Source Selection Process | Step: 4. Potential Offerors<br><br>**Step/Purpose:**<br>Identify and summarize the presolicitation activities that took place. Review and identify which contractors were selected to receive the Request for Proposal issued 15 May 1998. |

| Tab Ref. | Audit Reference | Audit Step |
|---|---|---|
| 30 | G.2.PS<br><br>Source Selection Process | Step: 13. Proposal Analysis Report<br><br>**Step/Purpose:**<br>Determine whether the PAR was prepared in accordance with AFFARS Appendix AA-313. Does the PAR fully represent a consensus among the evaluation team, the cost team, and the Performance Risk Assessment Group? |
| 31 | G.2.PS<br><br>Source Selection Process | Step: 15. Source Selection Decision Document<br><br>**Step/Purpose:**<br>Determine whether the Source Selection Decision Document (SSDD) was prepared in accordance with FAR Part 15.308 and Appendix AA-316. Was the SSDD coordinated with the assigned legal advisor and the senior contracting advisor? Assess whether the clear rationale for the source selection decision was provided. |
| Manila Tab A | G.2.7 | Ms. Druyun's SSA Appointment Memo 26 Mar 98 (AF) |
| Manila Tab B | G.2.8 | Mr. Money's SSA Appointment Memo 25 Jan 98 (AF) |
| Manila Tab C | G.2.9 | Presolicitation Request For Information - 2 Jun 97 (AF) |
| Manila Tab D | G.2.18 | Memo Concerning AFMC test candidates 18 Nov 97 (AF) |
| Manila Tab E | G.2.24 | Draft AFFARS 5315-6- 31 July 1997 (AF) |
| Manila Tab F | G.3.PS<br><br>Anomalies | Step: 1. Estimated Program Cost Fluctuation<br><br>**Step/Purpose:**<br>Discuss the anomaly identified during the review of the source selection documents and determine whether there is justification and/or support for the anomaly. |
| Manila Tab G | G.3.PS<br><br>Anomalies | Step: 4. Increase in the significance of Aircrew Training Devices and Maintenance Training Devices<br><br>**Step/Purpose:**<br>Discuss the anomaly identified during the review of the source selection documents and determine whether there is justification and support for the anomaly. |

Page 15 of 41

| Tab Ref. | Audit Reference | Audit Step |
|---|---|---|
| Manila Tab H | G.3.PS<br><br>Anomalies | Step: 5. Appendix BB procedures vs. Appendix AA<br><br>**Step/Purpose**:<br>Identify those instances where the evaluation teams deviated from the Draft AFFARS dated 21 Nov 97 and used either Appendix AA or BB. |
| Manila Tab I | G.3.PS<br><br>Anomalies | Step: 6. Justification & Approval of Sole Source for C-5 Reliability Enhancement and Re-Engining Program (RERP)<br><br>**Step/Purpose**:<br>To review the sole-source justification and approval for the C-5 Re-engining (RERP) follow-on contract awarded to Lockheed Martin. Determine whether the justification for sole-source contract award is valid. |
| Manila Tab J | G.3.PS<br><br>Anomalies | Step: 8. Strengths/Weaknesses Change<br><br>**Step/Purpose**:<br>Discuss the anomaly identified during the review of the source selection documents and determine whether there is justification and support for the anomaly. |
| Manila Tab K | G.3.PS<br><br>Anomalies | Step: 11. Rapid Turnover of Management Positions<br><br>**Step/Purpose**:<br>Discuss the anomaly identified during the review of the source selection documents and determine whether there is justification and/or support for the anomaly.<br><br>Discuss turnover of personnel associated with Ms. Druyun and the C-5 AMP. |
| Manila Tab L | G.3.PS<br><br>Anomalies | Step: 13. C-5 RERP Mods<br><br>**Step/Purpose**:<br>Review and evaluate the C-5 RERP Modification to track the transfer of funds and determine if funds were transferred in accordance with criteria. |
| Manila Tab M | G.3.5 | Assign of Responsibilities in Secretary of the AF (Acquisition) [SAF/AQ] Memo dtd 23 Feb 1998 (AF) |
| Manila Tab N | G.3.6 | Further Assign of Respon. In SAF/AQ Memo dtd 17 Mar 1998 (AF) |

| Tab Ref. | Audit Reference | Audit Step |
|---|---|---|
| Manila Tab O | G.3.16 | Re-engine Modification (DoD OIG) |
| Manila Tab P | G.3.18 | RERP Justification/Approval (AF) |
| Manila Tab Q | G.3.23 | Defense Science Board Report on Management Oversight in Acquisition Organizations, March 2005 (AT&L) |
| Manila Tab R | G.3.27 | Memo – Test of Proposed New Air Force Source Selection Policy (AF) |
| Manila Tab S | G.3.34 | Acquisition Reform Web Page (Internet) |
| Manila Tab T | G.3.36 | Secretary of the AF, Chief of Staff Memo - 6jun05 (AF) |
| Manila Tab U | G.3.37 | Mandatory Procedure 315.3 - 17may05 – Source Selection Procedures (AF) |
| Manila Tab V | G.3.38 | Biographies – Lieutenant General George K. Mueller (Internet) |
| Manila Tab W | G.3.39 | Title 10 U.S. Code Section 8013 (Internet) |

## C-5 AMP Index

**CD 1 – Report Products – C5_AMP_Alan Jan 31.doc (file created 02/03/05)**

FOUO - Anomaly Paper - C-5 AMP Source Selection Rating Changes

**CD 1 – Report Products – C-5 Amp Backup.pdf (file created 02/03/05)**

1. SAF/AQ Air Force Memo dated 25 Jan 98, to ASC/CC, subject: Delegation of Source Selection Authority for C-5 Avionics Modernization Program (AMP)
2. SAF/AQ Air Force Memo dated 26 Mar 98, to ASC/CC and SA-ALC/CC, subject: Source Selection Authority for the C-5 Avionics Modernization Program
3. FOUO – Section M. Evaluation Factors for Award F33567-98-R-0006, dated 11 May 98 from John Meyer and concurred by Darleen Druyun
4. Source Selection Sensitive – Memorandum for file dated 9 Oct 98 on RFP-F33657-98-R-0006, subject: Competitive Range Determination
5. FOUO – Actions Since Last SSAC (7 Oct 98 to Today and Beyond)
6. FOUO – C-5 AMP Source Selection –SSAC Final Review, 12 Nov 98, VTC 1030-1230 EST
7. FOUO – C-5 AMP Source Selection, 11/12/98, Final Evaluation Briefing
8. FOUO – C-5 AMP Source Selection – SSA Final Review, 17 Nov 98
9. FOUO – C-5 AMP – Source Selection Process
10. FOUO - C-5 AMP – Source Selection Evaluation
11. FOUO – C-5 AMP – Offeror Proposals
12. FOUO – Technical Evaluation
13. FOUO - C-5 AMP – Schedule Assessment
14. FOUO – C-5 AMP Performance Confidence Assessment Group (PCAG)
15. FOUO – C-5 AMP Contracts
16. FOUO – C-5 AMP – Price/Cost Factor
17. FOUO – C-5 AMP – Proposal Analysis Report
18. FOUO – C-5 AMP – Proposal Evaluation Comparison
19. FOUO - C-5 AMP – Best Value Analysis
20. FOUO – C-5 AMP – Source Selection Decision Document (21 Jan 99)
21. FOUO – C-5 AMP – Summary Determination

**CD 1 – Report Products – C5_AMP_Alan.doc (file created 02/03/05)**

FOUO - Anomaly Paper – C-5 AMP Source Selection Rating Change

**CD 1 – Team Lead Review – alanreviw.doc (file created 02/03/05)**

Druyun Study – Aeronautical Systems Center (ASC) Contract Review Team Report

**CD 1 – Team Lead Review – C-5 amp backup cont'd.TIF (file created 02/03/05)**

1. FOUO - Technical Evaluation – Raytheon and Lockheed Martin
2. FOUO - C5 AMP Performance Confidence Assessment group (PCAG)
3. FOUO - C5 AMP – Contracts
4. FOUO - C5 AMP – Price Cost Factors
5. FOUO - C5 AMP – Proposal Analysis Report (PAR)
6. FOUO - C5 AMP – Proposal Evaluation Comparison
7. FOUO - C5 AMP – Best Value Analysis
8. FOUO - Source Selection Decision Document
9. FOUO - Summary Determination (signed by Druyun on 21 Jan 99)

**CD 1 – Team Lead Review – C-5 Amp backup.pdf (file created 02/03/05)**

1. SAF/AQ Air Force Memo dated 25 Jan 98, to ASC/CC, subject: Delegation of Source Selection Authority for C-5 Avionics Modernization Program (AMP)
2. SAF/AQ Air Force Memo dated 26 Mar 98, to ASC/CC and SA-ALC/CC, subject: Source Selection Authority for the C-5 Avionics Modernization Program
3. FOUO – Section M. Evaluation Factors for Award F33567-98-R-0006, dated 11 May 98 from John Meyer and concurred by Darleen Druyun
4. Source Selection Sensitive – Memorandum for file dated 9 Oct 98 on RFP-F33657-98-R-0006, subject: Competitive Range Determination
5. FOUO – Actions Since Last SSAC (7 Oct 98 to Today and Beyond)
6. FOUO – C-5 AMP Source Selection –SSAC Final Review, 12 Nov 98, VTC 1030-1230 EST
7. FOUO – C-5 AMP Source Selection, 11/12/98, Final Evaluation Briefing
8. FOUO – C-5 AMP Source Selection – SSA Final Review, 17 Nov 98
9. FOUO – C-5 AMP – Source Selection Process
10. FOUO - C-5 AMP – Source Selection Evaluation
11. FOUO – C-5 AMP – Offeror Proposals
12. FOUO – Technical Evaluation
13. FOUO - C-5 AMP – Schedule Assessment
14. FOUO – C-5 AMP Performance Confidence Assessment Group (PCAG)
15. FOUO – C-5 AMP Contracts
16. FOUO – C-5 AMP – Price/Cost Factor
17. FOUO – C-5 AMP – Proposal Analysis Report
18. FOUO – C-5 AMP – Proposal Evaluation Comparison
19. FOUO - C-5 AMP – Best Value Analysis
20. FOUO – C-5 AMP – Source Selection Decision Document (21 Jan 99)
21. FOUO – C-5 AMP – Summary Determination

**CD 1 – Team Lead Review – C-5 Amp backup.TIF (file created 02/03/05)**

1. SAF/AQ Air Force Memo dated 25 Jan 98, to ASC/CC, subject: Delegation of Source Selection Authority for C-5 Avionics Modernization Program (AMP)
2. SAF/AQ Air Force Memo dated 26 Mar 98, to ASC/CC and SA-ALC/CC, subject: Source Selection Authority for the C-5 Avionics Modernization Program

3. FOUO – Section M. Evaluation Factors for Award F33567-98-R-0006, dated 11 May 98 from John Meyer and concurred by Darleen Druyun
4. Source Selection Sensitive – Memorandum for file dated 9 Oct 98 on RFP-F33657-98-R-0006, subject: Competitive Range Determination
5. FOUO – Actions Since Last SSAC (7 Oct 98 to Today and Beyond)
6. FOUO – C-5 AMP Source Selection –SSAC Final Review, 12 Nov 98, VTC 1030-1230 EST
7. FOUO – C-5 AMP Source Selection, 11/12/98, Final Evaluation Briefing
8. FOUO – C-5 AMP Source Selection – SSA Final Review, 17 Nov 98
9. FOUO – C-5 AMP – Source Selection Process
10. FOUO - C-5 AMP – Source Selection Evaluation

**CD 1 – Team Lead Review - WP Anomalies 24 Jan 05.doc (file created 02/03/05)**

ACS Anomaly #2 - C-5 AMP Source Selection Rating Changes

**CD 1 – Team Lead Review - WP anomalies Category A 26 Jan 05 final.doc (file created 02/03/05)**

Anomaly - C-5 AMP Source Selection Rating Changes

**CD 1 – Team Lead Review – WP anomalies.doc (file created 02/03/05)**

ACS Anomaly #3: C-5 AMP Source Selection Rating Changes

**CD 3 – C5AMP – C5_AMP_Alan.doc (file created 02/03/05)**

FOUO – Anomaly - C-5 AMP Source Selection Rating Changes

**CD 3 – C5AMP – C-5 AMP Backup.pdf**
1. SAF/AQ Air Force Memo dated 25 Jan 98, to ASC/CC, subject: Delegation of Source Selection Authority for C-5 Avionics Modernization Program (AMP)
2. SAF/AQ Air Force Memo dated 26 Mar 98, to ASC/CC and SA-ALC/CC, subject: Source Selection Authority for the C-5 Avionics Modernization Program
3. FOUO – Section M. Evaluation Factors for Award F33567-98-R-0006, dated 11 May 98 from John Meyer and concurred by Darleen Druyun
4. Source Selection Sensitive – Memorandum for file dated 9 Oct 98 on RFP-F33657-98-R-0006, subject: Competitive Range Determination
5. FOUO – Actions Since Last SSAC (7 Oct 98 to Today and Beyond)
6. FOUO – C-5 AMP Source Selection –SSAC Final Review, 12 Nov 98, VTC 1030-1230 EST
7. FOUO – C-5 AMP Source Selection, 11/12/98, Final Evaluation Briefing
8. FOUO – C-5 AMP Source Selection – SSA Final Review, 17 Nov 98
9. FOUO – C-5 AMP – Source Selection Process
10. FOUO - C-5 AMP – Source Selection Evaluation
11. FOUO – C-5 AMP – Offeror Proposals

12. FOUO – Technical Evaluation
13. FOUO - C-5 AMP – Schedule Assessment
14. FOUO – C-5 AMP Performance Confidence Assessment Group (PCAG)
15. FOUO – C-5 AMP Contracts
16. FOUO – C-5 AMP – Price/Cost Factor
17. FOUO – C-5 AMP – Proposal Analysis Report
18. FOUO – C-5 AMP – Proposal Evaluation Comparison
19. FOUO - C-5 AMP – Best Value Analysis
20. FOUO – C-5 AMP – Source Selection Decision Document (21 Jan 99)
21. FOUO – C-5 AMP – Summary Determination

**CD 3 – C5 AMP – WP-SS-005 (98-C-0006) C5 AMP.doc**

FOUO - Assessment of a Source Selection - Tracking Number: WP-SS-005

**CD 3 – C5 AMP – A_listing.xls (file created 02/03/05)**

1. FOUO – Anomaly - C-5 AMP Source Selection Rating Changes
2. FOUO - Assessment of a Source Selection - Tracking Number: WP-SS-005
3. SAF/AQ Air Force Memo dated 25 Jan 98, to ASC/CC, subject: Delegation of Source Selection Authority for C-5 Avionics Modernization Program (AMP)
4. SAF/AQ Air Force Memo dated 26 Mar 98, to ASC/CC and SA-ALC/CC, subject: Source Selection Authority for the C-5 Avionics Modernization Program
5. FOUO – Section M. Evaluation Factors for Award F33567-98-R-0006, dated 11 May 98 from John Meyer and concurred by Darleen Druyun
6. Source Selection Sensitive – Memorandum for file dated 9 Oct 98 on RFP-F33657-98-R-0006, subject: Competitive Range Determination
7. FOUO – Actions Since Last SSAC (7 Oct 98 to Today and Beyond)
8. FOUO – C-5 AMP Source Selection –SSAC Final Review, 12 Nov 98, VTC 1030-1230 EST
9. FOUO – C-5 AMP Source Selection, 11/12/98, Final Evaluation Briefing
10. FOUO – C-5 AMP Source Selection – SSA Final Review, 17 Nov 98
11. FOUO – C-5 AMP – Source Selection Process
12. FOUO - C-5 AMP – Source Selection Evaluation
13. FOUO – C-5 AMP – Offeror Proposals
14. FOUO – Technical Evaluation
15. FOUO - C-5 AMP – Schedule Assessment
16. FOUO – C-5 AMP Performance Confidence Assessment Group (PCAG)
17. FOUO – C-5 AMP Contracts
18. FOUO – C-5 AMP – Price/Cost Factor
19. FOUO – C-5 AMP – Proposal Analysis Report
20. FOUO – C-5 AMP – Proposal Evaluation Comparison
21. FOUO - C-5 AMP – Best Value Analysis
22. FOUO – C-5 AMP – Source Selection Decision Document (21 Jan 99)
23. FOUO – C-5 AMP – Summary Determination

**CD 5 – Wright Patterson Documents – Table of Contents (Contracts Listing 26 Jan 05).xls (file created 03/18/05)**

Listing of C-5 contracts, actions taken, and tracking numbers

**CD 5 – Wright Patterson Documents – Source Selection Info (ABL-96-R-0001) and C-5 AMP (ABL-98-R-0006).pdf (file created 03/18/05)**

FOUO – Source Selection Information (Offerors, Successful Offeror, Involvement, Date of Decision Document, Anomalies)

**CD 5- Wright Patterson Documents – C-5 AMP Backup.pdf (file created 03/18/05)**

1. SAF/AQ Air Force Memo dated 25 Jan 98, to ASC/CC, subject: Delegation of Source Selection Authority for C-5 Avionics Modernization Program (AMP)
2. SAF/AQ Air Force Memo dated 26 Mar 98, to ASC/CC and SA-ALC/CC, subject: Source Selection Authority for the C-5 Avionics Modernization Program
3. FOUO – Section M. Evaluation Factors for Award F33567-98-R-0006, dated 11 May 98 from John Meyer and concurred by Darleen Druyun
4. Source Selection Sensitive – Memorandum for file dated 9 Oct 98 on RFP-F33657-98-R-0006, subject: Competitive Range Determination
5. FOUO – Actions Since Last SSAC (7 Oct 98 to Today and Beyond)
6. FOUO – C-5 AMP Source Selection –SSAC Final Review, 12 Nov 98, VTC 1030-1230 EST
7. FOUO – C-5 AMP Source Selection, 11/12/98, Final Evaluation Briefing
8. FOUO – C-5 AMP Source Selection – SSA Final Review, 17 Nov 98
9. FOUO – C-5 AMP – Source Selection Process
10. FOUO - C-5 AMP – Source Selection Evaluation
11. FOUO – C-5 AMP – Offeror Proposals
12. FOUO – Technical Evaluation
13. FOUO - C-5 AMP – Schedule Assessment
14. FOUO – C-5 AMP Performance Confidence Assessment Group (PCAG)
15. FOUO – C-5 AMP Contracts
16. FOUO – C-5 AMP – Price/Cost Factor
17. FOUO – C-5 AMP – Proposal Analysis Report
18. FOUO – C-5 AMP – Proposal Evaluation Comparison
19. FOUO - C-5 AMP – Best Value Analysis
20. FOUO – C-5 AMP – Source Selection Decision Document (21 Jan 99)
21. FOUO – C-5 AMP – Summary Determination

**CD 5 – Wright Patterson Documents – C5_AMP_Alan.doc (file created 03/18/05)**

Anomaly - C-5 AMP Source Selection Rating Changes

**CD 5 – Wright Patterson Documents - WP-CR-003 (98-C-0006 P90 C5 AMP).doc (file created 01/21/05)**

FOUO - Contract Re-structure Modification - Tracking Number: WP-CR-003

**CD 5 – Wright Patterson Documents - WP-CR-004 (98-C-0006 P10 C5 AMP).doc (file created 01/21/05)**

FOUO - Fee Determinations - Tracking Number: WP-**FD-004**

**CD 5 – Wright Patterson Documents - WP-CR-005 (98-C-0006 P16 C5 AMP).doc (file created 01/21/05)**

FOUO - Fee Determinations - Tracking Number: WP-FD-005

**CD 5 – Wright Patterson Documents - WP-CR-006 (98-C-0006 P40 C5 AMP).doc (file created 01/21/05)**

FOUO - Fee Determinations - Tracking Number: WP-FD-006

**CD 5 – Wright Patterson Documents - WP-CR-007 (98-C-0006 P56 C5 AMP).doc (file created 01/21/05)**

FOUO - Fee Determinations - Tracking Number: WP-FD-007

**CD 5 – Wright Patterson Documents - WP-CR-008 (98-C-0006 P76 C5 AMP).doc (file created 01/21/05)**

FOUO - Fee Determinations - Tracking Number: WP-FD-008

**CD 5 – Wright Patterson Documents - WP-CR-009 (98-C-0006 P92 C5 AMP).doc (file created 01/21/05)**

FOUO - Fee Determinations - Tracking Number: WP-FD-009

**CD 5 - Wright Patterson Documents – WP-FD 010 (02-C-2000 P11 C5 RERP).doc (file created 01/24/05)**

FOUO - Fee Determinations - Tracking Number: WP-FD-010

**CD 5 - Wright Patterson Documents – WP-FD 011 (02-C-2000 P21 C5 RERP).doc (file created 01/21/05)**

FOUO – Fee Determinations – Tracking Number: WP-FD-011

**CD 5 - Wright Patterson Documents – WP-FD 012 (02-C-2000 P30 C5 RERP).doc (file created 01/21/05)**

FOUO – Fee Determinations – Tracking Number: WP-FD-012

**CD 5 - Wright Patterson Documents – WP-FD 013 (02-C-2000 P33 C5 RERP.doc (file created 01/24/05)**

FOUO – Fee Determinations – Tracking Number: WP-FD-013

**CD 5 - Wright Patterson Documents – WP-JA 030 (01-C-2083 C5 RERP).doc (file created 01/21/05)**

FOUO – J&A Review – Tracking Number: WP-JA-030

**CD 5 – Wright Patterson Documents – WP-JA 031 (02-C-2000 C5 RERP).doc (file created 01/21/05)**

FOUO – J&A Review – Tracking Number: WP-JA-031

**CD 5 – Wright Patterson Documents – WP-SS 005 (98-C-0006 C5 AMP).doc (file created 01/21/05)**

FOUO – Assessment of a Source Selection – Tracking Number: WP-SS-005

**CD 6 – Acquisition Packages Report (FY 1999).pdf (file created 03/18/2005)**

FOUO – Acquisition Packages Report – FY 1999 (as of 9 November 2004)

**CD 6 – Acquisition Packages Report (FY 2000).pdf (file created 03/18/2005)**

FOUO – Acquisition Packages Report – FY 2000 (as of 17 November 2004)

**CD 8 – Druyun Study Team - Complete Contract Listing.xls (file created 12/06/04)**

C-5 Drop in Maintenance and Engineering Services at SMC-LAFB- Action, Program, dollar value, who signed, documentation available, POC

**CD 9 – Druyun Study Team - Complete Contract Listing.xls (file created 01/14/05)**

C-5 Drop in Maintenance and Engineering Services at SMC-LAFB- Action, Program, dollar value, who signed, documentation available, POC

**CD 9 – Druyun Study Team – WRJA038.TIF (file created 01/14/05)**

FOUO – J&A Review – Tracking Number WRJA038 - C-5 Drop in Maintenance – completed 12/15/04

**CD 9 – Druyun Study Team – WRJA039.TIF (file created 01/14/05)**

FOUO – J&A Review – Tracking Number WRJA039 - Engineering Services in Support of the C-5 – completed 12/15/04

**CD 10 – Druyun Study Team - Complete Contract Listing.xls (file created 01/7/05)**

C-5 Drop in Maintenance and Engineering Services at SMC-LAFB- Action, Program, dollar value, who signed, documentation available, POC

**CD 10 – Druyun Study Team – WRJA014.TIF (file created 01/07/05)**

FOUO – J& A Review - Tracking Number: WRJA014, C-5 Flight Safety Critical Spares, completed 12/14/04

**CD 10 – Druyun Study Team – WRJA027.TIF (file created 01/07/05)**

FOUO –Assessment of a Source Selection, Tracking Number: WRSS027, C-5 PDM, completed 12/14/04

**CD 10 – Druyun Study Team – WRJA038.TIF (file created 01/07/05)**

FOUO –J&A Review - Tracking Number: WRJA038, C-5 Drop in Maintenance – completed 12/14/04

**CD 10 – Druyun Study Team – WRJA039.TIF (file created 01/07/05)**

FOUO –J&A Review - Tracking Number: WRJA039, Engineering Services in Support of C-5 Aircraft, completed 12/15/04

**CD 11 – Report Products - Complete Contract Listing.xls (file created 01/27/05)**

C-5 Drop in Maintenance and Engineering Services at SMC-LAFB- Action, Program, dollar value, who signed, documentation available, POC

**CD 11 – Report Products – C-5 AMP Backup.pdf (file created 01/27/05)**

1. SAF/AQ Air Force Memo dated 25 Jan 98, to ASC/CC, subject: Delegation of Source Selection Authority for C-5 Avionics Modernization Program (AMP)
2. SAF/AQ Air Force Memo dated 26 Mar 98, to ASC/CC and SA-ALC/CC, subject: Source Selection Authority for the C-5 Avionics Modernization Program
3. FOUO – Section M. Evaluation Factors for Award F33567-98-R-0006, dated 11 May 98 from John Meyer and concurred by Darleen Druyun
4. Source Selection Sensitive – Memorandum for file dated 9 Oct 98 on RFP-F33657-98-R-0006, subject: Competitive Range Determination
5. FOUO – Actions Since Last SSAC (7 Oct 98 to Today and Beyond)

6. FOUO – C-5 AMP Source Selection –SSAC Final Review, 12 Nov 98, VTC 1030-1230 EST
7. FOUO – C-5 AMP Source Selection, 11/12/98, Final Evaluation Briefing
8. FOUO – C-5 AMP Source Selection – SSA Final Review, 17 Nov 98
9. FOUO – C-5 AMP – Source Selection Process
10. FOUO - C-5 AMP – Source Selection Evaluation
11. FOUO – C-5 AMP – Offeror Proposals
12. FOUO – Technical Evaluation
13. FOUO - C-5 AMP – Schedule Assessment
14. FOUO – C-5 AMP Performance Confidence Assessment Group (PCAG)
15. FOUO – C-5 AMP Contracts
16. FOUO – C-5 AMP – Price/Cost Factor
17. FOUO – C-5 AMP – Proposal Analysis Report
18. FOUO – C-5 AMP – Proposal Evaluation Comparison
19. FOUO - C-5 AMP – Best Value Analysis
20. FOUO – C-5 AMP – Source Selection Decision Document (21 Jan 99)
21. FOUO – C-5 AMP – Summary Determination

**CD 11 – Report Products – C5_AMP_Alan.doc (file created 01/27/05)**

FOUO – Anomaly - C-5 AMP Source Selection Rating Changes

**CD 11 – Report Products - Complete Contract Listing.xls (file created 01/27/05)**

C-5 Drop in Maintenance and Engineering Services at SMC-LAFB- Action, Program, dollar value, who signed, documentation available, POC

**CD 11 – Report Products - tronic.zip - Daily Sitrep – Sid -12-15-04.doc (file created 01/27/05)**

Druyun Study Team – Aircraft Maintenance Team - Daily Sitrep, 12/15/04

**CD 11 – Report Products - tronic.zip – Message re Request for docs and Druyun involvement.doc, 12/06/04 (file created 01/27/05)**

**CD 11 – Report Products - (file created 01/27/05)**

Report Draft-version 1.doc
Report Draft-version 2.doc
Report Draft-version 3.doc
Report Draft-version 3a.doc

**CD 11 – Druyun Study Team – C-5 Amp backup.TIF (file created 01/27/05)**

1. SAF/AQ Air Force Memo dated 25 Jan 98, to ASC/CC, subject: Delegation of Source Selection Authority for C-5 Avionics Modernization Program (AMP)

2. SAF/AQ Air Force Memo dated 26 Mar 98, to ASC/CC and SA-ALC/CC, subject: Source Selection Authority for the C-5 Avionics Modernization Program
3. FOUO – Section M. Evaluation Factors for Award F33567-98-R-0006, dated 11 May 98 from John Meyer and concurred by Darleen Druyun
4. Source Selection Sensitive – Memorandum for file dated 9 Oct 98 on RFP-F33657-98-R-0006, subject: Competitive Range Determination
5. FOUO – Actions Since Last SSAC (7 Oct 98 to Today and Beyond)
6. FOUO – C-5 AMP Source Selection –SSAC Final Review, 12 Nov 98, VTC 1030-1230 EST
7. FOUO – C-5 AMP Source Selection, 11/12/98, Final Evaluation Briefing
8. FOUO – C-5 AMP Source Selection – SSA Final Review, 17 Nov 98
9. FOUO – C-5 AMP – Source Selection Process
10. FOUO - C-5 AMP – Source Selection Evaluation
11. FOUO – C-5 AMP – Offeror Proposals

**CD 11 – Report Products – Synopsis of each WP Anomaly.doc (file created 01/27/05)**

**CD 11 – Report Products – Synopsis of each WP Anomaly 26 Jan.doc (file created 01/27/05)**

**CD 11 – Report Products – WP Anomalies 24 Jan 05.doc (file created 01/27/05)**

ACS Anomaly #2: C-5 AMP Source Selection Rating Changes

**CD 11 – Report Products – WP Anomalies Category A 26 Jan 05 final.doc (file created 01/27/05)**
Anomaly - C-5 AMP Source Selection Rating Changes

**CD 11 – Report Products - WP Anomalies Category A 26 Jan 05 final.doc (file created 01/27/05)**

ACS Anomaly #3: C-5 AMP Source Selection Rating Changes

**CD 11 – Report Products – WRJA014.TIF (file created 01/27/05)**

FOUO – J&A Review – Tracking Number WRAJ014, C-5 Flight Safety Critical Spares, completed 12/14/04

**CD 11 – Report Products – WRJA027.TIF (file created 01/27/05)**

FOUO –Assessment of a Source Selection, Tracking Number: WRSS027, C-5 PDM, completed 12/14/04

**CD 11 – Report Products – WRJA038.TIF (file created 01/27/05)**

FOUO –J&A Review - Tracking Number: WRJA038, C-5 Drop in Maintenance – completed 12/14/04

**CD 11 – Report Products – WRJA039.TIF (file created 01/27/05)**

FOUO –J&A Review - Tracking Number: WRJA039, Engineering Services in Support of C-5 Aircraft – completed 12/15/04

**CD 12 – Druyun Study Team – Complete Contract Listing.xls (file created 01/24/05)**

C-5 Drop in Maintenance and Engineering Services at SMC-LAFB- Action, Program, dollar value, who signed, documentation available, POC

**CD 12 – Druyun Study Team – Report Draft-Version 1.doc (file created 01/24/05)**

**CD 12 – Druyun Study Team – Alan Rev.doc (file created 01/24/05)**

Druyun Study - Aeronautical Systems Center (ASC) Contract Reviews; Team Report

**CD 12 – Druyun Study Team – WP anomalies 24 Jan 05.doc (file created 01/24/05)**

ACS Anomaly #2: C-5 AMP Source Selection Rating Changes

**CD 12 – Druyun Study Team – WP anomalies.doc (file created 01/24/05)**

ACS Anomaly #3: C-5 AMP Source Selection Rating Changes

**CD 12 – Druyun Study Team – WRJA014.TIF (file created 01/24/05)**

FOUO – J& A Review - Tracking Number: WRJA014, C-5 Flight Safety Critical Spares, completed 12/14/04

**CD 12 – Druyun Study Team – WRSS027.TIF (file created 01/24/05)**

FOUO –Assessment of a Source Selection, Tracking Number: WRSS027, C-5 PDM, completed 12/14/04

**CD 12 – Druyun Study Team – WRJA038.TIF (file created 01/24/05)**

FOUO –J&A Review - Tracking Number: WRJA038, C-5 Drop in Maintenance – completed 12/14/04

**CD 12 – Druyun Study Team – WRJA039.TIF (file created 01/24/05)**

FOUO –J&A Review - Tracking Number: WRJA039, Engineering Services in Support of C-5 Aircraft – completed 12/15/04

**CD 13 – Druyun Study Team – Complete Contract Listing.xls (file created 01/21/05)**

C-5 Drop in Maintenance and Engineering Services at SMC-LAFB- Action, Program, dollar value, who signed, documentation available, POC

**CD 13 – Druyun Study Team – Alan Rev.doc (file created 01/21/05)**

Druyun Study - Aeronautical Systems Center (ASC) Contract Reviews; Team Report

**CD 13 – Druyun Study Team – WP anomalies.doc (file created 01/24/05)**

ACS Anomaly #3: C-5 AMP Source Selection Rating Changes

**CD 13 – Druyun Study Team – WP anomalies.doc (file created 01/21/05)**

ACS Anomaly #3: C-5 AMP Source Selection Rating Changes

**CD 13 – Druyun Study Team – WRAJ014.TIF (file created 01/21/05)**

FOUO – J&A Review – Tracking Number WRAJ014, C-5 Flight Safety Critical Spares, completed 12/14/04

**CD 13 – Druyun Study Team – WRSS027.TIF (file created 01/21/05)**

FOUO –Assessment of a Source Selection, Tracking Number: WRSS027, C-5 PDM, completed 12/15/04

**CD 13 – Druyun Study Team – WRJA038.TIF (file created 01/21/05)**

FOUO –J&A Review - Tracking Number: WRJA038, C-5 Drop in Maintenance – completed 12/14/04

**CD 13 – Druyun Study Team – WRJA039.TIF (file created 01/21/05)**

FOUO –J&A Review - Tracking Number: WRJA039, Engineering Services in Support of C-5 Aircraft – completed 12/15/04

**CD 15 – C5AMP – C5_AMP_Alan.doc (file created 02/09/05)**

FOUO – Anomaly - C-5 AMP Source Selection Rating Changes

**CD 15 – Report Products – C-5 AMP Backup.pdf (file created 02/09/05)**

1. SAF/AQ Air Force Memo dated 25 Jan 98, to ASC/CC, subject: Delegation of Source Selection Authority for C-5 Avionics Modernization Program (AMP)

2. SAF/AQ Air Force Memo dated 26 Mar 98, to ASC/CC and SA-ALC/CC, subject: Source Selection Authority for the C-5 Avionics Modernization Program
3. FOUO – Section M. Evaluation Factors for Award F33567-98-R-0006, dated 11 May 98 from John Meyer and concurred by Darleen Druyun
4. Source Selection Sensitive – Memorandum for file dated 9 Oct 98 on RFP-F33657-98-R-0006, subject: Competitive Range Determination
5. FOUO – Actions Since Last SSAC (7 Oct 98 to Today and Beyond)
6. FOUO – C-5 AMP Source Selection –SSAC Final Review, 12 Nov 98, VTC 1030-1230 EST
7. FOUO – C-5 AMP Source Selection, 11/12/98, Final Evaluation Briefing
8. FOUO – C-5 AMP Source Selection – SSA Final Review, 17 Nov 98
9. FOUO – C-5 AMP – Source Selection Process
10. FOUO - C-5 AMP – Source Selection Evaluation
11. FOUO – C-5 AMP – Offeror Proposals
12. FOUO – Technical Evaluation
13. FOUO - C-5 AMP – Schedule Assessment
14. FOUO – C-5 AMP Performance Confidence Assessment Group (PCAG)
15. FOUO – C-5 AMP Contracts
16. FOUO – C-5 AMP – Price/Cost Factor
17. FOUO – C-5 AMP – Proposal Analysis Report
18. FOUO – C-5 AMP – Proposal Evaluation Comparison
19. FOUO - C-5 AMP – Best Value Analysis
20. FOUO – C-5 AMP – Source Selection Decision Document (21 Jan 99)
21. FOUO – C-5AMP – Summary Determination

**CD 15 – Druyun Study Report – WP-SS-005 (98-C-0006 C5 AMP).doc (file created 02/09/05)**

FOUO - Assessment of a Source Selection – Tracking Number WP-SS-005

**CD 15 – Druyun Study Report - C5_AMP_Alan-Jan 31).doc (file created 02/09/05)**

Anomaly - C-5 AMP Source Selection Rating Changes

**CD 15 – Druyun Study Report - AnomalyListing.xls (file created 02/09/05)**

1. FOUO – Anomaly - C-5 AMP Source Selection Rating Changes
2. FOUO – Assessment of a Source Selection - Tracking Number: WP-SS-005
3. SAF/AQ Air Force Memo dated 25 Jan 98, to ASC/CC, subject: Delegation of Source Selection Authority for C-5 Avionics Modernization Program (AMP)
4. SAF/AQ Air Force Memo dated 26 Mar 98, to ASC/CC and SA-ALC/CC, subject: Source Selection Authority for the C-5 Avionics Modernization Program
5. FOUO – Section M. Evaluation Factors for Award F33567-98-R-0006, dated 11 May 98 from John Meyer and concurred by Darleen Druyun
6. Source Selection Sensitive – Memorandum for file dated 9 Oct 98 on RFP-F33657-98-R-0006, subject: Competitive Range Determination

7. FOUO – Actions Since Last SSAC (7 Oct 98 to Today and Beyond)
8. FOUO – C-5 AMP Source Selection –SSAC Final Review, 12 Nov 98, VTC 1030-1230 EST
9. FOUO – C-5 AMP Source Selection, 11/12/98, Final Evaluation Briefing
10. FOUO – C-5 AMP Source Selection – SSA Final Review, 17 Nov 98
11. FOUO – C-5 AMP – Source Selection Process
12. FOUO - C-5 AMP – Source Selection Evaluation
13. FOUO – C-5 AMP – Offeror Proposals
14. FOUO – Technical Evaluation
15. FOUO - C-5 AMP – Schedule Assessment
16. FOUO – C-5 AMP Performance Confidence Assessment Group (PCAG)
17. FOUO – C-5 AMP Contracts
18. FOUO – C-5 AMP – Price/Cost Factor
19. FOUO – C-5 AMP – Proposal Analysis Report
20. FOUO – C-5 AMP – Proposal Evaluation Comparison
21. FOUO - C-5 AMP – Best Value Analysis
22. FOUO – C-5 AMP – Source Selection Decision Document (21 Jan 99)
23. FOUO – C-5 AMP – Summary Determination

**CD 17 – Druyun Study Team - Complete Contract Listing.xls (file created 12/06/04)**

C-5 Drop in Maintenance and Engineering Services at SMC-LAFB- Action, Program, dollar value, who signed, documentation available, POC

**CD 18 – Enclosure 1.ppt to Ms. Sallie Flavin's Congressional Testimony (file created 03/15/05)**

**CD 19 – Druyun Study Team – Category Anomalies.ppt (file created 01/28/05)**

One chart titled - C-5 Avionics Modernization Program Award to Lockheed (1998 – 1999)

**CD 19 – C5AMP – C5_AMP_Alan.doc (file created 01/28/05)**

FOUO – Anomaly - C-5 AMP Source Selection Rating Changes

**CD 19 – Report Products – C-5 AMP Backup.pdf (file created 01/28/05)**

1. SAF/AQ Air Force Memo dated 25 Jan 98, to ASC/CC, subject: Delegation of Source Selection Authority for C-5 Avionics Modernization Program (AMP)
2. SAF/AQ Air Force Memo dated 26 Mar 98, to ASC/CC and SA-ALC/CC, subject: Source Selection Authority for the C-5 Avionics Modernization Program
3. FOUO – Section M. Evaluation Factors for Award F33567-98-R-0006, dated 11 May 98 from John Meyer and concurred by Darleen Druyun
4. Source Selection Sensitive – Memorandum for file dated 9 Oct 98 on RFP-F33657-98-R-0006, subject: Competitive Range Determination

5. FOUO – Actions Since Last SSAC (7 Oct 98 to Today and Beyond)
6. FOUO – C-5 AMP Source Selection –SSAC Final Review, 12 Nov 98, VTC 1030-1230 EST
7. FOUO – C-5 AMP Source Selection, 11/12/98, Final Evaluation Briefing
8. FOUO – C-5 AMP Source Selection – SSA Final Review, 17 Nov 98
9. FOUO – C-5 AMP – Source Selection Process
10. FOUO - C-5 AMP – Source Selection Evaluation
11. FOUO – C-5 AMP – Offeror Proposals
12. FOUO – Technical Evaluation
13. FOUO - C-5 AMP – Schedule Assessment
14. FOUO – C-5 AMP Performance Confidence Assessment Group (PCAG)
15. FOUO – C-5 AMP Contracts
16. FOUO – C-5 AMP – Price/Cost Factor
17. FOUO – C-5 AMP – Proposal Analysis Report
18. FOUO – C-5 AMP – Proposal Evaluation Comparison
19. FOUO - C-5 AMP – Best Value Analysis
20. FOUO – C-5 AMP – Source Selection Decision Document (21 Jan 99)
21. FOUO – C-5AMP – Summary Determination

**CD 19 – Druyun Study Report – WP-SS-005 (98-C-0006 C5 AMP).doc (file created 01/28/05)**

FOUO - Assessment of a Source Selection – Tracking Number WP-SS-005

**CD 19 – Druyun Study Team - Complete Contract Listing.xls (file created 01/28/04)**

C-5 Drop in Maintenance and Engineering Services at SMC-LAFB- Action, Program, dollar value, who signed, documentation available, POC

**CD 19 – Druyun Study Team – WRSS027.TIF (file created 01/12/05)**

FOUO –Assessment of a Source Selection, Tracking Number: WRSS027, C-5 PDM, completed 12/15/04

**CD 19 – Druyun Study Team – Report Drafts (files created 01/28/05)**

Report Draft-version 1.doc
Report Draft-version 2.doc
Report Draft-version 3.doc
Report Draft-version 3a.doc
Report Draft-version 3b.doc
Report Draft-version 4.doc

**CD 20 – C5AMP – C5_AMP_Alan.doc (file created 02/18/05)**

FOUO – Anomaly - C-5 AMP Source Selection Rating Changes

**CD 20 – C5AMP – C-5 AMP Backup.pdf (file created 02/18/05)**

1. SAF/AQ Air Force Memo dated 25 Jan 98, to ASC/CC, subject: Delegation of Source Selection Authority for C-5 Avionics Modernization Program (AMP)
2. SAF/AQ Air Force Memo dated 26 Mar 98, to ASC/CC and SA-ALC/CC, subject: Source Selection Authority for the C-5 Avionics Modernization Program
3. FOUO – Section M. Evaluation Factors for Award F33567-98-R-0006, dated 11 May 98 from John Meyer and concurred by Darleen Druyun
4. Source Selection Sensitive – Memorandum for file dated 9 Oct 98 on RFP-F33657-98-R-0006, subject: Competitive Range Determination
5. FOUO – Actions Since Last SSAC (7 Oct 98 to Today and Beyond)
6. FOUO – C-5 AMP Source Selection –SSAC Final Review, 12 Nov 98, VTC 1030-1230 EST
7. FOUO – C-5 AMP Source Selection, 11/12/98, Final Evaluation Briefing
8. FOUO – C-5 AMP Source Selection – SSA Final Review, 17 Nov 98
9. FOUO – C-5 AMP – Source Selection Process
10. FOUO - C-5 AMP – Source Selection Evaluation
11. FOUO – C-5 AMP – Offeror Proposals
12. FOUO – Technical Evaluation
13. FOUO - C-5 AMP – Schedule Assessment
14. FOUO – C-5 AMP Performance Confidence Assessment Group (PCAG)
15. FOUO – C-5 AMP Contracts
16. FOUO – C-5 AMP – Price/Cost Factor
17. FOUO – C-5 AMP – Proposal Analysis Report
18. FOUO – C-5 AMP – Proposal Evaluation Comparison
19. FOUO - C-5 AMP – Best Value Analysis
20. FOUO – C-5 AMP – Source Selection Decision Document (21 Jan 99)
21. FOUO – C-5AMP – Summary Determination

**CD 20 – C5AMP – WP-SS-005 (98-C-0006 C5 AMP).doc (file created 02/18/05)**

FOUO - Assessment of a Source Selection – Tracking Number WP-SS-005

**CD 20 – C5AMP – A_listing.xls (file created 02/18/05)**

1. FOUO – Anomaly - C-5 AMP Source Selection Rating Changes
2. FOUO - Assessment of a Source Selection - Tracking Number: WP-SS-005
3. SAF/AQ Air Force Memo dated 25 Jan 98, to ASC/CC, subject: Delegation of Source Selection Authority for C-5 Avionics Modernization Program (AMP)
4. SAF/AQ Air Force Memo dated 26 Mar 98, to ASC/CC and SA-ALC/CC, subject: Source Selection Authority for the C-5 Avionics Modernization Program
5. FOUO – Section M. Evaluation Factors for Award F33567-98-R-0006, dated 11 May 98 from John Meyer and concurred by Darleen Druyun
6. Source Selection Sensitive – Memorandum for file dated 9 Oct 98 on RFP-F33657-98-R-0006, subject: Competitive Range Determination

7. FOUO – Actions Since Last SSAC (7 Oct 98 to Today and Beyond)
8. FOUO – C-5 AMP Source Selection –SSAC Final Review, 12 Nov 98, VTC 1030-1230 EST
9. FOUO – C-5 AMP Source Selection, 11/12/98, Final Evaluation Briefing
10. FOUO – C-5 AMP Source Selection – SSA Final Review, 17 Nov 98
11. FOUO – C-5 AMP – Source Selection Process
12. FOUO - C-5 AMP – Source Selection Evaluation
13. FOUO – C-5 AMP – Offeror Proposals
14. FOUO – Technical Evaluation
15. FOUO - C-5 AMP – Schedule Assessment
16. FOUO – C-5 AMP Performance Confidence Assessment Group (PCAG)
17. FOUO – C-5 AMP Contracts
18. FOUO – C-5 AMP – Price/Cost Factor
19. FOUO – C-5 AMP – Proposal Analysis Report
20. FOUO – C-5 AMP – Proposal Evaluation Comparison
21. FOUO - C-5 AMP – Best Value Analysis
22. FOUO – C-5 AMP – Source Selection Decision Document (21 Jan 99)
23. FOUO – C-5 AMP – Summary Determination

**NOTES:**

1. Many of these indexed documents are marked **FOR OFFICIAL USE ONLY** and are indicated with a "FOUO" in the index.
2. Many of these documents are repetitive – but listed because the file creation dates were different and found in different locations.

Page 34 of 41

Secretary of the Air Force, Assistant Secretary (Acquisition), Deputy Assistant Secretary (Contracting) "SAF/AQC" Materials on DoD-IG C-5 AMP Report

| Date | Document | From | To | Subject | |
|---|---|---|---|---|---|
| 21 Dec 2005 | Draft of Proposed Report | DoD Office of Inspector General | Asst SECAF Financial Mgmt & Comptroller and Acquisition | Draft Report on Source Selection Procedures for the C-5 Avionics Modernization Program Project No. D2005-D000FP-0174 | |
| 12 Jan 2006 | Unsigned Staff Summary Sheet | SAF/AQC Col. William D. McKinney | SAF/ACE, GCQ, AQQ, OS, AQ | Draft Audit Report, Dated 21 Dec 05, Project No. D2005-D000FP-0174 | |
| 19 Jan 2006 | Signed Staff Summary Sheet | SAF/AQC Col William D. McKinney | AFPEO/AC, SAF/AQQ, GCQ, ACE, OS, AQ | Draft Audit Report, Dated 21 Dec 05, Project No. D2005-D000FP-0174 | |
| 20 Jan 2006 | Signed Staff Summary Sheet | SAF/AQC Col William D. McKinney | AFPEO/AC, SAF/AQQ, GCQ, ACE, OS, AQ | Draft Audit Report, Dated 21 Dec 05, Project No. D2005-D000FP-0174 | |
| 1 Feb 2006 | SAF/AQC Correspondence Control Sheet | Lt Col Julian Thrash | Associate DAS for Coord | Draft Audit Report, Dated 21 Dec 05, Project No. D 2005-D000FP-0174 | |
| 3 Feb 2006 | Memorandum | Lt. Gen Donald J. Hoffman, SAF/AQ | DoD Inspector General Attn: Deputy Inspector General for Auditing | AF Response on Draft Audit Report, Dated 21 Dec 05, Project No. D2005-D000FP-0174 | |
| 28 Feb 2006 | Report | DoD/ IG | Asst SECAF(Financial Management and Comptroller & Asst SECAF Acquisition | Report on the Source Selection Procedures for the C-5 Avionics Modernization Program (D- | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | 2006-58) | |
| | **Undated Documents** | **From** | **To** | **Subject** | |
| | Memorandum (Unsigned Draft Copy) | Col. William D. McKinney, SAF/AQC | SAF/AQ – Lt Gen Hoffman | Proposed Response Draft Audit Report, Dated 21 Dec 05, Source Selection Procedures for the C-5 Avionics Modernization Program (AMP) | |
| | Memorandum (Signed) | Col. William D. McKinney, SAF/AQC | SAF/AQ – Lt Gen Hoffman | Proposed Response on Draft Audit Report, Dated 21 Dec 05, Source Selection Procedures for the C-5 Avionics Modernization Program (AMP) | |
| | Draft ASC Issue Paper on C-5 AMP Source Selection Procedures | | | Reference "Draft Proposed Report, Source Selection Procedures for the C-5 Avionics Modernization Program, 21 Dec 05 Issues & Responses | |
| | ASC Issue Paper on C-5 AMP Source Selection (2 copies) | | | Reference "Draft Proposed Report, Source Selection Procedures for the C-5 Avionics Modernization Program, 21 Dec 05 Issues & Responses | |
| | DoD Inspector General Discussion Draft of Proposed | | | Discussion Draft of a Proposed Report Project No. | |

| | | | | | |
|---|---|---|---|---|---|
| | Report on C-5 AMP Selection Procedures | | | D2005-D000FP-0174 | |
| | Unsigned Memorandum | Lt. General Donald J. Hoffman, Department of the Air Force Office of the Assistant Secretary | Department of Defense Inspector General Attn: Deputy Inspector General for Auditing | Draft Audit Report, Dated 21 Dec 05, Project No. D2005-D000FP-0174 | |
| | Draft Spread Sheet for Review of DoDIG's Discussion Draft | | | Draft Comment Resolution Matrix for review of DoDIG's Discussion Draft for C-5 AMP Source Selection Procedures | |

Department of Defense (DoD) Materials

| Date | Document | From | To | Subject | |
|---|---|---|---|---|---|
| 12 Nov 2004 | Memorandum | The Acting Under Secretary of Defense, Michael Wynne | Chairman, Defense Science Board | Terms of Reference – Defense Science Board Task Force on Management Oversight in Acquisition Organizations | |
| 17 Nov 2004 | Two E-Mail Messages | Lt Col Vincent Feck, OSD-ATL; Glenn Flood, OASD-PA | Ms Nancy Dowling, OSD-ATL; Lt. Col. Vincent Feck, OSA-ATL | 1109 Mike Wynne Roundtable.doc (looking into procurement reforms initiated by Darleen Duruy | |
| 30 Nov 2004 | E-Mail | Sallie Flavin (DCMA DEP DIR) | Col Dave McKinney SAF/AQCK; Lt Col Julian Thrash SAF/AQCK, courtesy copy Col Anthony Incorvati, USA; Janet Carlson, Marilyn Scott-Perez, Charlie E. Williams, SES SAF/AQC; Ms Nancy Dowling OSD-ATL | POCs (Orientation for Study) | |
| 30 Nov 2004 | E-Mail | Col Dave McKinney SAF/AQCK | Sallie Flavin, DCMA DEP.DIR); Lt Col Julian Thrash SAF/AQCK, courtesy copy Col Anthony Incorvati, USA; Janet Carlson, Marilyn Scott-Perez, Charlie E. Williams, SES SAF/AQC; Ms Nancy Dowling OSD-ATL | POCs (reply to earlier e-mail message) | |
| 30 Nov 2004 | E-Mail | Sallie Flavin, (DCMA DEP.DIR) | Col Dave McKinney SAF/AQCK; Lt Col Julian Thrash SAF/AQCK, courtesy copy Col Anthony Incorvati, USA; Janet Carlson, Marilyn Scott- | POCs Orientation Week | |

| | | | | | |
|---|---|---|---|---|---|
| | | | Perez, Charlie E. Williams, SES SAF/AQC; Ms Nancy Dowling OSD-ATL | | |
| 3 Dec 2004 | E-Mail | Col Dave McKinney SAF/AQCK | Sallie Flavin, (DCMA DEP.DIR) courtesy copy Charlie E. Williams, SES SAF/AQC; Col Dave McKinney SAF/AQCK; Col Anthony Incorvati, USA; Ms Nancy Dowling OSD-ATL; Janet Carlson; Marilyn Scott-Perez; Lt Col Julian Thrash SAF/AQCK; Col Gray Coyner SAF/AQC | POC's (Our work to support your review teams next week is coming together) | |
| 3 Dec 2004 | E-Mail | Sallie Flavin, (DCMA DEP. DIR) | Col Dave McKinney SAF/AQCK courtesy copy Charlie E. Williams, SES SAF/AQC; Col Dave McKinney SAF/AQCK; Col Anthony Incorvati, USA; Ms Nancy Dowling OSD-ATL; Janet Carlson; Marilyn Scott-Perez; Lt Col Julian Thrash SAF/AQCK; Col Gray Coyner SAF/AQC | POC's (attachment (Outline.doc) | |
| 12 Jan 2005 | E-Mail | Lt Col Vincent Feck OSD-ATL | Ms Nancy Dowling OSD-ATL | Fwd: OSD Druyun Study Notification (Attachment: Acting USD(AT&L) Memo on Druyun Study 10 Dec 04 | |
| 19 Jan 2005 | E-Mail | Sallie Flavin (DCMA DEP.DIR) | Deidre Lee, SES, OSD-ATL; courtesy copy Lt Col Vincent Feck OSD-ATL; Ms Nancy Dowling OSD-ATL; Col Anthony Incorvati, USA | Dates for Druyun briefings | |
| 19 Jan 2005 | E-Mail | Lt Col Vincent Feck, OSD-ATL | Laura Perritt, OSD-ATL, Nancy Dowling, OSD-ATL; Vincent Feck, Lt. Col, OSD-ATL | Transcript of SECDEF's Statement on Druyun; Druyun timeline.pdf; Ethics – Darleen Druyun 1-19- | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | 05.doc; SAF_AQ-Org_Chart.PPT; OLD AQ Org Chart.PPT; Druyun Responsibilities-Attch.doc | |
| 19 Jan 2005 | E-Mail | Nancy Dowling, OSD-ATL | Lt. Col. Vincent Feck, OSD-ATL; Glenn Flood, OASD-PA; Daniel Nielsen, SES, OSD-ATL | Ethics Paper Transcript of SECDEF's statement on Druyun; Druyun timeline.pdf; Ethics – Darleen Druyun 1-19-05.doc; SAF_AQ-Org_Chart.PPT; OLD AQ Org Chart.PPT; Druyun Responsibilities-Attch.doc | |
| 27 Jan 2005 | E-Mail (Forwarded) | Deidre Lee, SES OSD-ATL | Ms Nancy Dowling OSD-ATL | AF Brief forwarding e-mail message dated 26 Jan 2005 from Honorable Michael Wynne, OSD-ATL to Ms. Sallie Flavin and others, and e-mail message dated 26 Jan 2005 from Ms. Flavin to Honorable Michael Wynne, OSD-ATL and others on AF Briefing | |
| 27 Jan 2005 | E-Mail | Deidre Lee, SES OSD-ATL | Michael Wynne, Hon, OSD-ATL; courtesy copy Capt William Porter, OSD-ATL; Lt Col Vincent Feck, OSD-ATL; Lt Col Newman Shufflebarger, OSD-ATL; Mrs. Sallie Flavin, DCMA; BGen Darryl Scott, DCMA; Lt Col Esther Swartz, OSD-LA; Ms Nancy Dowling, OSD-ATL | Sallie Flavin's briefing today | |

| | | | | | |
|---|---|---|---|---|---|
| 27 Jan 2005 | E-Mail | Ms Nancy Dowling, OSD-ATL | Lt Col Vincent Feck, OSD-ATL; courtesy copy Daniel Nielsen, SES, OSD-ATL; Ms Nancy Dowling, OSD-ATL | Sallie Flavin's briefing today Attachment BOEING REPLY.doc; Sec Def Issue MEMO 27 Jan.doc | |
| 1 Feb 2005 | E-Mail | Ms Nancy Dowling, OSD-ATL; | Lt Col Esther Swartz, OSD-LA; Mr Charles Bidwell, DoD OGC; Col Anthony Incorvati, USA; Mrs. Lisa Davis OSD-ATL; Mr Brian Hughes, OSD-ATL; CIV Glenn Flood, OASD-PA; Marilyn Scott-Perez; Lt Col Jill Stiglich SAF/LLP; courtesy copy Mr. Douglas Larsen, DoD OGC; Lt Col Vincent Feck, OSD-ATL; Deidre Lee, SES, OSD-ATL; Sallie Flavin (DCMA DEP. DIR); Daniel Nielsen, SES, OSD-ATL | RE: SecDef Info Memo and Related Documents | |
| 1 Feb 2005 | E-Mail | Sallie Flavin (DCMA DEP.DIR) | Ms Nancy Dowling, OSD-ATL; courtesy copy Marilyn Scott-Perez, Col Anthony Incorvati, USA | RE: SecDef Info Memo and Related Documents | |
| 2 Feb 2005 | The Druyun Study Briefing to Mr. Michael Wynne | Presented by Mrs. Sallie Flavin, Lead, Study Team | To Mr. Michael Wynne | The Druyun Study Briefing To Mr. Michael Wynne Presented by Mrs. Sallie Flavin, Lead Study Team | |
| 3 Feb 2005 | E-Mail | Ms Nancy Dowling, OSD-ATL | Ms Deborah Grinkley, OSD-ATL | No subject Matter Line; Attachments Flavin Druyun_Final_Rev2.ppt; Flavin QAs.doc | |
| 11 Feb 2005 | 11 Feb 2005 | Mr. Michael Wynne, The Acting Under | Inspector General of the Department of Defense | Referral of Contracts for Review | |

| | | | | | |
|---|---|---|---|---|---|
| | | Secretary of Defense | | | |
| March 2005 | Report | Defense Science Board Task Force | Under Secretary of Defense (Acquisition, Technology, & Logistics) | Final Report of the Defense Science Board (DSB) Task Force on Management Oversight in Acquisition Organizations | |
| 15 Mar 2005 | Testimonial Document 15 March 2005 | Ms. Sallie Flavin, Team Lead, Druyun Study, Deputy Director, Defense Contract Management Agency | Before The United States Senate Committee on Armed Services Subcommittee on Airland | Testimony of Ms Sallie H. Flavin, Team Lead, Druyun Study | |
| | | | | | |
| 23 Jan 2006 | E-Mail | Ms. Nancy Dowling, OSD-ATL | Mr. Daniel Nielsen, OSD-ATL; courtesy copy Mr. Verne McKamey, OSD-ATL; Mr. Michael Pelkey, OSD-ATL; Ms Sandra Haberlin, OSD-ATL; Mr Curtis Craig, OSD-ATL; Mr Skip Hawthorne, OSD-ATL; Ms Barbara Glotfelty, OSD-ATL; Ms Susan Hildner, OSD-ATL | DoDIG Reports (Follow-up 24 January 2006) Attch: C-5 Draft Report | |
| 31Mar 2006 | E-Mail | Lt Col Esther Swartz, OSD-LA | Col Theodore Jennings, OSD-ATL; William Porter, Capt, OSD-ATL; courtesy copy Ms Lyndi Balven, OSD-ATL; Genna Sankin, CTR, OSD-ATL; LtC Robert Jarrett, OSD-ATL; Mr. Daniel Nielsen, OSD-ATL; Mr. Domenico Cipicchio, OSD-ATL; Ms. Nancy Dowling, OSD-ATL; | Wash.Post on D. Druyun improper contracts and IG findings | |