# In the United States Court of Federal Claims

**No. 06-396C**
**(Filed: March 3, 2008)**

| | |
|---|---|
| **L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P.,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant,** | * |
| **and** | * |
| **LOCKHEED MARTIN AERONAUTICS COMPANY,** | * |
| **Intervenor.** | * |

## SCHEDULING ORDER

On February 29, 2008, the Court held a status conference in this proceeding. The Court ORDERS the following:

1. Defendant and Intervenor shall file their responses to Plaintiff's motion to supplement the administrative record no later than **March 31, 2008.**

2. Plaintiff shall file its reply to Defendant's and Intervenor's responses no later than **April 21, 2008.**

3. The Court will hold a telephonic oral argument on Plaintiff's motion on **April 29, 2008 at 11:00 a.m., ET.**

4.The Court will hold a status conference on **April 15, 2008 at 11:00 a.m., ET.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**