# In the United States Court of Federal Claims

**No. 06-396C**
**(Filed: April 15, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and**

**LOCKHEED MARTIN AERONAUTICS COMPANY,**

**Intervenor.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## SCHEDULING ORDER

---

On April 15, 2008**,** the Court held a status conference in this proceeding. The Court ORDERS the following:

1. Defendant shall file its motion to dismiss no later than **April 25, 2008.**

2. Plaintiff shall file its response to Defendant's motion no later than **May 16, 2008.**

3. Defendant shall file its reply no later than **June 3, 2008.**

4. The Court will hold a telephonic oral argument on Defendant's motion to dismiss on **June 17, 2008 at 11:00 a.m., ET.**

5. The Court stays Plaintiff's motion to supplement the administrative record, pending resolution of Defendant's motion to dismiss. Accordingly, the Court suspends the deadline for filing Plaintiff's reply brief and the oral argument on Plaintiff's motion until further order of the Court.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**