# APPENDIX

STATE OF TEXAS §
§
COUNTY OF DALLAS §

**AFFIDAVIT OF PAUL W. SEARLES**

Before me, the undersigned authority, on this day personally appeared Paul W. Searles who, being by me duly sworn, did state as follows:

1. My name is Paul W. Searles. I am over 21 years of age and am competent to give this affidavit. I have personal knowledge of the facts set forth herein.

2. I am a partner in the law firm of Haynes and Boone, LLP, which represents L-3 Communications Integrated Systems L.P. in the action numbered 06-396C before the U.S. Court of Federal Claims.

3. This affidavit is being made to authenticate certain email communications between the undersigned and U.S. Air Force counsel Bryan O'Boyle surrounding oral discussions of L-3's status as an interested party.

4. Attached hereto are true and correct copies of the following items of correspondence:

*Attachment A:* Email exchange between Paul Searles and Bryan O'Boyle on February 5, 2008;

*Attachment B:* Email from Bryan O'Boyle to Paul Searles on February 6, 2008; and

*Attachment C:* Email exchange between Paul Searles and Bryan O'Boyle on February 7, 2008.

Paul W. Searles

STATE OF TEXAS §
§
COUNTY OF DALLAS §

BEFORE ME, the undersigned authority, on this day personally appeared Paul W. Searles, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purpose therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this 14th day of May 2008.

M. Catherine Perry
Notary Public in and for the
State of Texas

My commission expires:

June 6, 2011

M. CATHERINE PERRY
Notary Public, State of Texas
My Commission Expires
June 06, 2011

# Attachment A

**Searles, Paul W.**

**From:** O'Boyle Bryan Civ AFLOA/JACQ [Bryan.OBoyle@pentagon.af.mil]
**Sent:** Tuesday, February 05, 2008 9:26 AM
**To:** Searles, Paul W.
**Subject:** RE: C-130 AMP

Paul, How long is the Asset Purchase Agreement? Can you send me the entire Asset Purchase Agreement, bill of sale, and letter agreement? BRYAN O'BOYLE, Senior Trial Attorney, Air Force Legal Operations Agency, Commercial Litigation Division (703-696-9080) bryan.oboyle@pentagon.af.mil

-----Original Message-----
From: Searles, Paul W. [mailto:Paul.Searles@haynesboone.com]
Sent: Tuesday, February 05, 2008 10:09 AM
To: O'Boyle Bryan Civ AFLOA/JACQ
Subject: C-130 AMP

Bryan,

Below is the excerpt from L-3's agency-level protest that I mentioned during our call.. The exhibit described in footnote 1 is attached.

I'll be waiting for your call at 1430 EST.

Paul

---

Paul W. Searles
Haynes and Boone, LLP
901 Main Street, Suite 3100
Dallas, Texas 75202
www.haynesboone.com <http://www.haynesboone.com/>

paul.searles@haynesboone.com
214.651.5197 tel
214.200.0705 fax
214.675.8258 mobile

A. Interested Party

L-3 is an interested party and has standing to bring this protest. L-3 was an actual offeror (through its then Aircraft Integration Systems ("AIS") business unit) whose direct economic interest was affected by the agency's decision to award the C-130 AMP contract to Boeing. At the time it submitted its proposal, L-3's AIS business unit was a part of the Raytheon Company. But, on March 8, 2002, Raytheon sold to L-3 Communications Corporation all rights, interests, causes of action, liabilities and assets in general used by AIS in the pursuit and performance of its business, including those that would have been used to perform the C-130 AMP contract, had Raytheon been selected as the awardee.[1] <outbind://56/#_ftn1> Thus, L-3 is the successor in interest to Raytheon's participation in the C-130 AMP competition, and accordingly is an interested party for purposes of this protest.[2] <outbind://56/#_ftn2> L-3 remains extremely interested in the C-130 AMP program, is intent upon securing any portions of the C-130 AMP contract work that should have been awarded to it in the original competition, and would compete in any resolicitation of the C-130 AMP program.

---

[1] <outbind://56/#_ftnref1> See Attachment 1 hereto, which includes relevant portions of the Asset Purchase Agreement executed between Raytheon and L-3 on March 8, 2002.

[2] <outbind://56/#_ftnref2> See J.I. Case Co., Comp. Gen. Dec. B-239178, 90-2 CPD ¶ 108 (finding that the appropriate standard to establish "real party in interest" status is whether the transfer is "to a legal entity which is the complete successor in interest to the bidder or offeror by virtue of merger, corporate reorganization, the sale of an entire business or the sale of an entire portion of a business embraced by the bid or proposal.") (citations omitted); see also Mar, Inc., WHECO Corp.; Jensco Marine, Inc., Comp. Gen. Dec. B-278929.2, B-278929.4, B-278929.5, B-278929.6, 98-2 CPD ¶ 92 (finding agency properly awarded a contract to successor in interest to offeror where successor in interest acquired offeror's entire business, including that portion embraced by the proposal, and there was no evidence of a sham transaction); Keco Indus., Inc., Comp. Gen. Dec. B-207,224, 82-2 CPD ¶ 165 (upholding award to successor in interest where transfer of a division of one company to another included all rights, properties and assets that would have been employed to perform the contract).

CONFIDENTIALITY NOTICE

This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

# Attachment B

**Searles, Paul W.**

**From:** O'Boyle Bryan Civ AFLOA/JACQ [Bryan.OBoyle@pentagon.af.mil]
**Sent:** Wednesday, February 06, 2008 8:12 AM
**To:** Searles, Paul W.
**Subject:** RE: C-130 AMP

Mr. Searles, Thanks. Can you also please send the following:

Schedule 1.1(b)(iii) Excluded Assets
Schedule 1.1(d)(iv) Excluded Agreements
Schedule 2.14 Omitted Assests
Schedule 5.1(f) Required Consents
Schedule 10.5 Bid Proposals

-----Original Message-----
From: Searles, Paul W. [mailto:Paul.Searles@haynesboone.com]
Sent: Tuesday, February 05, 2008 3:24 PM
To: O'Boyle Bryan Civ AFLOA/JACQ
Subject: RE: C-130 AMP

-----Original Message-----
From: O'Boyle Bryan Civ AFLOA/JACQ [mailto:Bryan.OBoyle@pentagon.af.mil]
Sent: Tuesday, February 05, 2008 9:26 AM
To: Searles, Paul W.
Subject: RE: C-130 AMP

Paul, How long is the Asset Purchase Agreement? Can you send me the entire Asset Purchase Agreement, bill of sale, and letter agreement? BRYAN O'BOYLE, Senior Trial Attorney, Air Force Legal Operations Agency, Commercial Litigation Division (703-696-9080) bryan.oboyle@pentagon.af.mil

-----Original Message-----
From: Searles, Paul W. [mailto:Paul.Searles@haynesboone.com]
Sent: Tuesday, February 05, 2008 10:09 AM
To: O'Boyle Bryan Civ AFLOA/JACQ
Subject: C-130 AMP

Bryan,

Below is the excerpt from L-3's agency-level protest that I mentioned during our call.. The exhibit described in footnote 1 is attached.

I'll be waiting for your call at 1430 EST.

Paul

---

Paul W. Searles
Haynes and Boone, LLP
901 Main Street, Suite 3100
Dallas, Texas 75202
www.haynesboone.com <http://www.haynesboone.com/>

paul.searles@haynesboone.com

214.651.5197 tel
214.200.0705 fax
214.675.8258 mobile

A. Interested Party

L-3 is an interested party and has standing to bring this protest. L-3 was an actual offeror (through its then Aircraft Integration Systems ("AIS") business unit) whose direct economic interest was affected by the agency's decision to award the C-130 AMP contract to Boeing. At the time it submitted its proposal, L-3's AIS business unit was a part of the Raytheon Company. But, on March 8, 2002, Raytheon sold to L-3 Communications Corporation all rights, interests, causes of action, liabilities and assets in general used by AIS in the pursuit and performance of its business, including those that would have been used to perform the C-130 AMP contract, had Raytheon been selected as the awardee.[1] <outbind://56/#_ftn1> Thus, L-3 is the successor in interest to Raytheon's participation in the C-130 AMP competition, and accordingly is an interested party for purposes of this protest.[2] <outbind://56/#_ftn2> L-3 remains extremely interested in the C-130 AMP program, is intent upon securing any portions of the C-130 AMP contract work that should have been awarded to it in the original competition, and would compete in any resolicitation of the C-130 AMP program.

---

[1] <outbind://56/#_ftnref1> See Attachment 1 hereto, which includes relevant portions of the Asset Purchase Agreement executed between Raytheon and L-3 on March 8, 2002.

[2] <outbind://56/#_ftnref2> See J.I. Case Co., Comp. Gen. Dec. B-239178, 90-2 CPD ¶ 108 (finding that the appropriate standard to establish "real party in interest" status is whether the transfer is "to a legal entity which is the complete successor in interest to the bidder or offeror by virtue of merger, corporate reorganization, the sale of an entire business or the sale of an entire portion of a business embraced by the bid or proposal.") (citations omitted); see also Mar, Inc., WHECO Corp.; Jensco Marine, Inc., Comp. Gen. Dec. B-278929.2, B-278929.4, B-278929.5, B-278929.6, 98-2 CPD ¶ 92 (finding agency properly awarded a contract to successor in interest to offeror where successor in interest acquired offeror's entire business, including that portion embraced by the proposal, and there was no evidence of a sham transaction); Keco Indus., Inc., Comp. Gen. Dec. B-207,224, 82-2 CPD ¶ 165 (upholding award to successor in interest where transfer of a division of one company to another included all rights, properties and assets that would have been employed to perform the contract).

CONFIDENTIALITY NOTICE

This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

# Attachment C

**Searles, Paul W.**

---

**From:** O'Boyle Bryan Civ AFLOA/JACQ [Bryan.OBoyle@pentagon.af.mil]
**Sent:** Thursday, February 07, 2008 3:16 PM
**To:** Searles, Paul W.
**Cc:** Ditalia, Peter M Civ AFMCLO/JAN; Vangsness, Kevin G CIV USAF 657 AESS/PK
**Subject:** RE: Contract No. FA8625-08-C-6480; Payment of C-130 AMP B&P Cost Claim

Mr. Searles, The information you provided resolved our concern. Thank you, BRYAN O'BOYLE, Senior Trial Attorney, Air Force Legal Operations Agency, Commercial Litigation Division (703-696-9080) bryan.oboyle@pentagon.af.mil

-----Original Message-----
From: Searles, Paul W. [mailto:Paul.Searles@haynesboone.com]
Sent: Thursday, February 07, 2008 3:01 PM
To: O'Boyle Bryan Civ AFLOA/JACQ
Subject: FW: Contract No. FA8625-08-C-6480; Payment of C-130 AMP B&P Cost Claim

Bryan,

Lee Estes hasn't heard back from Kevin Vangsness on the email below.

Do you now have what you need to release the payment?

Please let me know.

Paul

---

Paul W. Searles
Haynes and Boone, LLP
901 Main Street, Suite 3100
Dallas, Texas 75202
www.haynesboone.com <http://www.haynesboone.com/>

paul.searles@haynesboone.com
214.651.5197 tel
214.200.0705 fax
214.675.8258 mobile

---

From: lee.estes@L-3com.com [mailto:lee.estes@L-3com.com]
Sent: Thursday, February 07, 2008 11:26 AM
To: Searles, Paul W.
Subject: Fw: Contract No. FA8625-08-C-6480; Payment of C-130 AMP B&P Cost Claim

----- Original Message -----
From: Estes, WL Lee @ IS
To: 'Vangsness, Kevin G CIV USAF 657 AESS/PK' <Kevin.Vangsness@WPAFB.AF.MIL>
Sent: Wed Feb 06 13:39:27 2008
Subject: Contract No. FA8625-08-C-6480; Payment of C-130 AMP B&P Cost Claim

Kevin - - Now that we have provided Bryan O'Boyle the additional Asset

Purchase Agreement documents he requested, please advise as to when our DD-250/Invoice dated 28 January 2008 will be paid under the subject contract.

Thank you.

Lee Estes
Senior Counsel
Director, Contracts
L-3 Communications Integrated Systems L.P.
7500 Maehr Road
Waco, TX 76705
254-867-2559 Phone
254-867-7482 Fax
lee.estes@L-3com.com

CONFIDENTIALITY NOTICE

This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.