IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-396C (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| LOCKHEED MARTIN AERONAUTICS COMPANY, | ) | |
| Intervenor. | ) | |

DEFENDANT'S NOTICE OF ERRATA

Defendant respectfully states that its June 2, 2008 motion for enlargement of time to June 9, 2008 for the filing of defendant’s reply brief to plaintiff’s opposition to defendant’s motion to dismiss was incorrect in that plaintiff objected to the defendant’s requested enlargement of time to June 9, 2008, but did not object to an enlargement of time for the defendant’s reply brief to June 6th.

Defendant’s counsel confused the dates of June 6th and June 9th and inadvertently misstated plaintiff’s position and apologizes to the Court and plaintiff. Defendant notes that the Court has postponed the oral argument date to June 27, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Attorneys for Defendant

Of Counsel:
BRYAN R. O'BOYLE
Senior Trial Attorney
Department of Air Force
Arlington, VA

June 3, 2008