# In The United States Court of Federal Claims

BID PROTEST
No. 06-396C
(Judge Williams)

**L-3 COMMUNICATIONS INTEGRATED SYSTEMS L.P.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and**

**LOCKHEED MARTIN AERONAUTICS COMPANY,**

**Intervenor.**

## SUPPLEMENTAL APPENDIX TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiff L-3 Communications Integrated Systems L.P. supplements the Appendix to its May 16, 2008 response to Defendant's April 25, 2008 motion to dismiss.

In its May 16 response, Plaintiff described the Government's payment to L-3 of bid and proposal costs associated with the C-130 AMP procurement. Plaintiff's Response at 8. In its June 9, 2008 reply, Defendant confirmed that L-3 received this payment. Defendant's Reply at 16-17.

Attached in the Appendix hereto is the facing page (redacted) of the contract that effected the payment to L-3 of bid preparation "costs that had been incurred by Raytheon in submitting a proposal to perform various activities related to the avionics modernization upgrade program (AMP) for the C-130 aircraft . . . ." Defendant's Reply at 16.

Respectfully submitted,

Dated: June 25, 2008

s/ Paul W. Searles

Paul W. Searles
HAYNES AND BOONE, LLP
901 Main Street
3100 Bank of America Plaza
Dallas, Texas 75202
Telephone: (214) 651-5197
Telecopier: (214) 200-0705

**ATTORNEYS FOR L-3 COMMUNICATIONS INTEGRATED SYSTEMS L.P.**

Of Counsel:

Sharon N. Freytag
Jeremy D. Kernodle
HAYNES AND BOONE, LLP
901 Main Street
3100 Bank of America Plaza
Dallas, Texas 75202
Telephone: (214) 651-5586
Telecopier: (214) 200-0450

Attachment