# Appendix

# CONTRACT FILES

## ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 9

| 1. CONTRACT/PURCH ORDER/AGREEMENT NO. | 2. DELIVERY ORDER/ CALL NO. | 3. DATE OF ORDER/CALL (YYYYMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| FA8625-08-C-6480 | | JAN 25 2008 | SEE CONTINUATION | DO-A1 |

**6. ISSUED BY** 866 AESG/PK CODE FA8625
USAF/AFMC
AERONAUTICAL SYSTEMS CENTER (ASC)
2590 LOOP ROAD W, BLDG 558, RM 210
WRIGHT-PATTERSON AFB OH 45433-7142
KEVIN G. VANGSNESS (937) 255-4599
kevin.vangsness@wpafb.af.mil

**7. ADMINISTERED BY** *(If Other than 6)* CODE S4801A
DCMA SEATTLE
CORPORATE CAMPUS EAST III
3009 112TH AVE, NE, SUITE 200
BELLEVUE WA 98004-8019

SCD: C PAS: (NONE)

**8. DELIVERY FOB**
X DESTINATION
OTHER *(See Schedule if other)*

**9. CONTRACTOR** CODE 0GCL4 FACILITY

NAME AND ADDRESS
L-3 COMMUNICATIONS INTEGRATED SYSTEMS L.P.
INTEGRATED SYSTEMS-WACO
7500 MAEHR RD
WACO TX 76705-1632
(903) 457-5846

**MAILING DATE**
**25 JAN 2008**

**10. DELIVER TO FOB POINT BY** *(Date)* (YYYYMMDD) SEE CONTINUATION

**11. X IF BUSINESS IS**
SMALL
SMALL DISADVANTAGED
WOMEN-OWNED

**12. DISCOUNT TERMS**
N

**13. MAIL INVOICES TO ADDRESS IN BLOCK**
SEE BLOCK 15 (PAYMENT OFFICE)

**14. SHIP TO** CODE
SEE CONTINUATION

**15. PAYMENT WILL BE MADE BY** CODE F03000
DFAS-DY/FP
1050 FORRER BLVD
DAYTON OH 45420-1472

EFT:T

MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2.

**16. TYPE OF ORDER**

DELIVERY/CALL: This delivery order/call is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract.

PURCHASE: X Reference your furnish the following on items specified herein.

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

L-3 COMMUNICATIONS INTEGRATED SYSTEMS L.P.
NAME OF CONTRACTOR

[signature]
SIGNATURE

LEE ESTES SENIOR COUNSEL
TYPED NAME AND TITLE

1/16/2008
DATE SIGNED (YYYYMMDD)

If this box is marked, supplier must sign Acceptance and return the following number of copies:

**17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE**

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | PAYMENT OF BID PREPARATION COST CLAIM | | | | |

*If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

**24. UNITED STATES OF AMERICA**
BY: [signature] 25 Jan 08
KEVIN G. VANGSNESS
CONTRACTING/ORDERING OFFICER

**25. TOTAL** [redacted]

**29. DIFFERENCES**

**26. QUANTITY IN COLUMN 20 HAS BEEN**
INSPECTED RECEIVED ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

DATE SIGNATURE AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

**27. SHIP NO.** PARTIAL FINAL

**28. D.O. VOUCHER NO.**

**30. INITIALS**

**32. PAID BY**

**33. AMOUNT VERIFIED CORRECT FOR**

**32. PAYMENT** COMPLETE PARTIAL FINAL

**34. CHECK NUMBER**

**35. BILL OF LADING**

**36.** I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT.

DATE SIGNATURE AND TITLE OF CERTIFYING OFFICER

| 37. RECEIVED AT | 38. RECEIVED BY *(Print)* | 39. DATE RECEIVED *(YYYYMMDD)* | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |

DD FORM 1155, JAN 1998 (EG) ConWrite Version 6.10.2 PREVIOUS EDITION MAY BE USED Created 16 Jan 2008 12:21 PM