# In the United States Court of Federal Claims

**No. 06-396C**
**(Filed July 8, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and**

**LOCKHEED MARTIN AERONAUTICS COMPANY,**

**Intervenor.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER DIRECTING SUPPLEMENTATION OF THE RECORD**

---

In conjunction with Defendant's motion to dismiss this action as barred under the Anti-Assignment Act, the parties are directed to supplement the record, addressing the issue of whether Raytheon's Aircraft Integration Systems Business Unit was the unit that submitted the proposal in the C-5 AMP procurement and incurred the bid and proposal preparation (B&P) costs at issue.[1] This

---

[1] L-3 asserts that Raytheon's Aircraft Integration Systems Business Unit was the unit that submitted the proposal, but the record is unclear. Pl.'s Response at 4. Tr. (June 27, 2008) at 55-58; 66. The proposal appears to have been submitted by Raytheon Systems Company, but the cost volumes were submitted with a cover letter on stationery of "Raytheon Systems Company Intelligence, Information and Aircraft Integration Systems," Waco, TX. A 331-32. This reference to AIS on the letterhead is not sufficient to prove that the AIS business unit submitted the proposal and incurred the claimed B&P costs, especially when that same letter is signed by the vice president and general manager of Raytheon Systems Company. A332. In addition to Anti-Assignment Act

supplementation may take the form of declarations, excerpts from Raytheon's proposal and other supporting data, and shall be filed by **July 18, 2008**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**

---

implications, this uncertainty raises issues as to whether the B&P claim was a claim "relating exclusively or primarily to the AIS business." A 17-20. Further confusing matters Plaintiff, in its Amended Complaint, asserted that it is the successor in interest to "Raytheon E-Systems." First Amd. Compl. at 1.