# In The United States Court of Federal Claims

BID PROTEST
No. 06-396C
(Judge Williams)

**L-3 COMMUNICATIONS INTEGRATED SYSTEMS L.P.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and**

**LOCKHEED MARTIN AERONAUTICS COMPANY,**

**Intervenor.**

## PLAINTIFF'S SUPPLEMENTATION OF THE RECORD

Pursuant to the Court's Order dated July 8, 2008, Plaintiff L-3 Communications Integrated Systems L.P. hereby files in the attached Appendix its supplement to the record in this action.

The attached Affidavit and its accompanying documents demonstrate conclusively that Raytheon's aircraft integration systems business unit submitted Raytheon's C-5 AMP proposal and incurred the bid and proposal preparation costs claimed by L-3.

Dated: July 17, 2008

Respectfully submitted,

s/ Paul W. Searles
Paul W. Searles
HAYNES AND BOONE, LLP
901 Main Street
3100 Bank of America Plaza
Dallas, Texas 75202
Telephone: (214) 651-5197
Telecopier: (214) 200-0705

**ATTORNEYS FOR L-3 COMMUNICATIONS INTEGRATED SYSTEMS L.P.**

Of Counsel:

Sharon N. Freytag
HAYNES AND BOONE, LLP
901 Main Street
3100 Bank of America Plaza
Dallas, Texas 75202
Telephone: (214) 651-5000
Telecopier: (214) 200-5940

Appendix