# In the United States Court of Federal Claims

**No. 06-396C**
**(Filed September 5, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P.,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant,** | * |
| **and** | * |
| **LOCKHEED MARTIN AERONAUTICS COMPANY,** | * |
| **Intervenor.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER DIRECTING PLAINTIFF TO FILE NOTICE

---

On September 5, 2008, the Court held a status conference concerning this matter. In accordance with the discussions at the status conference, the Court issues the following Order:

1. Plaintiff shall file by **September 19, 2008**, a notice to the Court and Parties apprising them of its consultation with Raytheon.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**